UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> **This Document Relates To:** <br> **ALL CASES** | Misc. Action No. 07-493 (RMC); <br> MDL Docket No. 1880 |

## ORDER

Papst Licensing GMBH & Co. ("Papst") together with Casio Inc. and Casio Computer Co., Ltd. (collectively "Casio") indicated in their December 20, 2007, Status Report that various motions are pending. One of those motions is Papst's Motion for Entry of Protective Order. *See* Case No. 06-1751 Dkt. ##49 & 50. The briefs in support of and in opposition to this Motion raise the issue of whether the law firm representing Papst, Welsh and Katz, Ltd., should be (1) disqualified from representation in this case or (2) denied access to Casio's (and other Non-Papst parties') confidential technical information. *Id.*; *see also* Dkt. ##58 & 75. The issues of disqualification and access to confidential information arise because Mr. Salmon, an attorney at Welsh & Katz, is prosecuting three continuation patent applications related to the Patents-in Suit. The issues of disqualification and access must be resolved before the Court can hold the initial scheduling conference in this case.

Accordingly, it is hereby **ORDERED** that this issue is scheduled for hearing before the Court on Thursday, January 31, 2008 at 2:00. While all counsel in this multi-district case may

attend, only counsel for Papst and Casio are required to attend; and it is

It is further ordered that to the extent that the Non-Papst Parties (other than Casio) have anything to add with regard to this issue that has not already been incorporated in Papst and Casio's briefs, such parties may file a supplemental response brief no later than <u>January 11, 2008</u>. Papst may file a supplemental reply no later than <u>January 21, 2008</u>. The parties shall keep in mind the requirements set forth in the First Practice and Procedure Order, especially the following: "Where counsel for more than one party plan to file substantially identical papers, they shall, if practicable, join in the submission of such papers and shall file only one paper on behalf of all parties so joined." First P&P Order at 3-4.

**SO ORDERED.**

Dated: December 13, 2007

                                                  /s/
                                  ROSEMARY M. COLLYER
                                  United States District Judge