IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> ──────────────────────────── <br><br> **This Document Relates To:** <br><br> Casio, No. 06-cv-1751 | **Misc. Action No. 07-493 (RMC)** <br> **MDL Docket No. 1880** |

### CASIO AMERICA, INC.'S STATEMENT REGARDING AFFILIATED COMPANIES

I, the undersigned, counsel of record for Casio America, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Casio America, Inc. which have any outstanding securities in the hands of the public:

Casio Computer Co., Ltd., Parent

These representations are made pursuant to this Court's November 30, 2007 Order.

December 14, 2007         Respectfully submitted:

/s/ J. Kevin Fee
J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, N.Y. 10601
Tel: 203-258-8412

**Attorneys for Plaintiff and Counter-Defendant
Casio America, Inc. and Counter-Defendant Casio
Computer Co., Ltd.**

1-WA/2873639.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I caused Casio America, Inc.'s Statement Regarding Affiliated Companies to be served upon the following counsel via first-class mail:

>Patrick J. Kelleher
>Drinker Biddle Gardner Carton
>191 North Wacker Drive, #3700
>Chicago, IL 60606-1698
>
>*Samsung Opto-Electronics America, Inc.; Samsung Techwin Co.*
>
>Richard W. McLaren, Jr.
>Welsh & Katz, Ltd.
>120 South Riverside Plaza
>22nd Floor
>Chicago, IL 60606
>
>*Papst Licensing GmbH & Co. KG*
>
>Steven J. Routh
>Hogan & Hartson, LLP
>555 Thirteenth Street, N.W.
>Washington, DC 20004
>
>*Fujifilm Corp; Fujifilm USA, Inc.*
>
>Richard de Bodo
>Hogan & Hartson, LLP
>1999 Avenue of the Stars
>Suite 1400
>Los Angeles, CA 90067
>
>*Olympus Corp; Olympus Imaging America, Inc.*
>
>Jerold Schnayer
>Welsh & Katz, Ltd.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606
>
>*Papst Licensing GmbH & Co.*

/s/ J. Kevin Fee
J. Kevin Fee