# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>Olympus Corporation and Olympus Imaging America, Inc., 1-07-2086 | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

## CERTIFICATION PURSUANT TO RULE LCvR 7.1

I, the undersigned, counsel of record for Olympus Corporation and Olympus Imaging America, Inc. (collectively, "Olympus") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Olympus which have any outstanding securities in the hands of the public:

1) ITX Corporation

2) Soliste Corporation

3) Mitsubishi UFJ Financial Group, Inc.

4) State Street Corporation

5) Sumitomo Mitsui Financial Group, Inc.

6) Terumo Corporation

These representations are made in order that judges of this court may determine the need for recusal.

\\\LA - 081849/000068 - 369225 v1

| | |
|---|---|
| Dated:  December 14, 2007 | HOGAN & HARTSON LLP |
| | |
| | /s/  Richard de Bodo |
| | Richard de Bodo  (Ca. Bar No. 128199) |
| |   ATTORNEY TO BE NOTICED |
| | David H. Ben-Meir  (Ca. Bar No. 192028) |
| | 1999 Avenue of the Stars |
| | Suite 1400 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 785-4694 |
| | Telecopier: (310) 785-4601 |
| | E-Mail: rdebodo@hhlaw.com |
| |        dhben-meir@hhlaw.com |
| | |
| | ATTORNEYS FOR DEFENDANTS OLYMPUS CORPORATION AND OLYMPUS IMAGING AMERICA, INC. |

\\\LA - 081849/000068 - 369225 v1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of **CERTIFICATION PURSUANT TO RULE LCvR 7.1** was served through the Court's ECF electronic service or via U.S. Mail as set forth below this 14th day of December 2007:

| | |
|---|---|
| **Counsel for Papst Licensing GmbH & Co. KG**<br>Jerold B. Schnayer<br>Welsh & Katz, Ltd.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 655-1500<br>Fax: (312) 655-1501 | **Counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc**.<br>David J. Moorhead<br>Drinker Biddle Gardner Carton<br>191 N. Wacker Drive, Flr. 3700<br>Chicago, IL 60606<br>Tel: (312) 569-1483 |
| **Counsel for Fujifilm Corp., Fujifilm U.S.A., Inc.**<br>Steven J. Routh<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington D.C. 20004<br>Tel: 202) 637-5600<br>Fax: (202) 637-5910 | **Counsel for Casio, Inc., and Casio Computer Co., Ltd.**<br>J. Kevin Fee<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001 |
| **Counsel for Matsushita Electric Industrial Co., Ltd. and Victor Company of Japan, Ltd.**<br>Richard de Bodo<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4694<br>Fax: (310) 785-4601 | |

                                                              /s/ Richard de Bodo

\\\LA - 081849/000068 - 369225 v1