# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE PAPST LICENSING GMBH &
CO. KG PATENT LITIGATION

Misc. Action No. 07-493 (RMC)
MDL Docket No. 1880

This Document Relates To:

Samsung, No. 07-cv-2088

SAMSUNG TECHWIN CO., LTD.'S
AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.'S
CERTIFICATE OF AFFILIATED PARTIES

As required by LCvR 7.1 of the Local Rules of the U.S. District Court for the District of Columbia and this Court's November 30, 2007 Order [Dkt. # 3], I, the undersigned counsel of record for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc., hereby certify to the best of my knowledge and belief, the following parent companies, subsidiaries or affiliates of STW or SOA which have any outstanding securities in the hands of the public.

Samsung Opto-Electronics America, Inc. is a wholly-owned subsidiary of Samsung Techwin Co., Ltd., which is a publicly-traded company headquartered in the Republic of Korea. Additionally, Samsung Electronics Co., Ltd. is a publicly-traded company that owns 10 percent or more of the stock of Samsung Techwin Co., Ltd.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: 14 December 2007

_____/s/ Patrick J. Kelleher____
Patrick J. Kelleher
patrick.kelleher@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. # 3700
Chicago, IL 60606

*Counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on 14 December 2007:

copies of the following were served via ECF:

- *Samsung Techwin Co., Ltd.'s and Samsung Opto-Electronics America, Inc.'s Certificate of Affiliated Parties;*

- *Samsung's Appearance for Patrick J. Kelleher;*

on the following counsel:

### Counsel for Papst Licensing GMBH & Co. KG

Jerold B. Schnayer
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Fl
Chicago, IL 60606

### Counsel for Casio, Inc.

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Laura Krawczyk
Morgan Lewis & Bockius
101 Park Ave.
New York, NY 10178-0060

Scott D. Stimpson
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, NY  10601

**Counsel for Fujifilm**

Steven J. Routh                          William H. Wright
Sten A. Jensen                           Robert J. Benson
Hogan & Hartson LLP                      Hogan & Hartson LLP
555 Thirteenth Street, NW                1999 Avenue of the Stars
Washington, DC  20004                    Suite 1400
                                         Los Angeles, CA  90067


John R. Inge
Hogan & Hartson LLP
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

**Counsel for Olympus**

Phillippe Y. Riesen                      David H. Ben-Meir
Hogan & Hartson LLP                      Hogan & Hartson LLP
Gaikokuho Jimu Bengoshi Jimusho          1999 Avenue of the Stars, Suite 1400
Shinjuku Center Building, 46th Floor     Los Angeles, CA 90067
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

**Counsel for Matsushita Electric Industrial Co., Ltd. and JVC**
Richard De Bodo
Rachel M. Capoccia
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

_____/s/ Patrick J. Kelleher_____
Counsel for Samsung Techwin Co., Ltd. and
Samsung Opto-Electronics America, Inc.

Patrick J. Kelleher
patrick.kelleher@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. # 3700
Chicago, IL  60606

CH02/ 22507096.2