AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IN RE PAPST LICENSING GMBH & )
CO. KG LITIGATION. )
)  **APPEARANCE**
)
)
)  CASE NUMBER   07-493(RMC)MDL1880
This Document Relates To: )
Samsung, No. 07-cv-2088 )
)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Patrick J. Kelleher   as counsel in this
(Attorney's Name)

case for:  Samsung Techwin Co., Ltd., Samsung Opto-Elecronics America, Inc.
(Name of party or parties)

14 December 2007                          /s/ Patrick J. Kelleher
Date                                      Signature

                                          Patrick J. Kelleher
IL ARDC # 6216338                         Print Name
BAR IDENTIFICATION
                                          Drinker Biddle & Reath LLP
                                          Address

                                          191 N. Wacker Dr., #3700, Chicago, IL 60606
                                          City          State          Zip Code

                                          (312) 569-1375
                                          Phone Number