UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION**<br><br>**This Document Relates To:**<br><br>**Matsushita Elec. Indus. Co., Ltd. and Victor Co. of Japan, Ltd., 07-cv-1222** | **Misc. Action No. 07-493 (RMC)**<br>**MDL Docket No. 1880** |

**CERTIFICATE REQUIRED BY LCvR 7.1**

Pursuant to the Court's order of December 14, 2007, I, the undersigned, counsel of record for Matsushita Electric Industrial Co., Ltd. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Matsushita Electric Industrial Co., Ltd. which have any outstanding securities in the hands of the public:

Victor Company of Japan, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  December 17, 2007        HOGAN & HARTSON LLP

/s/  Richard de Bodo
Richard de Bodo  (Ca. Bar No. 128199)
  ATTORNEY TO BE NOTICED
Rachel M. Capoccia (Ca. Bar No. 187160)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4694
Telecopier: (310) 785-4601
E-Mail: rdebodo@hhlaw.com
            rmcapoccia@hhlaw.com

\\\LA - 088570/000009 - 368984 v1

Adam K. Levin (D.C. Bar No. 460362)
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-6846
Telecopier: (202) 637-5910
E-Mail: aklevin@hhlaw.com

ATTORNEYS FOR PLAINTIFF
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD.

\\\LA - 088570/000009 - 368984 v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **CERTIFICATION PURSUANT TO RULE LCvR 7.1** was served through the Court's ECF electronic service or via U.S. Mail as set forth below this 17th day of December 2007:

| **Counsel for Papst Licensing GmbH & Co. KG**<br>Jerold B. Schnayer<br>Welsh & Katz, Ltd.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel:  (312) 655-1500<br>Fax:  (312) 655-1501 | **Counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc**.<br>David J. Moorhead<br>Drinker Biddle Gardner Carton<br>191 N. Wacker Drive, Flr. 3700<br>Chicago, IL 60606<br>Tel:  (312) 569-1483 |
|---|---|
| **Counsel for Fujifilm Corp., Fujifilm U.S.A., Inc.**<br>Steven J. Routh<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington D.C.  20004<br>Tel:   202) 637-5600<br>Fax:  (202) 637-5910 | **Counsel for Casio, Inc., and Casio Computer Co., Ltd.**<br>J. Kevin Fee<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001 |
| **Counsel for Olympus Corp., Olympus Imaging America, Inc.**<br>Richard de Bodo<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Tel:  (310) 785-4694<br>Fax:  (310) 785-4601 | |

/s/ Richard de Bodo