**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Papst Licensing GmbH & Co. KG LITIGATION ) ) ) ) | Misc. Action No. 07-493 (RMC) MDL Docket No. 1880 |
| This Document Relates To: ) ) | |
| Fujifilm Corp. v. Papst Licensing GmbH & Co. KG, No. 07-cv-1118 Papst Licensing GmbH & Co KG v. Fujifilm Corp., No. 07-cv-2087 ) ) ) ) ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for FUJIFILM Corporation and FUJIFILM U.S.A., Inc., certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of FUJIFILM Corporation or FUJIFILM U.S.A., Inc. which have any outstanding securities in the hands of the public.

FUJIFILM Holdings Corporation

These representations are made in order that judges of this court may determine the need for recusal.

       Respectfully submitted,


       /s/Steven J. Routh
       Steven J. Routh
       HOGAN & HARTSON L.L.P.
       555 Thirteenth Street, NW
       Washington, DC  20004
       Telephone: (202) 637-5600
       Telecopier: (202) 637-5910
       E-Mail: sjrouth@hhlaw.com

       ATTORNEY OF RECORD FOR FUJIFILM
       CORPORATION AND FUJIFILM U.S.A., INC.

**CERTIFICATE OF SERVICE**

      I certify that on this 19th day of December, 2007, a true and correct copy of the foregoing CERTIFICATE REQUIRED BY LCvR 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA was served on all counsel of record registered for electronic service by filing it through the Court's ECF system and on all other counsel of record by mailing it first-class mail, postage pre-paid.

      /s/ Robert B. Wolinsky
      Robert B. Wolinsky