IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

## MOTION TO WITHDRAW AS COUNSEL FOR PAPST LICENSING

    PLEASE TAKE NOTICE that Richard W. McLaren, Jr. of Welsh & Katz, Ltd. hereby withdraws as co-counsel for Papst Licensing GmbH & Co. KG ("Papst"). Papst, Stein, Mitchell & Mezines, LLP, Papst's local counsel, and Welsh & Katz, Ltd., Papst's national counsel, have consented to Mr. McLaren's withdrawal as counsel for Papst in this action.

Dated: January 3, 2008

                                          Respectfully submitted,

                                          Richard W. McLaren, Jr. (IL Bar No. 06240763)

                                          /s
                                          Robert F. Muse
                                          STEIN, MITCHELL & MEZINES
                                          Suite 1100
                                          1100 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036

                                          /s
                                          Jerold B. Schnayer
                                          Welsh & Katz, Ltd.
                                          120 South Riverside Plaza
                                          22nd Floor
                                          Chicago, Illinois 60606

                                          *Counsel for Papst Licensing GmbH & Co. KG*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served upon all counsel of record by the CM/ECF system on January 3, 2008.

                                                   s/ _____
                                     Counsel for Papst Licensing GmbH & Co KG