IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |
| This Document Relates To:<br>ALL CASES | |

**MOTION FOR ADMISSION PRO HAC VICE OF JAMES P. WHITE**

Robert F. Muse, an attorney representing Papst Licensing GmbH & Co. KG, in this action, moves pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia that this Court enter an order permitting James P. White to appear and participate in these proceedings as counsel *pro hac vice* along with present counsel of record. In support of this Motion, movant states:

1.  Robert F. Muse is a member of this Court, and partner in the firm of Stein, Mitchell & Mezines LLP, and counsel to Papst Licensing GmbH & Co. KG.

2.  James P. White is a principal in the firm of Welsh & Katz, Ltd. in Chicago, Illinois. Mr. White also serves as counsel to Papst Licensing GmbH & Co. KG. His business address is 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois, and his telephone number is 312-655-1500.

3.  Mr. White is a very experienced attorney, and a member in good standing of the Illinois State Bar. Mr. White is admitted to practice law in Illinois (1974) and several federal courts, including the trial bar of the U.S. District Court for the Northern District of Illinois, the

Court of Appeals for the Seventh Circuit, the Court of Appeals for the District of Columbia and the United States Supreme Court.

WHEREFORE, undersigned counsel requests that this Court enter an Order permitting James P. White as counsel *pro hac vice* for Papst Licensing GmH & Co. KG. A proposed form of order is attached.


Date:   January 3, 2008                              /s                              
                                            Robert F. Muse (Bar No. 166868)
                                            STEIN, MITCHELL & MEZINES
                                            Suite 1100
                                            1100 Connecticut Avenue, N.W.
                                            Washington, D.C.  20036

                                            Jerold B. Schnayer
                                            Joseph E. Cwik
                                            WELSH & KATZ, LTD.
                                            120 South Riverside Plaza,
                                            22nd Floor
                                            Chicago, IL 60606
                                            (312) 655-1500
                                            (312) 655-1501 (fax)

                                            *Attorneys for Papst Licensing GmbH & Co. KG*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> **This Document Relates To:** <br> **ALL CASES** | **Misc. Action No. 07-493 (RMC)** <br> **MDL Docket No. 1880** |

## ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of James P. White, it is hereby ORDERED that such motion is granted, and that James P. White is hereby admitted to appear before this Court *pro hac vice*, on behalf of Papst Licensing GmbH & Co. KG, in the above-captioned matter.

Dated: _____

_____
Hon. Judge Rosemary Collyer

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served upon all counsel of record by the CM/ECF system on January 3, 2008.

                                                       s/
                                 Counsel for Papst Licensing GmbH & Co KG