**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** _____ **This Document Relates To:** Casio, No. 06-cv-1751 | **Misc. Action No. 07-493 (RMC)** **MDL Docket No. 1880** |

**CONSENT MOTION TO CHANGE**
**CAPTION TO REFLECT A CORPORATE NAME CHANGE**

Plaintiff and Counter-Defendant, Casio Inc., hereby moves this Court before the Honorable Judge Rosemary M. Collyer, United States District Judge, District of Columbia, for an Order granting Plaintiff's Motion to Change Caption to Reflect a Corporate Name Change. The caption of action No. 06-cv-1751, *Casio Inc. v. Papst Licensing GMBH & Co. KG*, should be modified to reflect the corporate name change of "Casio Inc." to "Casio America, Inc."

The parties have conferred in accordance with Local Rule 7(m), and Papst consents to this motion.

Respectfully submitted,

DATED: January 16, 2008

/s/ J. Kevin Fee_____
J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
45 Hamilton Avenue

1-WA/2894178.1

White Plains, N.Y. 10601
Tel: 203-258-8412

**Attorneys for Plaintiff and Counter-Defendant Casio America, Inc. and Counter-Defendant Casio Computer Co., Ltd.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION _____ This Document Relates To: Casio, No. 06-cv-1751 | Misc. Action No. 07-493 (RMC) MDL Docket No. 1880 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
TO CHANGE CAPTION TO REFLECT A CORPORATE NAME CHANGE**

This matter came before the Court, with the Honorable Rosemary M. Collyer presiding, on the Consent Motion to Change Caption to Reflect a Corporate Name Change. Having considered the issues presented, the Motion is hereby granted, and

IT IS HEREBY ORDERED that

The caption of action No. 06-cv-1751, *Casio Inc. v. Papst Licensing GMBH & Co. KG*, is modified to reflect the corporate name change of "Casio Inc." to "Casio America, Inc."

DATED: _____, 2008

_____
Rosemary M. Collyer
United States District Judge