IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN RE PAPST LICENSING GMBH & CO. KG LITIGATION**

**This Document Relates To:**

**ALL CASES**

**Misc. Action No. 07-493 (RMC)**
**MDL Docket No. 1880**

## CAMERA MANUFACTURERS' IDENTIFICATION OF ADMINISTRATIVE COUNSEL

Pursuant to the Court's Order at the March 25, 2008 status conference, the Camera Manufacturers (Fujifilm, Matsushita, JVC, Olympus, Samsung, and Casio) hereby identify Steven J. Routh as Administrative Counsel for the Camera Manufacturers. Mr. Routh's contact information is:

> Steven J. Routh
> Hogan & Hartson L.L.P.
> 555 13th Street, NW
> Washington D.C. 20004
> 202-637-6472 (direct line)
> 202-637-5910 (facsimile)
> sjrouth@hhlaw.com

Mr. Routh's assistant, Brenda Cohen, has been instructed that if the Court contacts him and he is not immediately available, the Court should be connected directly with one of the other lawyers who is representing Fujifilm in this MDL along with Mr. Routh.

Dated: April 4, 2008	Respectfully submitted,


        s/ Steven J. Routh_____
Steven J. Routh
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
Telephone:  (202) 637-6472
Facsimile:  (202) 637-5910
sjrouth@hhlaw.com

Attorney of Record for Fujifilm Corporation And Fujifilm U.S.A., Inc.


        s/ Patrick J. Kelleher_____
Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. # 3700
Chicago, IL  60606
Telephone:  (312) 569-1000
Facsimile:  (312) 569-3375
patrick.kelleher@dbr.com

Attorney of Record for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc.


        s/ Richard de Bodo_____
Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4694
Facsimile:  (310) 785-4601
rdebodo@hhlaw.com

Attorney of Record for Matsushita Electric Industrial Co., Ltd., Olympus Corp. and Olympus Imaging America, Inc.

        s/ Rachel M. Capoccia
Rachel M. Capoccia
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4744
Facsimile:  (310) 785-4601
rmcapoccia@hhlaw.com

Attorney of Record for Victor Company Of Japan, Ltd.


        s/ J. Kevin Fee
J. Kevin Fee
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
Telephone:  (202) 739-5353
Facsimile:  (202) 239-3001 (fax)
jkfee@morganlewis.com

Attorney of Record for Casio, Inc. and Casio Computer Company, Ltd

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing Camera Manufacturers' Identification of Administrative Counsel was served on all counsel of record by filing it through the United States District Court for the District of Columbia ECF System.

                                                          _s/ Steven J. Routh_
                                                         Steven J. Routh