A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IN RE PAPST LICENSING GMBH & )
CO. KG LITIGATION.           )
                             )  **APPEARANCE**
                             )
                             )
                             )  CASE NUMBER   07-493(RMC)MDL1880
This Document Relates To:    )
Ricoh, N.D. Ill. No. 08-1218 )
                             )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Paul Devinsky_____ as counsel in this
                                     (Attorney's Name)

case for:_____Ricoh Americas Corporation, Ricoh Corporation_____
                    (Name of party or parties)

April 11, 2008                          /s/ Paul Devinsky
_____                  _____
Date                                    Signature

                                        Paul Devinsky
                                        _____
250373                                  Print Name
_____
BAR IDENTIFICATION                      McDermott Will & Emery LLP
                                        _____
                                        Address

                                        600 13th St, NW, Washington, DC 20005
                                        _____
                                        City        State        Zip Code

                                        202-756-8369
                                        _____
                                        Phone Number

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April, 2008, a copy of the foregoing ENTRY OF APPEARANCE FOR PAUL DEVINSKY was served by first class mail, postage prepaid on the following:

**J. Kevin Fee**
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
(202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

**Steven John Routh**
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6472
Fax: (202) 637-5910
Email: sjrouth@hhlaw.com

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: rmuse@steinmitchell.com

**James P. White**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 526-1515

**Joseph E. Cwik**
WELSH & KATZ, LTD
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
Email: jecwik@welshkatz.com

**Adam K. Levin**
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6846
Fax: (202) 637-5910
Email: aklevin@hhlaw.com

**Rachel M. Capoccia**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4744
Fax: (310) 785-4601
Email: rmcapoccia@hhlaw.com

**Richard de Bodo**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4694
Fax: (310) 785-4601
Email: rdebodo@hhlaw.com

**Sten Jensen**
HOGAN & HARTSON, L.L.P.
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6465
Fax: 202-637-5910

**Richard L. Horwitz**
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
6th Floor
Wilmington, DE 19899-0951
(302) 984-6000

**Patrick J. Kelleher**
DRINKER BIDDLE GARDNER CARTON
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1375
Fax: (312) 569-3375
Email: patrick.kelleher@dbr.com

Dated: April 11, 2008

                                                           Respectfully Submitted,

                                                         /s/ Paul Devinsky
                                      Paul Devinsky (D.C. Bar No. 250373)
                                      McDermott Will & Emery LLP
                                      600 Thirteenth Street, N.W.
                                      Washington, D.C. 20005-3096
                                      Telephone: 202.756.8000

                                      *Attorneys for Defendants*
                                      *Ricoh Americas Corporation, Ricoh Corporation*