UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO., KG LITIGATION ) ) ) ) ) ) | Misc. Action No.: 07-493 (RMC) MDL Docket No. 1880 |
| N.D. Ill. No. 08-1218 ) ) Papst Licensing GMBH & Co.. KG ) Plaintiff ) v. ) ) Ricoh Company, Ltd. ) Ricoh Americas Corporation and ) Ricoh Corporation ) Defendants ) ) | |

**RICOH DEFENDANTS' UNOPPOSED MOTION FOR EXTENSIONS OF TIME
TO FILE RESPONSE TO THE COMPLAINT, AND SERVE NOTICE OF DOCUMENT
DEPOSITORY AND INITIAL DISCLOSURES; AND
REQUEST FOR CLARIFICATION ON STATUS OF NON-SERVED PARTY**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Ricoh Company, Ltd.[1], Ricoh Americas Corporation and Ricoh Corporation, through counsel, respectfully move this Court for extensions of time to respond to the Complaint until April 21, 2008, and extensions of time to serve Notice of Document Depository; Initial Disclosures until April 28, 2008

Additionally, Defendant Ricoh Company, Ltd., through counsel, respectfully moves this Court for clarification that Ricoh Company, Ltd. until such time as it has been served in accordance with Rule 4 of the Federal Rules of Civil Procedure it is not subject to the Second Practice and

---

[1] Ricoh Company, Ltd. a Japanese Corporation, having not been served in this matter makes a special appearance solely for purposes of requesting clarification of its status under the present Order.

Procedure Order dated April 8, 2008 including not being required to file a response to the Complaint on April 14, 2008, or serve Notice of Document Depository; Initial Disclosures.

In support of this Motion, the Ricoh Defendants state the following:

1. Plaintiff filed this action in the Northern District of Illinois on February 28, 2002.

2. Service was effected on Ricoh Corporation[2] on 3/14/2008.

3. Prior to consolidation of this case into the Multi-District Litigation, Ricoh Corporation and Ricoh Americas Corporation sought and received consent from Plaintiff for an initial extension to respond to the Complaint of 14 days to April 17, 2008.

4. Service was effected on Ricoh Americas Corporation on March 21, 2008.

5. Ricoh Company, Ltd. a Japanese corporation has not been served in this matter and has not waived service.

6. N.D. Ill. No. 08-1218 *Papst Licensing GMBH & Co. KG v. Ricoh Company, Ltd. et al* was transferred to this Court on March 31, 2008.

7. Counsel for the served Ricoh defendants only learned of the Court's Second Practice & Procedure Order earlier today. Accordingly, the Ricoh Defendants request an extension of time up to and including April 21, 2008, in which to file responses to the Complaint, and up to and including April 28, 2008 in which to serve Notice of Document Depository; Initial Disclosures.

8. Additionally, Ricoh Company, Ltd. requests clarification that until such time as it has been served in accordance with Rule 4 of the Federal Rules of Civil Procedure it is not subject to the Second Practice and Procedure Order dated April 8, 2008 including not being required to file

---

[2] The business operations of Ricoh Corporation have been identified publicly as having been merged into new entity Ricoh Americas Corporation.

a response to the Complaint on April 14, 2008, or serve Notice of Document Depository; Initial Disclosures.

9.  Counsel for the Ricoh Defendants contacted Plaintiff's counsel, Jerold B. Schnayer, who stated Plaintiff is <u>unopposed</u> to the Motion for requested extensions of time. Plaintiff's position on the request for clarification is unknown.

10. Counsel for the Ricoh Defendants contacted the Camera Manufacturers Administrative Counsel, Steven J. Routh, who stated that he would check with the individual Camera Manufacturers counsel but was confident they would not oppose the requested extensions of time.[3]

A proposed Order is attached herewith.

Date:  April 11, 2008

Respectfully submitted,

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
McDermott Will & Emery LLP
Attorneys for Ricoh Corporation, Ricoh Americas Corporation
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

---

[3] As soon as undersigned hears further from Mr. Routh this will be updated.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH<br>& CO., KG LITIGATION<br><br>_____<br><br>N.D. Ill. No. 08-1218<br><br>Papst Licensing GMBH & Co., KG<br>                Plaintiff<br>v.<br><br>Ricoh Company, Ltd.<br>Ricoh Americas Corporation and<br>Ricoh Corporation<br>                Defendants | Misc. Action No.: 07-493 (RMC)<br>MDL Docket No. 1880 |

## PROPOSED ORDER

This matter having come before the Court on the Ricoh Defendants unopposed motion for extension of time , and a request for non-served party status and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Ricoh Defendants' motion be granted.

And it is further **ORDERED** that:

1.    Ricoh Corporation and Ricoh Americas Corporation shall file a response to the Complaint on or before April 21, 2008; and

2.    Ricoh Corporation and Ricoh Americas Corporation shall serve Notice of Document Repository; Initial Disclosures on or before April 28, 2008 and;

3.    Ricoh Company, Ltd., until such time as it has been served in accordance with Rule 4 of the Federal Rules of Civil Procedure it is not subject to the Second Practice and Procedure Order dated

April 8, 2008 including not being required to file a response to the Complaint on April 14, 2008, or serve Notice of Document Depository; Initial Disclosures.

      **SO ORDERED**.

Dated: April ___, 2008.

                                              ROSEMARY M. COLLYER
                                              United States District Judge

WDC99 1554504-1.044029.0022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April, 2008, a copy of the foregoing RICOH DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COMPLAINT, AND SERVE NOTICE OF DOCUMENT DEPOSITORY AND INITIAL DISCLOSURES; AND REQUEST FOR CLARIFICATION ON STATUS OF NON-SERVED PARTY was served by first class mail, postage prepaid on the following:

**J. Kevin Fee**
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
(202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

**Steven John Routh**
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6472
Fax: (202) 637-5910
Email: sjrouth@hhlaw.com

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: rmuse@steinmitchell.com

**James P. White**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 526-1515

**Joseph E. Cwik**
WELSH & KATZ, LTD
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500

Fax: (312) 655-1501
Email: jecwik@welshkatz.com
**Adam K. Levin**
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6846
Fax: (202) 637-5910
Email: aklevin@hhlaw.com

**Rachel M. Capoccia**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4744
Fax: (310) 785-4601
Email: rmcapoccia@hhlaw.com

**Richard de Bodo**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4694
Fax: (310) 785-4601
Email: rdebodo@hhlaw.com

**Sten Jensen**
HOGAN & HARTSON, L.L.P.
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6465
Fax: 202-637-5910

**Richard L. Horwitz**
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
6th Floor
Wilmington, DE 19899-0951
(302) 984-6000

**Patrick J. Kelleher**
DRINKER BIDDLE GARDNER CARTON
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1375
Fax: (312) 569-3375
Email: patrick.kelleher@dbr.com

Dated: April 11, 2008

                                    Respectfully Submitted,

                                    /s/ Paul Devinsky
                                  Paul Devinsky  (D.C. Bar No. 250373)
                                  McDermott Will & Emery LLP
                                  600 Thirteenth Street, N.W.
                                  Washington, D.C.  20005-3096
                                  Telephone:  202.756.8000

                                  *Attorney for Defendants*
                                  *Ricoh Americas Corporation, Ricoh Corporation*

WDC99 1554578-1.044029.0022