UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>    Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>    Defendant.<br>_____<br><br>PAPST LICENSING GMBH & CO. KG,<br>    Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>    Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Deborah A Robinson |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL INTERROGATORY ANSWERS

Upon consideration of the motion of Defendant and Counter-Plaintiff Papst Licensing GMBH & Co, KG, to compel discovery interrogatory answers from Casio Inc. and Casio Computer Co., Ltd. (collectively "Casio"), it is hereby

**ORDERED** that the Motion to Compel Interrogatory Answers is **granted**. In particular, it is ordered that:

  1. Casio USA and Casio Japan shall provide complete responses to Interrogatory No. 1 directed to Casio USA and Interrogatory No. 1 directed to Casio Japan in accordance with all related Instructions provided by Papst, with all objections overruled and within 10 calendar days of this Court's order.

2. To the extent that Casio USA or Casio Japan chooses to answer by designating materials under Fed.R.Civ.P. 33(d), those materials must be specifically identified by Bates Number within 10 calendar days of this Court's order.


DATED: _____  _____
                                       Deborah Robinson
                                       United States Magistrate Judge