IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

### FUJIFILM'S NOTICE REGARDING LOCATION OF DOCUMENT DEPOSITORY

Pursuant to paragraph 12 of the Court's April 8, 2008 Second Practice & Procedure Order, FUJIFILM Corporation and FUJIFILM USA, Inc. (collectively, "Fujifilm") hereby file this Notice identifying Hogan & Hartson LLP, 555 13th Street, NW, Washington, DC 20004, as the location of the document depository Fujifilm will maintain for purposes of this action.

Dated: April 21, 2008

Respectfully submitted,

s/ Steven J. Routh_____
Steven J. Routh
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
Telephone:  (202) 637-6472
Facsimile:  (202) 637-5910
sjrouth@hhlaw.com

Attorney of Record for FUJIFILM Corporation And
FUJIFILM U.S.A., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2008, a true and correct copy of the foregoing FUJIFILM'S NOTICE REGARDING LOCATION OF DOCUMENT DEPOSITORY was served on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing system.

                                                                 _s/ Steven J. Routh_____
                                                                Steven J. Routh