IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> This Document Relates To: <br> ALL CASES | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

**PAPST'S MDL RULE 26(a)(1) DISCLOSURES**

As required by this Court's April 8, 2008 Second Practice & Procedure Order, Papst Licensing GmbH & Co. KG (hereinafter "Papst") makes the following disclosures pursuant to Fed.R.Civ.P. 26(a)(1):

**26(a)(1)(A):** The following individuals are likely to have discoverable information that Papst may use to support its claims:

1. Michael Tasler
 % Welsh & Katz, Ltd.

Mr. Tasler is likely to have discoverable information regarding the inventions disclosed in United States Patent No. 6,895,449 ("the '449 patent") and United States patent No. 6,470,399 (the "399 patent").

2. The currently unknown principals, officers and/or employees of the Defendants (a.k.a. Camera Manufacturers)[1] are likely to have discoverable information concerning such subjects as the infringement (including willfulness and inducement), the alleged

---

[1] This includes any and all predecessors-in-interest, successors-in-interest, divisions or subsidiaries thereof, all controlling or affiliated companies or corporations, any and all other persons who are, or at any time to which these requests relate were, controlled by, acting or purporting to act on behalf of any of the foregoing, and all present and former officers, directors, employees, agents, shareholders, attorneys, and representatives of any of the foregoing.

prior art, design, development, manufacture, operation, use, sale, commercial success, licensing, importation and/or offer for sale of devices that embody one or more claims of the '449 patent and the '399 patent, and sales, profits and royalties paid or realized by the Defendants, as these subjects relate to commercial success.  Papst anticipates that discovery will disclose additional companies and individuals affiliated or related to the Defendants that are likely to have discoverable information on these same and other subjects.

3.  Papst Licensing GmbH & Co. KG
    Bahnhofstrasse 33
    78112 St. Georgen, Germany

The principals, officers and/or employees of Papst are likely to have discoverable information concerning Papst's ownership of the '449 patent and '399 patent.

4.  Currently unknown third-party witnesses on such subjects as claim construction, infringement, infringement by inducement, willful infringement, the alleged prior art, the alleged invalidity, the design, development, manufacture, operation, use, sale, commercial success, licensing, importation and/or offer for sale of devices that embody one or more claims of the '449 patent and the '399 patent, and sales, profits and royalties paid or realized by the Defendants as they relate to commercial success.

Papst reserves the right to supplement this disclosure as it discovers additional businesses or individuals with relevant knowledge of disputed facts.

**26(a)(1)(B):** Papst identifies the following categories of materials which Papst may use to support its claims:  (1) materials relating to the '449 patent and the '399 patent; and (2) devices sold and methods used by Defendants that embody one or more claims of the '449 patent and the '399 patent and materials concerning those devices and

2

related methods. These categories of materials are or will be located principally at the offices of Welsh & Katz, Ltd. and Papst. All responsive documents made available for production will be available at the Papst Document Depository, which is the office of Welsh & Katz, Ltd. in Chicago. Papst reserves the right to supplement this disclosure as it discovers additional relevant materials and/or a protective order is entered with regard to confidential documents.

**26(a)(1)(C):** Papst has not yet been able to compute its monetary damages with reasonable certainty. Papst reserves the right to supplement this disclosure as its investigation continues.

**26(a)(1)(D):** Not applicable.


Dated: April 21, 2008           By:     /s/ Robert F. Muse_____
                                        Robert F. Muse (Bar No. 166868)
                                        STEIN, MITCHELL & MEZINES LLP
                                        1100 Connecticut Avenue, N.W.
                                        Suite 1100
                                        Washington, DC 20036
                                        (202) 737-7777
                                        (202) 296-8312 (Fax)

                                        James P. White
                                        Jerold B. Schnayer
                                        Joseph E. Cwik
                                        WELSH & KATZ, LTD.
                                        120 South Riverside Plaza, 22nd Floor
                                        Chicago, IL 60606
                                        (312) 655-1500
                                        (312) 655-1501 (fax)
                                        **Attorneys for Papst Licensing GmbH & Co. KG**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing PAPST'S MDL RULE 26(a)(1) DISCLOSURES was served on this the 21st day of April, 2008 upon the attorneys for the Camera Manufacturers through the United States District Court for the District of Columbia ECF System unless otherwise noted as follows:

*For The Casio Parties*:
Laura Krawczyk   (via e-mail)
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone:  (212) 309-6000
Fax:  (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson   (via e-mail)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties*:
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties*:
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-5600
Fax: (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen   (via e-mail)
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-6465
Fax: (202) 637-5910
sajensen@hhlaw.com

*For the Olympus Parties*:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Richard L. Horwitz   (via e-mail)
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com

*For The Matsushita and Victory Company of Japan Parties*:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

*For the Ricoh Parties*:
Paul Devinsky
McDermott Will & Emery LLP
600 13th Street, NW, Washington, DC 20005
Phone:  (202) 756-8369
Fax:  (202) 756-8087
pdevinsky@mwe.com

Michael Switzer   (via e-mail)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com


*For Hewlett-Packard Company*:
Charlene M. Morrow   (via e-mail)
Heather N. Mewes   (via e-mail)
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com


                                          /s/ Robert F. Muse
                                          Attorney for Papst Licensing GmbH & Co. KG