IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> ——————————————————— <br><br> This Document Relates To: <br><br> ALL CASES | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

### NOTICE OF THE LOCATION OF THE DOCUMENT DEPOSITORY OF CASIO AMERICA, INC. AND CASIO COMPUTER CO., LTD.

Pursuant to paragraph 12 of the Court's Second Practice & Procedure Order dated April 8, 2008, Casio America, Inc. and Casio Computer Co., Ltd. hereby provide notice that their document depository for the purpose of this action will be located at Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178.

Respectfully submitted,

DATED: April 21, 2008

/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

Scott D. Stimpson (pro hac vice)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, New York 10601
Tel: (203) 258-8412

Attorneys for Plaintiff and Counter-Defendant Casio America, Inc. and Counter-Defendant Casio Computer Co., Ltd.