IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> This Document Relates To: <br> ALL CASES | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

**PAPST'S NOTICE OF DOCUMENT DEPOSITORY**

As required by Paragraph No. 12 of this Court's April 8, 2008 <u>Second Practice & Procedure Order</u>, Papst Licensing GmbH & Co. KG provides this notice to the Defendants that Papst's document depository for documents and things produced or served by Papst in this litigation is:

> Law Offices of Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606
> Tel: (312) 655-1500
> Fax: (312) 655-1501

Dated: April 21, 2008       By:    /s/ Robert F. Muse_____
                                   Robert F. Muse (Bar No. 166868)
                                   STEIN, MITCHELL & MEZINES LLP
                                   1100 Connecticut Avenue, N.W.
                                   Suite 1100
                                   Washington, DC 20036
                                   (202) 737-7777
                                   (202) 296-8312 (Fax)

                                   James P. White
                                   Jerold B. Schnayer
                                   Joseph E. Cwik
                                   WELSH & KATZ, LTD.
                                   120 South Riverside Plaza, 22nd Floor
                                   Chicago, IL 60606
                                   (312) 655-1500
                                   (312) 655-1501 (fax)
                                   ***Attorneys for Papst Licensing GmbH & Co. KG***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing PAPST LICENSING'S NOTICE OF DOCUMENT DEPOSITORY was served on this the 21st day of April, 2008 upon the attorneys for the Camera Manufacturers through the United States District Court for the District of Columbia ECF System unless otherwise noted as follows:

*For The Casio Parties*:
Laura Krawczyk   (via e-mail)
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone:  (212) 309-6000
Fax:  (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson   (via e-mail)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties*:
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties*:
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-5600
Fax:  (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen   (via e-mail)
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-6465
Fax:  (202) 637-5910
sajensen@hhlaw.com

*For the Olympus Parties*:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Richard L. Horwitz   (via e-mail)
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com

*For The Matsushita and Victory Company of Japan Parties*:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

*For the Ricoh Parties*:
Paul Devinsky
McDermott Will & Emery LLP
600 13th Street, NW, Washington, DC 20005
Phone:  (202) 756-8369
Fax:  (202) 756-8087
pdevinsky@mwe.com

Michael Switzer   (via e-mail)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com


*For Hewlett-Packard Company*:
Charlene M. Morrow   (via e-mail)
Heather N. Mewes   (via e-mail)
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com


/s/ Robert F. Muse
Attorney for Papst Licensing GmbH & Co. KG