UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>    ALL CASES | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

## OLYMPUS'S NOTICE REGARDING DOCUMENT DEPOSITORY

PLEASE TAKE NOTICE THAT, pursuant to paragraph 12 of the Second Practice & Procedure Order, dated April 8, 2008, the document depository of defendants OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. will be located at Hogan & Hartson LLP, 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

Dated: April 21, 2008

                                        HOGAN & HARTSON LLP

                                        By: /S/ Richard de Bodo_____
                                              Richard de Bodo, Esq.

                                        HOGAN & HARTSON LLP
                                        Richard de Bodo, Esq.
                                        David H. Ben-Meir, Esq.
                                        1900 Avenue of the Stars
                                        Suite 1400
                                        Los Angeles, California 90067
                                        Email:  rdebodo@hhlaw.com
                                        Tel:    (310) 785-4600
                                        Fax:   (310) 785-4601

                                        Attorneys for Defendants
                                        OLYMPUS CORPORATION and
                                        OLYMPUS IMAGING AMERICA, INC.

## CERTIFICATE OF SERVICE

I, ELAINE L. MOHR, hereby certify that on this 21st day of April, 2008, a true and correct copy of the foregoing **OLYMPUS'S NOTICE REGARDING DOCUMENT DEPOSITORY** was served on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing System.

| | |
|---|---|
| RICHARD DE BODO | s/ *Richard de Bodo* |
| Printed Name | Signature |