UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> This Document Relates To: <br><br> Matsushita Electric Industrial Co., No. 07-cv-01222 (RMC) | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

**MATSUSHITA ELECTRIC INDUSTRIAL CO.'S AND PANASONIC CORPORATION OF NORTH AMERICA'S NOTICE REGARDING DOCUMENT DEPOSITORY**

PLEASE TAKE NOTICE THAT, pursuant to paragraph 12 of the Second Practice & Procedure Order, dated April 8, 2008, the document depository of plaintiff Matsushita Electric Industrial Co. and counterclaim defendants Matsushita Electric Industrial Co. and Panasonic Corporation of North America will be located at the offices of the undersigned counsel.

Dated: April 21, 2008

HOGAN & HARTSON LLP

By: /s/ Rachel M. Capoccia
    Rachel M. Capoccia, Esq.

HOGAN & HARTSON LLP
Richard de Bodo, Esq.
Rachel M. Capoccia, Esq.
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Email:  rmcapoccia@hhlaw.com
Tel:     (310) 785-4744
Fax:     (310) 785-4601

Attorneys for Plaintiff and Counterclaim Defendants MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

\\\LA - 088570/000009 - 384007 v1

## CERTIFICATE OF SERVICE

I, Susan Bryant, hereby certify that on this 21st day of April, 2008, a true and correct copy of the foregoing **MATSUSHITA ELECTRIC INDUSTRIAL CO.'S AND PANASONIC CORPORATION OF NORTH AMERICA'S NOTICE REGARDING DOCUMENT DEPOSITORY** was served on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing System.


| Susan Bryant | /s/Susan Bryant. |
|---|---|
| Printed Name | Signature |