UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG PATENT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

SAMSUNG TECHWIN CO., LTD.'S AND
SAMSUNG OPTO-ELECTRONICS AMERICA, INC.'S
DOCUMENT DEPOSITORY NOTICE

Pursuant to the Court's Second Practice and Procedure Order [Dkt. #36], Defendants Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc. (collectively "STW"), by counsel, hereby provide notice that their document depository for the purposes of this action will be located at Drinker Biddle & Reath, LLP, 191 N. Wacker Dr., #3700, Chicago, IL 60606.

Respectfully submitted,

Dated: 21 April 2008

/s/ Patrick J. Kelleher
Patrick J. Kelleher
patrick.kelleher@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. # 3700
Chicago, IL 60606

*Counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on 21 April 2008:

a copy of the following was served via ECF:

- *Samsung Techwin Co., Ltd.'s and Samsung Opto-Electronics America, Inc.'s Document Depository Notice*

on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing System.

                        */s/ Patrick J. Kelleher*
*Counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc.*

Patrick J. Kelleher
patrick.kelleher@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Dr. # 3700
Chicago, IL  60606

CH02/ 22520710