UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC) |
| This Document Relates To:<br>*Papst v. Fujifilm,* 07-2087 | MDL Docket No. 1880 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to dismissal of the following individual action that is pending in this MDL proceeding: *Papst Licensing GmbH & Co. KG vs. Fujifilm Corp. and Fujifilm U.S.A., Inc.,* which has been assigned an individual docket number of 07-2087 in this U.S. District Court for the District of Columbia, and which was previously assigned an individual docket number of 07cv3401 when it was pending in the U.S. District Court for the Northern District of Illinois. Each party will bear its own fees and costs in connection with the dismissed action. This stipulation renders moot the motion to dismiss filed by Fujifilm on April 14, 2008 (D.I. No. 52).

This stipulation leaves pending the separate action between the undersigned parties that is also pending in this MDL proceeding which has the following caption: *Fujifilm Corp. and Fujifilm U.S.A., Inc vs. Papst Licensing GmbH & Co.*, which has been assigned a docket number of 07-1118 in this U.S. District Court for the District of Columbia.

| | |
|---|---|
| AGREED TO BY: | AGREED TO BY: |
| /s/ Joseph E. Cwik | /s/ Sten A. Jensen |
| James P. White | Steven J. Routh |
| Jerold B. Schnayer | Sten A. Jensen |
| Joseph E. Cwik | Hogan & Hartson LLP |
| Welsh & Katz, Ltd. | 555 Thirteenth Street, NW |
| 120 S. Riverside Plaza, 22nd Floor | Washington, D.C. 20004 |
| Chicago IL 60606 | *Counsel for Fujifilm Corp. and* |
| *Counsel for Papst Licensing* | *Fujifilm USA, Inc.* |
| *GmbH & Co. KG* | |