UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH &CO., KG LITIGATION ) ) ) ) ) | Misc. Action No.: 07-493 (RMC) MDL Docket No. 1880 |
| N.D. Ill. No.08-1218 ) ) | |
| Papst Licensing GMBH & Co. KG ) Plaintiff, ) v. ) ) Ricoh Company, Ltd., ) Ricoh Americas Corporation and ) Ricoh Corporation, ) Defendants. ) | |

NOTICE OF THE LOCATION OF THE DOCUMENT DEPOSITORY OF
RICOH AMERICAS CORPORATION

Pursuant to paragraph 12 of the Court's Second Practice & Procedure Order dated April 8, 2008, Ricoh Americas Corporation hereby provides notice that their document depository for the purpose of this action will be located at McDermott Will & Emery LLP, 600 Thirteenth Street, N.W., Washington, DC 20005.

DATED:  April 28, 2008        Respectfully submitted,

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
McDermott Will & Emery LLP
Attorneys for Ricoh Corporation, Ricoh Americas Corporation
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
202.756.8369
202.756.8087 (Facsimile)

Of Counsel:

Jack Q. Lever
Sudip K. Kundu
McDermott Will & Emery LLP
600 13th Street, N.W., 12th Floor
Washington, DC 20005-3096
202.756.8000
202.756.8087

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 28th day of April, 2008, a copy of the foregoing NOTICE OF THE LOCATION OF THE DOCUMENT DEPOSITORY OF RICOH AMERICAS CORPORATION was served by first class mail, postage prepaid on the following:

**J. Kevin Fee**
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541

**Steven John Routh**
**Adam K. Levin**
**Sten Jensen**
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195

**James P. White**
**Joseph E. Cwik**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

**Rachel M. Capoccia**
**Richard de Bodo**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Richard L. Horwitz**
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
6th Floor
Wilmington, DE 19899-0951

**Patrick J. Kelleher**
DRINKER BIDDLE GARDNER CARTON
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Dated: April 28, 2008

                                        Respectfully Submitted,

                                              /s/ Paul Devinsky
                                Paul Devinsky (D.C. Bar No. 250373)
                                McDermott Will & Emery LLP
                                600 Thirteenth Street, N.W.
                                Washington, D.C. 20005-3096
                                Telephone: 202.756.8000

                                *Attorney for Defendants*
                                *Ricoh Americas Corporation, Ricoh Corporation*

WDC99 1554578-1.044029.0022