# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE PAPST LICENSING GMBH &CO., KG LITIGATION | ) ) ) ) ) | Misc. Action No.:  07-493 (RMC) MDL Docket No. 1880 |
| N.D. Ill. No.08-1218 | ) ) ) | |
| Papst Licensing GMBH & Co. KG                    Plaintiff, v. | ) ) ) ) | |
| Ricoh Company, Ltd., Ricoh Americas Corporation and Ricoh Corporation,                    Defendants. | ) ) ) ) ) | |

## RICOH AMERICAS CORPORATION'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Ricoh Americas Corporation

("RAC") provides the following initial disclosures based upon its review and investigation of

information reasonably and presently available to RAC.  As this investigation is continuing,

RAC reserves the right to supplement and/or amend these disclosures.  RAC does not represent

that these disclosures identify every document, tangible thing, or witness relevant to the claims

or defenses of any party to this action and provides this information without any concession,

agreement, or admission and without waiver of any ultimate determination of relevance or

admissibility of particular information for any purpose.  RAC reserves the right to call any

witness and present any exhibit or item at trial not listed here but identified through discovery or

investigation during this action.  RAC has not disclosed any witnesses or categories of

documents related to damages and willfulness as those issues have been bifurcated for trial and

discovery.

Moreover, RAC does not waive its rights to object to the production of any document or tangible thing disclosed based on the attorney-client privilege, the work-product doctrine, relevance, undue burden or any other valid objections.

**Rule 26(a)(1)(A)(i)**

At this time, RAC identifies the following individuals who are likely to have discoverable information which RAC may use to support its claims or defenses:

1.    Michael Tasler
      Labortechnik Tasler GmbH
      Friedrich-Bergius-Ring 15
      97076 Wurzburg
      Germany

      <u>Subjects</u>: The patents, alleged inventions, invalidity, unenforceability, non-infringement.

2.    Jerold Schnayer
      Welsh & Katz
      120 South Riverside Plaza
      22nd Floor
      Chicago, IL
      312.655.1500

      <u>Subjects</u>: Damages.

3.    Carl A. Forest
      Patton Boggs LLP
      Denver, CO
      303.894.6114

      <u>Subjects</u>:  The patents, alleged inventions, invalidity, unenforceability, non-infringement.

4.    Leslie S. Garmaise
      Kaplan Gilman Gibson & Dernier LLP
      Woodbridge, New Jersey
      732.634.7634

      <u>Subjects</u>:  The patents, alleged inventions, invalidity, unenforceability, non-infringement.

5.    Michael A. Glenn

Glenn Patent Group
Menlo Park, CA
650.474.8400

Subjects: The patents, alleged inventions, invalidity, unenforceability, non-infringement.

RAC also identifies people having knowledge of prior art, such as people named as inventors or otherwise on prior art patents and publications, those people who may be identified during discovery or by others of the MDL parties, experts of all parties, and people formerly or currently employed by Papst Licensing either as experts or regularly retained personnel. In addition, witnesses from one or more third parties having expertise in digital camera technology generally and any Ricoh digital cameras sold in the United States on or after the issue date of the patents-in-suit may also be identified. If necessary, pursuant to the Federal Rules, RAC will supplement with specific identifications of individuals.

**Rule 26(a)(1)(A)(ii)**

At this time, RAC identifies the following categories of documents that it may use to support its claims and/or defenses, as well as the locations of such documents:

1.  Patents-in-suit, as well as the prosecution histories which are publicly available from the U.S. Patent and Trademark Office.

2.  RAC's corporate structure, which is available at RAC's corporate headquarters.

3.  Information regarding Ricoh digital cameras including product brochures, is available at www.ricoh.com. Additional information regarding Ricoh digital cameras may also be available from third parties.

4.  Prior art information, which may be in the possession of third parties to be determined once Papst Licensing's infringement allegations are formally set forth.

**Rule 26(a)(1)(A)(iii)**

RAC is seeking a declaratory judgment that the patents-in-suit are invalid and not infringed. RAC will pursue attorneys' fees and costs in connection with its declaratory judgment

claim.

**Rule 26(a)(1)(A)(iv)**

      RAC is at present unaware of any insurance agreements that would be applicable to this

lawsuit.

April 28, 2008

                                 Respectfully submitted,

                                 /s/ Paul Devinsky
                                 Paul Devinsky – D.C. Bar No. 250373
                                 McDermott Will & Emery LLP
                                 Attorneys for Ricoh Corporation, Ricoh Americas
                                 Corporation
                                 600 Thirteenth Street, N.W.
                                 Washington, D.C.  20005-3096
                                 202.756.8369
Of Counsel:                       202.756.8087 (Facsimile)

Jack Q. Lever
Sudip K. Kundu
McDermott Will & Emery LLP
600 13th Street, N.W., 12th
Floor
Washington, DC 20005-3096
202.756.8000
202.756.8087

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of April, 2008, a copy of the foregoing RICOH AMERICAS CORPORATION'S RULE 26(a)(1) INITIAL DISCLOSURES was served by first class mail, postage prepaid on the following:

**J. Kevin Fee**
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541

**Steven John Routh**
**Adam K. Levin**
**Sten Jensen**
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195

**James P. White**
**Joseph E. Cwik**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

**Rachel M. Capoccia**
**Richard de Bodo**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Richard L. Horwitz**
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
6th Floor
Wilmington, DE 19899-0951

**Patrick J. Kelleher**
DRINKER BIDDLE GARDNER CARTON
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Dated: April 28, 2008

Respectfully Submitted,

/s/ Paul Devinsky
Paul Devinsky  (D.C. Bar No. 250373)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  202.756.8000

*Attorney for Defendants*
*Ricoh Americas Corporation, Ricoh Corporation*

WDC99 1554578-1.044029.0022