UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>Casio v. Papst, 06-1751 | Misc. Action No. 07-493 (RMC);<br>MDL Docket No. 1880 |

SECOND ORDER REGARDING CASIO/PAPST DISCOVERY: DENYING PAPST'S OBJECTIONS TO MAGISTRATE JUDGE'S MAY 31, 2007 ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Papst's Objections to and Motion to Reconsider Portions of Magistrate Judge Robinson's May 31, 2007 Order [Dkt. #43] are **DENIED**; and it is

**FURTHER ORDERED** that the Magistrate's May 31, 2007 order in the underlying case, No. 06-1751, is **AFFIRMED**.

**SO ORDERED**.


Dated: May 6, 2008                    /s/
                                      ROSEMARY M. COLLYER
                                      United States District Judge