IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN RE PAPST LICENSING GMBH & CO. KG LITIGATION**

_____

**This Document Relates To:**

Casio, No. 06-cv-1751

Misc. Action No. 07-493 (RMC)
MDL Docket No. 1880

**CONSENT MOTION FOR A CONTINUANCE**

Paragraph 5 of the Court's April 24, 2008 Order required Casio to complete its "current document production" by May 6, 2008. The bulk of the Casio' document production will be made on May 6 (Casio expects to produce about 63,000 additional pages, or about 21 more boxes worth of documents, on May 6, 2008). Casio has encountered an unexpected problem in that some documents contain the confidential information of third parties. Casio will promptly seek permission from the third parties to produce the confidential information. While Casio is hopeful that it will obtain the required consents relatively soon, it is impossible to obtain the permission by May 6, 2008 because there are numerous third parties, and Japan is currently on its "Golden Week" holiday. Counsel for Casio and Papst are discussing the timing of any production that will be necessary after resolution of this issue.

Accordingly, to the extent the Court's Order dated April 24, 2008, requires the production of documents containing confidential information of third parties by May 6, 2008, Casio requests a continuance of that deadline solely as it relates to documents containing confidential information. Casio has conferred with counsel for Papst, and Papst has consented to this motion. Because Papst has expressed concern that Casio's initial request was for an open-ended extension, Casio has

agreed to provide Papst with a specific written status report as to its efforts to obtain these documents by May 15, 2008. If this issue is not resolved by May 19, 2008, the parties can discuss the status of the production of confidential information of third parties at the conference scheduled for that day..

May 5, 2008                                    Respectfully submitted:

/s/ J. Kevin Fee
J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, N.Y. 10601
Tel: 203-258-8412

**Attorneys for Plaintiff and Counter-Defendant Casio America, Inc. and Counter-Defendant Casio Computer Co., Ltd.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> ─────────────────────────── <br><br> **This Document Relates To:** <br><br> **Casio, No. 06-cv-1751** | **Misc. Action No. 07-493 (RMC)** <br> **MDL Docket No. 1880** |

**[PROPOSED] ORDER GRANTING CONTINUANCE**

This matter came before the Court, with the Honorable Rosemary M. Collyer presiding, on the Consent Motion for a Continuance. Having considered the issues presented, the Motion is hereby granted, and

IT IS HEREBY ORDERED that

Casio is not required to produce documents containing confidential information of third parties by May 6, 2008. Casio shall promptly seek permission from the third parties to produce the confidential information pursuant to the Protective Order in this matter. Casio shall provide Papst with a specific written status report as to its efforts to obtain these documents by May 15, 2008. The remainder of the Court's April 24, 2008 Order remains intact.

DATED: _____, 2008

                                                      _____
                                                      Rosemary M. Collyer
                                                      United States District Judge