AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PAPST LICENSING GMBH & CO.
KG LITIGATION

**SUMMONS IN A CIVIL CASE**

V.

ALL CASES

CASE NUMBER: Misc. Action No. 07-493 (RMC)
MDL Docket No. 1880

TO: (Name and address of Defendant)

JVC Company of America ("JVC America")
Attn: Legal department
1700 Valley Road
Wayne, NJ 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerold B. Schnayer, Esq.
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

an ~~answer to the complaint~~ *Counterclaim* which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded ~~in the complaint~~ *Counterclaim*. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                            4/24/08

CLERK                                                    DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/28/08 12:35 PM |
| NAME OF SERVER (PRINT) Carlos Rodriguez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

- [G] **Served personally upon the defendant. Place where served:** JVC Company of America, 1700 Valley Rd., Wayne, N.J. 07470, Accepted By Theresa Chen Kas, Managing Agent - Legal Dept.

- [ ] G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] G Returned unexecuted: _____

- [ ] G Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/08
                Date

Signature of Server: Carlos Rodriguez

Address of Server: 47 Bloomfield Ave, Caldwell, N.J. 07006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.