UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>Olympus, No. 07-cv-2086 | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

## OLYMPUS'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO:       Clerk of the Court

AND TO:   All Counsel of Record

PLEASE TAKE NOTICE that Richard L. Horwitz hereby withdraws as counsel for Defendants OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. (collectively "Olympus"). Richard de Bodo is hereby substituted as lead and notice counsel for the Olympus parties.

All future pleadings and papers (except original service of process) are to be served as follows:

>    Richard de Bodo
>    HOGAN & HARTSON LLP
>    1999 Avenue of the Stars, Suite 1400
>    Los Angeles, CA  90067
>    Email:  rdebodo@hhlaw.com
>
>    Telephone:   (310) 785-4600
>    Facsimile:   (310) 785-4601

1

| | |
|---|---|
| DATED this ___ day of May, 2008 | DATED this 8th day of May, 2008 |
| WITHDRAWING COUNSEL: | SUBSTITUTED COUNSEL: |
| POTTER ANDERSON & CORROON, LLP<br>Richard L. Horwitz | HOGAN & HARTSON L.L.P.<br>Richard de Bodo |
| By _____<br>    Richard L. Horwitz | By:___/S/ Richard de Bodo_____<br>    Richard de Bodo |
| POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>P.O. Box 951<br>6th Floor<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>Attorneys for Defendants<br>OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. | HOGAN & HARTSON LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California 90067<br>Email: rdebodo@hhlaw.com<br><br>Tel:  (310) 785-4600<br>Fax:  (310) 785-4601<br><br>Attorneys for Defendants<br>OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. |

| | |
|---|---|
| DATED this 7th day of May, 2008<br>WITHDRAWING COUNSEL: | DATED this ___ day of May, 2008<br>SUBSTITUTED COUNSEL: |
| POTTER ANDERSON & CORROON, LLP<br>Richard L. Horwitz | HOGAN & HARTSON L.L.P.<br>Richard de Bodo |
| By: _/s/ Richard L. Horwitz_<br>    Richard L. Horwitz | By: _____<br>    Richard de Bodo |
| POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>P.O. Box 951<br>6th Floor<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>Attorneys for Defendants<br>OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. | HOGAN & HARTSON LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California 90067<br>Email: rdebodo@hhlaw.com<br><br>Tel:  (310) 785-4600<br>Fax:  (310) 785-4601<br><br>Attorneys for Defendants<br>OLYMPUS CORPORATION and OLYMPUS IMAGING AMERICA, INC. |

## CERTIFICATE OF SERVICE

I, JORDAN B. KUSHNER, hereby certify that on this 8th day of May, 2008, a true and correct copy of the foregoing **OLYMPUS'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was served on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing System.


_____JORDAN B. KUSHNER_____          _____/s/ Jordan B. Kushner_____
Printed Name                                            Signature