UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC) |
| This Document Relates To:<br>Casio v. Papst, 06-cv-1751 | MDL Docket No. 1880 |

## NOTICE OF INTENT TO FILE PAPST'S PROPOSED DISCOVERY PLAN

On April 24, 2008, this Court ordered Casio and Papst to file a proposed *joint* discovery plan by May 8, 2008. [Docket # 77]. On May 7, 2008, Papst received Casio's Proposed Joint Discovery Plan. During the business day on May 8, 2008 negotiations between counsel for the parties ensued as to the discovery plan content. As of the close of business, the parties were still continuing their discussions on the joint discovery plan. Papst requested Casio to file a joint motion with this Court seeking a one day extension so the parties could continue their discussions and file a *joint* report as ordered by the Court on May 9, 2008. Casio refused to file a joint motion and instead filed their own proposed discovery plan with the Court on May 8, 2008 at 8:45 p.m.. As a result, Papst has now been forced to file its own separate plan which it will do today. Papst files this notice to promptly inform the Court of Papst's intent to comply with the Court's order.

1

Dated: May 9, 2008

/s/ Joseph E. Cwik
James P. White
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 S. Riverside Plaza • 22nd Floor
Chicago, IL 60606
(312) 655-1500

Robert F. Muse (Bar No. 166868)
Jacob A. Stein (Bar No. 052233)
Joshua A. Levy (Bar No. 475108)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Ave., NW,
 Suite 1100
 Washington, D.C. 20036
(202) 737-7777
**Counsel for Papst Licensing GmH & Co. KG**