IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>Casio, No. 06-cv-1751 | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880<br><br>FILED UNDER SEAL |

## NOTICE OF FILING UNDER SEAL

Pursuant to the Stipulation and Protective Order entered on April 9, 2008, Casio Computer Co., Ltd. and Casio America Inc. hereby provide notice that they filed under seal their Supplemental Submission to Casio's Motion for Rule 37 Sanctions for Papst Non-Compliance with This Court's Orders on May 9, 2008.

Dated: May 12, 2008

Respectfully submitted,

/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, N.Y. 10601
Tel: 203-258-8412

Attorneys for Plaintiff and Counter-Defendant Casio America Inc. and Counter-Defendant Casio Computer Co., Ltd.