AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IN RE PAPST LICENSING GMBH & )
CO. KG LITIGATION )
)   **APPEARANCE**
)
)
)   Misc. Action No. 07-mc-493 (RMC)
)   MDL Docket No. 1880
)
This Document Relates To: )
Hewlett-Packard Company )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Heather N. Mewes__ as counsel in this
                                    (Attorney's Name)

case for: __Hewlett-Packard Company__
            (Name of party or parties)

May 9, 2008
Date

_[signature]_
Signature

Heather N. Mewes
Print Name

CSB NO. 203690
BAR IDENTIFICATION

555 California Street, Suite 1200
Address

San Francisco, CA  94104
City        State       Zip Code

(415) 875-2300
Phone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>Hewlett-Packard Company | Misc. Action No. 07-493 (RMC)<br>MDL No. 1880 |

## CERTIFICATE OF SERVICE

I, Gloria M. Dunlap, declare:

I am employed in the County of San Francisco, State of California, at the following business address: Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. I am over the age of 18 and not a party to this action. I certify that on this 9th day of May, 2008, a true and correct copy of the foregoing APPEARANCE was served by email and mailing it first-class mail, postage prepaid addressed to the counsel on the attached Service List.

_____
GLORIA M. DUNLAP

-1-

## SERVICE LIST

| | |
|---|---|
| **For Counter Defendant | Plaintiff**<br>**PAPST LICENSING GMBH & CO. KG:** | Joseph E. Cwik<br>James P. White<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>(312) 655-1500<br>Fax: (312) 655-1501<br>Email: jecwick@welshkatz.com<br>Email: jwhite@welshkatz.com<br><br>Robert F. Muse<br>STEIN, MITCHELL & MEZINES LLP<br>1100 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036-4195<br>(202) 737-7777<br>Fax: (202) 296-8312<br>Email: rmuse@steinmitchell.com |
| **For Plaintiff | Counter Defendant**<br>**CASIO AMERICA, INC.**<br>**CASIO COMPUTER CO., LTD.:** | J. Kevin Fee<br>MORGAN, LEWIS & BOCKIUS, L.L.P.<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004-2541<br>(202) 739-5353<br>Fax: (202) 739-3001<br>Email: jkfee@morganlewis.com |
| **For Plaintiff | Counter Defendant**<br>**FUJIFILM CORPORATION**<br>**FUJIFILM JAPAN**<br>**FUJIFILM U.S.A., INC.:** | Sten A. Jensen<br>Steven J. Routh<br>HOGAN & HARTSON L.L.P.<br>Columbia Square<br>555 13th Street, NW<br>Washington, DC 20004-1109<br>(202) 637-5600<br>Fax: (202) 637-5910<br>Email: sajensen@hhlaw.com<br>Email: sjrouth@hhlaw.com |

| | |
|---|---|
| **For Counter Defendants | Plaintiffs**<br>**MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**<br>**VICTOR COMPANY OF JAPAN, LTD.** | **Rachel M. Capoccia**<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600<br>Fax: (310) 785-4601<br>Email: rmcapoccia@hhlaw.com<br><br>**Adam K. Levin**<br>HOGAN & HARTSON LLP<br>555 13th Street, NW<br>Washington, DC  2004-1109<br>(202) 637-6846<br>Fax: (202) 637-5910<br>Email: aklevin@hhlaw.com |
| **For Defendant**<br>**OLYMPUS CORP.**<br>**OLYMPUS IMAGING AMERICA:** | **Richard de Bodo**<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4694<br>Fax: (310) 785-4601<br>Email: rdebodo@hhlaw.com |
| **For Counter Claimant | Defendant**<br>**RICOH AMERICAS CORPORATION** | **Paul Devinsky**<br>MCDERMOTT, WILL & EMERY<br>600 13th Street, NW<br>Washington, DC 20005-3096<br>(202) 756-8369<br>Fax: (202) 756-8087<br>Email: pdevinsky@mwe.com |
| **For Defendant**<br>**SAMSUNG TECHWIN CO.:** | **Patrick J. Kelleher**<br>DRINKER BIDDLE GARDNER CARTON<br>191 N. Wacker Drive<br>Suite 3700<br>Chicago, IL 60606-1698<br>(312) 569-1375<br>Fax: (312) 569-3375<br>Email: patrick.kelleher@dbr.com |