IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> **This Document Relates To:** <br> **ALL ACTIONS** | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

## MOTION FOR ADMISSION PRO HAC VICE OF WALTER J. KAWULA

Robert F. Muse, an attorney representing Papst Licensing GmbH & Co. KG, in this action, moves pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia that this Court enter an order permitting Walter J. Kawula, Jr. to appear and participate in these proceedings as counsel *pro hac vice* along with present counsel of record. In support of this Motion, movant states:

1.  Robert F. Muse is a member of this Court, and partner in the firm of Stein, Mitchell & Mezines LLP, and counsel to Papst Licensing GmbH & Co. KG.

2.  Walter J. Kawula, Jr. is a principal in the firm of Welsh & Katz, Ltd. in Chicago, Illinois. Mr. Kawula also serves as counsel to Papst Licensing GmbH & Co. KG. His business address is 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois, and his telephone number is 312-655-1500.

3.  Mr. Kawula is a very experienced attorney, and a member in good standing of the Illinois State Bar. Mr. Kawula is admitted to practice law in Illinois (1994), and several federal courts, including the trial bar of the U.S. District Court for the Northern District of Illinois and the Court of Appeals for the Federal Circuit.

WHEREFORE, undersigned counsel requests that this Court enter an Order permitting Walter J. Kawula, Jr. as counsel *pro hac vice* for Papst Licensing GmbH & Co. KG.  A proposed form of order is attached.

Date: May 19, 2008

　　　　　　　　　　　　　　　　　　　　/s/ Robert F. Muse
Robert F. Muse
Joshua A. Levy
Kerrie C. Dent
STEIN MITCHELL & MEZINES, LLP
1100 Connecticut Ave, NW
Washington, D.C. 20036
(202) 737-7777

James P. White
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)

*Attorneys for Papst Licensing GmbH & Co. KG*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

## ORDER

Upon consideration of Papst's Motion for Admission *Pro Hac Vice* of Walter J. Kawula, Jr., it is hereby ORDERED that such motion is granted, and that Walter J. Kawula, Jr. is hereby admitted to appear before this Court *pro hac vice*, on behalf of Papst Licensing GmbH & Co. KG, in the above-captioned matter.

Dated: _____

_____
Hon. Rosemary M. Collyer