**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** | **Misc. Action No. 07-493 (RMC) MDL No. 1880** |
| **This Document Relates To: HP v. Papst, No. 08-cv-865** | |

**HEWLETT-PACKARD COMPANY'S FIRST AMENDED COMPLAINT
FOR DECLARATORY JUDGMENT**

Plaintiff Hewlett-Packard Company ("HP"), for its First Amended Complaint for

Declaratory Judgment against defendant Papst Licensing GmbH & Co. KG ("Papst" or

"Defendant"), avers the following:

**NATURE OF THE ACTION**

1.      This action is based on the patent laws of the United States, Title 35 of the United

States Code.  Defendant has asserted rights under U.S. Patent Nos. 6,470,399 ("the '399 patent)

and 6,895,449 ("the '449 patent") (collectively, "the patents-in-suit") based on certain ongoing

activity by HP, and HP contends that it has the right to engage in this activity without license.

True and correct copies of the patents-in-suit are attached hereto as Exhibits A and B.  HP thus

seeks a declaration that it does not infringe the patents-in-suit, that the patents-in-suit are invalid,

and/or that the patents-in-suit are unenforceable.

## THE PARTIES

2.      Plaintiff HP is a corporation organized under the laws of Delaware, with its headquarters at 3000 Hanover Street, Palo Alto, California.

3.      On information and belief, Papst is a company existing under the laws of The Federal Republic of Germany with a place of business at Bahnofstrasse 33, 78112 St. Georgen, Germany.

## JURISDICTION AND VENUE

4.      This is a civil action regarding allegations of patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, in which HP seeks declaratory relief under the Declaratory Judgment Act.  Thus, the court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

5.      An actual controversy exists between HP and Defendant by virtue of Defendant's assertion of rights under the patents-in-suit based on certain ongoing activity by HP.

6.      HP contends that it has a right to engage in making, using, offering to sell, and selling its products, including its digital camera products, without license from Defendant.

7.      The United States District Court for the Northern District of California has personal jurisdiction over Defendant because Defendant has established certain minimum contacts with California such that the exercise of personal jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice.

8.      Venue is proper in the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1391 because Defendant is an alien entity and therefore subject to suit in any district.

**FACTUAL BACKGROUND**

9.      HP is a leading provider of imaging and printing-related products and services, including, among other things, digital cameras.

10.     On information and belief, Defendant is a patent licensing company that neither makes nor sells any products or services.

11.     The '399 patent is entitled "Flexible interface for communication between a host and an analog I/O device connected to the interface regardless the type of the I/O device." The '399 patent on its face states that it issued on October 22, 2002. On its face, the '399 patent appears to have been originally assigned to Labortechnik Tasler GmbH. Defendant has asserted all right, title, and interest in the '399 patent.

12.     The '449 patent is entitled "Flexible interface for communication between a host and an analog I/O device connected to the interface regardless the type of the I/O device." The '449 patent on its face states that it issued on May 17, 2005. On its face, the '449 patent appears to have been originally assigned to Labortechnik Tasler GmbH. Defendant has asserted all right, title, and interest in the '449 patent.

13.     HP believes that its products, including its digital camera products, do not infringe the patents-in-suit and that the claims of the patents-in-suit are invalid and unenforceable. Accordingly, an actual controversy exists between HP and Defendant as to whether HP's manufacture, use or sale of its products infringes any valid and enforceable claim of the patents-in-suit. Absent a declaration of non-infringement and/or invalidity, Defendant will continue to wrongly assert the patents-in-suit against HP, and thereby cause HP irreparable harm.

## FIRST CAUSE OF ACTION

### (Declaratory Judgment of Non-Infringement of the '399 Patent)

14.    HP hereby incorporates by reference its allegations contained in paragraphs 1 through 13 of this Complaint as though fully set forth herein.

15.    Defendant contends that products imported, made, used, sold or offered for sale by HP infringe the '399 patent.

16.    HP denies Defendant's contentions and alleges that HP's products do not directly or indirectly infringe the '399 patent.

17.    An actual controversy thus exists between HP and Defendant as to whether the accused products infringe the '399 patent.

18.    Accordingly, HP seeks and is entitled to a judgment against Defendant that it does not infringe and has not infringed, directly or indirectly, contributorily or by inducement, the '399 patent.

## SECOND CAUSE OF ACTION

### (Declaratory Judgment of Invalidity of the '399 Patent)

19.    HP hereby incorporates by reference its allegations contained in paragraphs 1 through 13 of this Complaint as though fully set forth herein.

20.    Defendant contends that the '399 patent is valid.

21.    HP denies Defendant's contention and alleges that the '399 patent is invalid.  The '399 patent is invalid for failure to meet at least one of the conditions of patentability specified in Title 35 of the United States Code.  No claim of  the '399 patent can be validly construed to

cover any products imported, made, used, sold or offered for sale by HP and the alleged

invention of the '399 patent is taught by, suggested by, and/or obvious in view of, the prior art.

22.    An actual controversy thus exists between HP and Defendant as to whether the

'399 patent is valid.

23.    Accordingly, HP seeks and is entitled to a judgment against Defendant that the

'399 patent is invalid.

### THIRD CAUSE OF ACTION

**(Declaratory Judgment of Unenforceability of the '399 Patent)**

24.    HP hereby incorporates by reference its allegations contained in paragraphs 1

through 13 of this Complaint as though fully set forth herein.

25.    Defendant contends that the '399 patent is enforceable.

26.    HP denies Defendant's contention and alleges that the '399 patent is

unenforceable by reason of the patent having been procured through inequitable conduct and

fraud.

27.    In or about 1996, Michael Tasler, the sole named inventor of the '399 patent,

authored a thesis entitled *Design and Construction of a Universal Data Acquisition and Control

System for Scanning Probe Microscopy* (the "Thesis").  The Thesis was in partial fulfillment of

the requirements for Mr. Tasler's Master of Arts degree at the University of Texas at Austin.  A

true and correct copy of the Thesis is attached hereto as Exhibit C.

28.    On information and belief, the Thesis was published and made publicly available

on or about 1996, before the filing of the application for the '399 patent, and is prior art to the

'399 patent.  Mr. Tasler, as an author of the Thesis, was aware of the publication of the Thesis.

29.    The Thesis is material because a reasonable examiner would have considered the information contained in the Thesis important in deciding whether to allow the applications to issue into the '399 and '449 patents.

30.    The thesis is directed toward an interface device to interface a scanning electron microscope with a PC using an industry-standard printer port.  Ex. C, p. 1, 19.  The thesis is directed to solving the same two problems as the patents, *i.e.* PCs are not fast enough to handle the large amount of data using a direct connection to the scanning electron microscope (p. 14), and the printer port provides compatibility with many different hosts because it is standard on most PCs.  Ex. C, p. 19.  The Thesis describes "a Universal Data Acquisition and Control System for Scanning Probe Microscopy" that interfaces with a PC through the standard printer port.  Ex. C, p. 1, 19.  The Thesis further describes the system as comprising a DSP Motherboard with memory (p. 18), a first connecting device for interfacing with the PC through the standard printer port (p. 19-21), a second connection device, the TLC320AC01, for interfacing the STM scanner with the DSP Motherboard (p. 4-7, 23), where the DSP Motherboard is configured to communicate with the PC via the printer port (p. 19-20) and includes software that communicates with the PC via the standard  printer port (p. 30-31).

31.    Mr. Tasler and, on information and belief, others substantially involved in the prosecution of the application resulting in the '399 patent were aware or should have been aware of the Thesis and its contents during the time that the application resulting in the '399 patent was pending in the Patent and Trademark Office.

32.    During the time that the application resulting in the '399 patent was pending in the Patent and Trademark Office, the Thesis was never disclosed to the patent examiner.

33.    On information and belief, Mr. Tasler and/or others substantially involved in the prosecution of the application resulting in the '399 patent intentionally failed to disclose the Thesis with the intent to deceive or mislead the patent examiner, and/or acted in reckless disregard of their duty to disclose material information.

34.    An actual controversy thus exists between HP and Defendant as to whether the '399 patent is enforceable.

35.    Accordingly, HP seeks and is entitled to a judgment against Defendant that the '399 patent is unenforceable.

## FOURTH CAUSE OF ACTION

### (Declaratory Judgment of Non-Infringement of the '449 Patent)

36.    HP hereby incorporates by reference its allegations contained in paragraphs 1 through 14 of this Complaint as though fully set forth herein.

37.    Defendant contends that products imported, made, used, sold or offered for sale by HP infringe the '449 patent.

38.    HP denies Defendant's contentions and alleges that HP's products do not directly or indirectly infringe the '449 patent.

39.    An actual controversy thus exists between HP and Defendant as to whether the accused products infringe the '449 patent.

40.    Accordingly, HP seeks and is entitled to a judgment against Defendant that it does not infringe and has not infringed, directly or indirectly, contributorily or by inducement, the '449 patent.

## FIFTH CAUSE OF ACTION

### (Declaratory Judgment of Invalidity of the '449 Patent)

41.     HP hereby incorporates by reference its allegations contained in paragraphs 1 through 14 of this Complaint as though fully set forth herein.

42.     Defendant contends that the '449 patent is valid.

43.     HP denies Defendant's contention and alleges that the '449 patent is invalid.  The '449 patent is invalid for failure to meet at least one of the conditions of patentability specified in Title 35 of the United States Code.  No claim of  the '449 patent can be validly construed to cover any products imported, made, used, sold or offered for sale by HP and the alleged invention of the '449 patent is taught by, suggested by, and/or obvious in view of, the prior art.

44.     An actual controversy thus exists between HP and Defendant as to whether the '449 patent is valid.

45.     Accordingly, HP seeks and is entitled to a judgment against Defendant that the '449 patent is invalid.

## SIXTH CAUSE OF ACTION

### (Declaratory Judgment of Unenforceability of the '449 Patent)

46.     HP hereby incorporates by reference its allegations contained in paragraphs 1 through 14 and 25 through 35 of this Complaint as though fully set forth herein.

47.     Defendant contends that the '449 patent is enforceable.

48.     HP denies Defendant's contention and alleges that the '449 patent is unenforceable by reason of the patent having been procured through inequitable conduct and fraud.

49.     In or about 1996, Michael Tasler, the sole named inventor of the '449 patent, authored the Thesis.

50.     On information and belief, the Thesis was published and made publicly available on or about 1996, before the filing of the application for the '449 patent, and is prior art to the '449 patent.  Mr. Tasler, as an author of the Thesis, was aware of the publication of the Thesis.

51.     The Thesis is material because a reasonable examiner would have considered the information contained in the Thesis important in deciding whether to allow the applications to issue into the '399 and '449 patents.

52.     The thesis is directed toward an interface device to interface a scanning electron microscope with a PC using an industry-standard printer port.  Ex. C, p. 1, 19.  The thesis is directed to solving the same two problems as the patents, *i.e.* PCs are not fast enough to handle the large amount of data using a direct connection to the scanning electron microscope (p. 14), and the printer port provides compatibility with many different hosts because it is standard on most PCs.  Ex. C, p. 19.  The Thesis describes "a Universal Data Acquisition and Control System for Scanning Probe Microscopy" that interfaces with a PC through the standard printer port.  Ex. C, p. 1, 19.  The Thesis further describes the system as comprising a DSP Motherboard with memory (p. 18), a first connecting device for interfacing with the PC through the standard printer port (p. 19-21), a second connection device, the TLC320AC01, for interfacing the STM scanner with the DSP Motherboard (p. 4-7, 23), where the DSP Motherboard is configured to communicate with the PC via the printer port (p. 19-20) and includes software that communicates with the PC via the standard  printer port (p. 30-31).

53.     Mr. Tasler and, on information and belief, others substantially involved in the prosecution of the application resulting in the '449 patent were aware of the Thesis and its

contents during the time that the application resulting in the '449 patent was pending in the Patent and Trademark Office.

54.     During the time that the application resulting in the '449 patent was pending in the Patent and Trademark Office, the Thesis was never disclosed to the patent examiner.

55.     On information and belief, Mr. Tasler and/or others substantially involved in the prosecution of the application resulting in the '449 patent intentionally failed to disclose the Thesis with the intent to deceive or mislead the patent examiner, and/or acted in reckless disregard of their duty to disclose material information.

56.     An actual controversy thus exists between HP and Defendant as to whether the '449 patent is enforceable.

57.     Accordingly, HP seeks and is entitled to a judgment against Defendant that the '449 patent is unenforceable.

## **PRAYER FOR RELIEF**

WHEREFORE, HP prays for a declaratory judgment against Defendant as follows:

A.     Judgment against Defendant declaring that the '399 patent is not infringed by HP;

B.     Judgment against Defendant declaring that the '399 patent is invalid;

C.     Judgment against Defendant declaring that the '399 patent is unenforceable;

D.     Judgment against Defendant declaring that the '449 patent is not infringed by HP;

E.     Judgment against Defendant declaring that the '449 patent is invalid;

F.     Judgment against Defendant declaring that the '449 patent is unenforceable;

G.     A declaration that HP's case against Defendant is an exceptional case within the meaning of 35 U.S.C. § 285;

H.     An award of costs and attorneys' fees to HP; and

I.      Such other and further relief as the Court deems just and reasonable.

Dated: June 3, 2008                              Respectfully submitted,

                                                 By: */s/ Heather N. Mewes*
                                                     Charlene M. Morrow, CA Bar. No. 136411
                                                     Heather N. Mewes, CA Bar No. 203690
                                                     David D. Schumann, CA Bar No. 223936
                                                     Jeffrey V. Lasker, CA Bar No. 246029
                                                     FENWICK & WEST LLP
                                                     555 California Street, 12th Floor
                                                     San Francisco, CA  94104
                                                     Telephone:   (415) 875-2300
                                                     Facsimile:    (415) 281-1350

                                                 **Attorneys for Hewlett Packard Company**

## DEMAND FOR JURY TRIAL

Plaintiff HP hereby demands a trial by jury of all issues so triable.

Dated: June 3, 2008                    Respectfully submitted,


By: */s/ Heather N. Mewes*
_____
     Charlene M. Morrow, CA Bar. No. 136411
     Heather N. Mewes, CA Bar No. 203690
     David D. Schumann, CA Bar No. 223936
     Jeffrey V. Lasker, CA Bar No. 246029
     FENWICK & WEST LLP
     555 California Street, 12th Floor
     San Francisco, CA  94104
     Telephone:   (415) 875-2300
     Facsimile:    (415) 281-1350

     **Attorneys for Hewlett Packard Company**

# Exhibit A

to HP's First Amended Complaint



US006470399B1

(12) **United States Patent**

Tasler

(10) Patent No.: **US 6,470,399 B1**

(45) Date of Patent: **Oct. 22, 2002**

(54) **FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE**

(75) Inventor: **Michael Tasler**, Würzburg (DE)

(73) Assignee: **Labortechnik Tasler GmbH,** Wuerzburg (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/331,002**

(22) PCT Filed: **Mar. 3, 1998**

(86) PCT No.: **PCT/EP98/01187**

§ 371 (c)(1),
(2), (4) Date: **Jun. 14, 1999**

(87) PCT Pub. No.: **WO98/39710**

PCT Pub. Date: **Sep. 11, 1998**

(30) **Foreign Application Priority Data**

Mar. 4, 1997 (DE) ......................... 197 08 755

(51) Int. Cl.⁷ ............................................... **G06F 13/14**
(52) U.S. Cl. ............................. **710/16**; 710/62; 710/63
(58) Field of Search ........................ 710/15, 16, 11, 710/12, 62, 63, 64; 703/23, 24, 25

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,291,611 A | 3/1994 | Davis et al. | | |
| 5,297,124 A | * | 3/1994 | Plotkin et al. | ................. 703/25 |
| 5,430,855 A | * | 7/1995 | Walsh et al. | ................. 703/23 |
| 5,444,644 A | | 8/1995 | Divjak | |
| 5,487,154 A | | 1/1996 | Gunji | |
| 5,499,378 A | * | 3/1996 | McNeill et al. | ................. 703/24 |
| 5,506,692 A | | 4/1996 | Murata | |
| 5,510,774 A | | 4/1996 | Loncle | |
| 5,548,783 A | * | 8/1996 | Jones et al. | ................. 710/15 |
| 6,012,113 A | * | 1/2000 | Tuckner | ................. 710/64 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 195 28 889 A1 | 2/1997 |
| EP | 0 436 458 A2 | 7/1991 |
| EP | 0 685 799 A1 | 12/1995 |
| JP | 06301607 A | 10/1994 |
| JP | 08110883 A | 4/1996 |
| WO | WO94/19746 | 9/1994 |

OTHER PUBLICATIONS

Steve Martin, "PC–based Data Acquisition in an Industrial Environment," pp. 1–3 (1990).

Payne et al., "High Speed PC–based Data Acquisition Systems," IEEE, pp. 2140–2145 (1995).

National Instruments Corporation, "Dynamic Signal Acquisition and DSP Board for the PC AT," IEEE 488 and VXIbus Control, Data Acquisition, and Analysis, pp. 3–118–3–123, (1994).

IBM Corporation, "Communication Method between Devices through FDD Interface," IBM Technical Disclosure Bulletin, vol. 38 (No. 05), p. 245 (May, 1995).

* cited by examiner

*Primary Examiner*—Thomas Lee
*Assistant Examiner*—Thuan Du
(74) *Attorney, Agent, or Firm*—Patton Boggs LLP

(57) **ABSTRACT**

An interface device (10) provides fast data communication between a host device with input/output interfaces and a data transmit/receive device, wherein the interface device (10) comprises a processor means (13), a memory means (14), a first connecting device (12) for interfacing the host device with the interface device, and a second connecting device (15) for interfacing the interface device (10) with the data transmit/receive device. The interface device (10) is configured by the processor means (13) and the memory means (14) in such a way that, when receiving an inquiry from the host device via the first connecting device (12) as to the type of a device attached to the host device, regardless of the type of the data transmit/receive device, the interface device sends a signal to the host device via the first connecting device (12) which signals to the host device that it is communicating with an input/output device.

**15 Claims, 2 Drawing Sheets**





*FIG.1*



FIG.2

US 6,470,399 B1

# FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE

## FIELD OF THE INVENTION

The present invention relates to the transfer of data and in particular to interface devices for communication between a computer or host device and a data transmit/receive device from which data is to be acquired or with which two-way communication is to take place.

## BACKGROUND OF THE INVENTION

Existing data acquisition systems for computers are very limited in their areas of application. Generally such systems can be classified into two groups.

In the first group host devices or computer systems are attached by means of an interface to a device whose data is to be acquired. The interfaces of this group are normally standard interfaces which, with specific driver software, can be used with a variety of host systems. An advantage of such interfaces is that they are largely independent of the host device. However, a disadvantage is that they generally require very sophisticated drivers which are prone to malfunction and which limit data transfer rates between the device connected to the interface and the host device and vice versa. Further, it is often very difficult to implement such interfaces for portable systems and they offer few possibilities for adaptation with the result that such systems offer little flexibility.

The devices from which data is to be acquired cover the entire electrical engineering spectrum. In a typical case, it is assumed that a customer who operates, for example, a diagnostic radiology system in a medical engineering environment reports a fault. A field service technician of the system manufacturer visits the customer and reads system log files generated by the diagnostic radiology system by means of a portable computer or laptop for example. If the fault cannot be localized or if the fault is intermittent, it will be necessary for the service technician to read not only an error log file but also data from current operation. It is apparent that in this case fast data transfer and rapid data analysis are necessary.

Another case requiring the use of an interface could be, for example, when an electronic measuring device, e.g. a multimeter, is attached to a computer system to transfer the data measured by the multimeter to the computer. Particularly when long-term measurements or large volumes of data are involved is it necessary for the interface to support a high data transfer rate.

From these randomly chosen examples it can be seen that an interface may be put to totally different uses. It is therefore desirable that an interface be sufficiently flexible to permit attachment of very different electrical or electronic systems to a host device by means of the interface. To prevent operator error, it is also desirable that a service technician is not required to operate different interfaces in different ways for different applications but that, if possible, a universal method of operating the interface be provided for a large number of applications.

To increase the data transfer rates across an interface, the route chosen in the second group of data acquisition systems for the interface devices was to specifically match the interface very closely to individual host systems or computer systems. The advantage of this solution is that high data transfer rates are possible. However, a disadvantage is that the drivers for the interfaces of the second group are very closely matched to a single host system with the result that they generally cannot be used with other host systems or their use is very ineffective. Further, such types of interface have the disadvantage that they must be installed inside the computer casing to achieve maximum data transfer rates as they access the internal host bus system. They are therefore generally not suitable for portable host systems in the form of laptops whose minimum possible size leaves little internal space to plug in an interface card.

## DESCRIPTION OF PRIOR ART

A solution to this problem is offered by the interface devices of IOtech (business address: 25971 Cannon Road, Cleveland, Ohio 44146, USA) which are suitable for laptops such as the WaveBook/512 (registered trademark). The interface devices are connected by means of a plug-in card, approximately the size of a credit card, to the PCMCIA interface which is now a standard feature in laptops. The plug-in card converts the PCMCIA interface into an interface known in the art as IEEE 1284. The said plug-in card provides a special printer interface which is enhanced as regards the data transfer rate and delivers a data transfer rate of approximately 2 MBps as compared with a rate of approx. 1 MBps for known printer interfaces. The known interface device generally consists of a driver component, a digital signal processor, a buffer and a hardware module which terminates in a connector to which the device whose data is to be acquired is attached. The driver component is attached directly to the enhanced printer interface thus permitting the known interface device to establish a connection between a computer and the device whose data is to be acquired.

In order to work with the said interface, an interface-specific driver must be installed on the host device so that the host device can communicate with the digital signal processor of the interface card. As described above, the driver must be installed on the host device. If the driver is a driver developed specifically for the host device, a high data transfer rate is achieved but the driver cannot be easily installed on a different host system. However, if the driver is a general driver which is as flexible as possible and which can be used on many host devices, compromises must be accepted with regard to the data transfer rate.

Particularly in an application for multi-tasking systems in which several different tasks such as data acquisition, data display and editing are to be performed quasi-simultaneously, each task is normally assigned a certain priority by the host system. A driver supporting a special task requests the central processing system of the host device for processor resources in order to perform its task. Depending on the particular priority assignment method and on the driver implementation, a particular share of processor resources is assigned to a special task in particular time slots. Conflicts arise if one or more drivers are implemented in such a way that they have the highest priority by default, i.e. they are incompatible, as happens in practice in many applications. It may occur that both drivers are set to highest priority which, in the worst case, can result in a system crash.

EP 0685799 A1 discloses an interface by means of which several peripheral devices can be attached to a bus. An interface is connected between the bus of a host device and various peripheral devices. The interface comprises a finite

US 6,470,399 B1

3                                                                          4

state machine and several branches each of which is assigned to a peripheral device. Each branch comprises a data manager, cycle control, user logic and a buffer. This known interface device provides optimal matching between a host device and a specific peripheral device.

The specialist publication IBM Technical Disclosure Bulletin, Vol. 38, No. 05, page 245; "Communication Method between Devices through FDD Interface" discloses an interface which connects a host device to a peripheral device via a floppy disk drive interface. The interface consists in particular of an address generator, an MFM encoder/decoder, a serial/parallel adapter and a format signal generator. The interface makes it possible to attach not only a floppy disk drive but also a further peripheral device to the FDD host controller of a host device. The host device assumes that a floppy disk drive is always attached to its floppy disk drive controller and communication is initiated if the address is correct. However, this document contains no information as to how communication should be possible if the interface is connected to a multi-purpose interface instead of to a floppy disk drive controller.

SUMMARY OF THE INVENTION

It is an object of the present invention to provide an interface device for communication between a host device and a data transmit/receive device whose use is host device-independent and which delivers a high data transfer rate.

In accordance with a first aspect of the present invention, this object is met by an interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device comprising: a processor; a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and a second connecting device for interfacing the interface device with the data transmit/receive device, wherein the interface device is configured by the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached to the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the driver for the input/output device customary in a host device.

In accordance with a second aspect of the present invention, this object is met by an interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device comprising: a processor; a memory; a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and a second connecting device for interfacing the interface device with the data transmit/receive device, wherein the interface device is configured using the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached at the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device,

whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface.

In accordance with a third aspect of the present invention, this object is met by a method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device via an interface device comprising the steps of: interfacing of the host device with a first connecting device of the interface device via the multi-purpose interface of the host device; interfacing of the data transmit/receive device with a second connecting device of the interface device; inquiring by the host device at the interface device as to the type of device to which the multi-purpose interface of the host device is attached; regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the input/output device.

The present invention is based on the finding that both a high data transfer rate and host device-independent use can be achieved if a driver for an input/output device customary in a host device, normally present in most commercially available host devices, is utilized. Drivers for input/output devices customary in a host device which are found in practically all host devices are, for example, drivers for hard disks, for graphics devices or for printer devices. As however the hard disk interfaces in common host devices which can be, for example, IBM PCs, IBM-compatible PCs, Commodore PCs, Apple computers or even workstations, are the interfaces with the highest data transfer rate, the hard disk driver is utilized in the preferred embodiment of the interface device of the present invention. Drivers for other storage devices such as floppy disk drives, CD-ROM drives or tape drives could also be utilized in order to implement the interface device according to the present invention.

As described in the following, the interface device according to the present invention is to be attached to a host device by means of a multi-purpose interface of the host device which can be implemented, for example, as an SCSI interface or as an enhanced printer interface. Multi-purpose interfaces comprise both an interface card and specific driver software for the interface card. The driver software can be designed so that it can replace the BIOS driver routines. Communication between the host device and the devices attached to the multi-purpose interface then essentially takes place by means of the specific driver software for the multi-purpose interface and no longer primarily by means of BIOS routines of the host device. Recently however drivers for multi-purpose interfaces can also already be integrated in the BIOS system of the host device as, alongside classical input/output interfaces, multi-purpose interfaces are becoming increasingly common in host devices. It is of course also possible to use BIOS routines in parallel with the specific driver software for the multi-purpose interface, if this is desired.

The interface device according to the present invention comprises a processor means, a memory means, a first connecting device for interfacing the host device with the interface device, and a second connecting device for interfacing the interface device with the data transmit/receive device. The interface device is configured by the processor means and the memory means in such a way that the interface device, when receiving an inquiry from the host

**5**

device via the first connecting device as to the type of a device attached to the host device, sends a signal, regardless of the type of the data transmit/receive device, to the host device via the first connecting device which signals to the host device that it is communicating with an input/output device. The interface device according to the present invention therefore simulates, both in terms of hardware and software, the way in which a conventional input/output device functions, preferably that of a hard disk drive. As support for hard disks is implemented as standard in all commercially available host systems, the simulation of a hard disk, for example, can provide host device-independent use. The interface device according to the present invention therefore no longer communicates with the host device or computer by means of a specially designed driver but by means of a program which is present in the BIOS system (Basic Input/Output System) and is normally precisely matched to the specific computer system on which it is installed, or by means of a specific program for the multi-purpose interface. Consequently, the interface device according to the present invention combines the advantages of both groups. On the one hand, communication between the computer and the interface takes place by means of a host device-specific BIOS program or by means of a driver program which is matched to the multi-purpose interface and which could be regarded as a "device-specific driver". On the other hand, the BIOS program or a corresponding multi-purpose interface program which operates one of the common input/output interfaces in host systems is therefore present in all host systems so that the interface device according to the present invention is host device-independent.

BRIEF DESCRIPTION OF THE DRAWINGS

In the following, preferred embodiments of the present invention will be explained in more detail with reference to the drawings enclosed, in which:

FIG. 1 shows a general block diagram of the interface device according to the present invention; and

FIG. 2 shows detailed block diagram of an interface device according to a preferred embodiment of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIG. 1 shows a general block diagram of an interface device 10 according to the present invention. A first connecting device 12 of the interface device 10 can be attached to a host device (not shown) via a host line 11. The first connecting device is attached both to a digital signal processor 13 and to a memory means 14. The digital signal processor 13 and the memory means 14 are also attached to a second connecting device 15 by means of bidirectional communication lines (shown for all lines by means of two directional arrows). The second connecting device can be attached by means of an output line 16 to a data transmit/receive device which is to receive data from the host device or from which data is to be read, i.e. acquired, and transferred to the host device. The data transmit/receive device itself can also communicate actively with the host device via the first and second connecting device, as described in more detail in the following.

Communication between the host system or host device and the interface device is based on known standard access commands as supported by all known operating systems (e.g. DOS, Windows, Unix). Preferably, the interface device

**6**

according to the present invention simulates a hard disk with a root directory whose entries are "virtual" files which can be created for the most varied functions. When the host device system with which the interface device according to the present invention is connected is booted and a data transmit/receive device is also attached to the interface device 10, usual BIOS routines or multi-purpose interface programs issue an instruction, known by those skilled in the art as the INQUIRY instruction, to the input/output interfaces in the host device. The digital signal processor 13 receives this inquiry instruction via the first connecting device and generates a signal which is sent to the host device (not shown) again via the first connecting device 12 and the host line 11. This signal indicates to the host device that, for example, a hard disk drive is attached at the interface to which the INQUIRY instruction was sent. Optionally, the host device can send an instruction, known by those skilled in the art as "Test Unit Ready", to the interface device to request more precise details regarding the queried device.

Regardless of which data transmit/receive device at the output line 16 is attached to the second connecting device, the digital signal processor 13 informs the host device that it is communicating with a hard disk drive. If the host device receives the response that a drive is present, it then sends a request to the interface device 10 to read the boot sequence which, on actual hard disks, normally resides on the first sectors of the disk. The digital signal processor 13, whose operating system in stored in the memory means 14, responds to this instruction by sending to the host device a virtual boot sequence which, in the case of actual drives, includes the drive type, the starting position and the length of the file allocation table (FAT), the number of sectors, etc., known to those skilled in the art. Once the host device has received this data, it assumes that the interface device 10 according to a preferred embodiment of the present invention is a hard disk drive. In reply to an instruction from the host device to display the directory of the "virtual" hard disk drive simulated by the interface device 10 with respect to the host device, the digital signal processor can respond to the host device in exactly the same way as a conventional hard disk would, namely by reading on request the file allocation table or FAT on a sector specified in the boot sequence, normally the first writable sector, and transferring it to the host device, and subsequently by transferring the directory structure of the virtual hard disk. Further, it is possible that the FAT is not read until immediately prior to reading or storing the data of the "virtual" hard disk and not already at initialization.

In a preferred embodiment of the present invention, the digital signal processor 13, which need not necessarily be implemented as a digital signal processor but may be any other kind of microprocessor, comprises a first and a second command interpreter. The first command interpreter carries out the steps described above whilst the second command interpreter carries out the read/write assignment to specific functions. If the user now wishes to read data from the data transmit/receive device via the line 16, the host device sends a command, for example "read file xy", to the interface device. As described above, the interface device appears to the host device as a hard disk. The second command interpreter of the digital signal processor now interprets the read command of the host processor as a data transfer command, by decoding whether "xy" denotes, for example, a "real-time input" file, a "configuration" file or an executable file, whereby the same begins to transfer data from the data transmit/receive device via the second connecting device to the first connecting device and via the line 11 to the host device.

US 6,470,399 B1

7

8

Preferably, the volume of data to be acquired by a data transmit/receive device is specified in a configuration file described in the following by the user specifying in the said configuration file that a measurement is to last, for example, five minutes. To the host device the "real-time input" file then appears as a file whose length corresponds to the anticipated volume of data in those five minutes. Those skilled in the art know that communication between a processor and a hard disk consists of the processor transferring to the hard disk the numbers of the blocks or clusters or sectors whose contents it wishes to read. By reference to the FAT the processor knows which information is contained in which block. In this case, communication between the host device and the interface device according to the present invention therefore consists of the very fast transfer of block numbers and preferably of block number ranges because a virtual "real-time input" file will not be fragmented. If the host device now wants to read the "real-time input" file, it transfers a range of block numbers to the interface device, whereupon data commences to be received via the second connecting device and data commences to be sent to the host device via the first connecting device.

In addition to the digital signal processor instruction memory, which comprises the operating system of the digital signal processor and can be implemented as an EPROM or EEPROM, the memory means 14 can have an additional buffer for purposes of synchronizing data transfer from the data transmit/receive device to the interface device 10 and data transfer from the interface device 10 to the host device.

Preferably, the buffer is implemented as a fast random access memory or RAM buffer.

Further, from the host device the user can also create a configuration file, whose entries automatically set and control various functions of the interface device 10, on the interface device 10 which appears to the host device as a hard disk. These settings can be, for example, gain, multiplex or sampling rate settings. By creating and editing a configuration file, normally a text file which is simple to understand with little prior knowledge, users of the interface device 10 are able to perform essentially identical operator actions for almost any data transmit/receive devices which can be attached to the second connecting device via the line 16, thus eliminating a source of error arising from users having to know many different command codes for different applications. In the case of the interface device 10 according to the present invention it is necessary for users to note the conventions of the configuration file once only in order to be able to use the interface device 10 as an interface between a host device and almost any data transmit/receive device.

As a result of the option of storing any files in agreed formats in the memory means 14 of the interface device 10, taking into account the maximum capacity of the memory means, any enhancements or even completely new functions of the interface device 10 can be quickly implemented. Even files executable by the host device, such as batch files or executable files (BAT or EXE files), and also help files can be implemented in the interface device, thus achieving independence of the interface device 10 from any additional software (with the exception of the BIOS routines) of the host device. On the one hand, this avoids licensing and/or registration problems and, on the other hand, installation of certain routines which can be frequently used, for example an FFT routine to examine acquired time-domain data in the frequency domain, is rendered unnecessary as the EXE files are already installed on the interface device 10 and appear in the virtual root directory, by means of which the host device can access all programs stored on the interface device 10.

In a preferred embodiment of the present invention in which the interface device 10 simulates a hard disk to the host device, the interface device is automatically detected and readied for operation when the host system is powered up or booted. This corresponds to the plug-and-play standard which is currently finding increasingly widespread use. The user is no longer responsible for installing the interface device 10 on the host device by means of specific drivers which must also be loaded; instead the interface device 10 is automatically readied for operation when the host system is booted.

For persons skilled in the art it is however obvious that the interface device 10 is not necessarily signed on when the computer system is powered up but that a special BIOS routine or a driver for a multi-purpose interface can also be started on the host device during current operation of the computer system in order to sign on or mount the interface device 10 as an additional hard disk. This embodiment is suitable for larger workstation systems which are essentially never powered down as they perform, e.g. mail functions or monitor processes which run continuously, for example, in multi-tasking environments.

In the interface device according to the present invention an enormous advantage is to be gained, as apparent in the embodiment described in the following, in separating the actual hardware required to attach the interface device 10 to the data transmit/receive device from the communication unit, which is implemented by the digital signal processor 13, the memory means 14 and the first connecting device 12, as this allows a plurality of dissimilar device types to be operated in parallel in identical manner. Accordingly, many interface devices 10 can be connected to a host device which then sees many different "virtual" hard disks. In addition, any modification of the specific hardware symbolized by the second connecting device 15 can be implemented essentially without changing the operation of the interface device according to the present invention. Further, an experienced user can intervene at any time on any level of the existing second connecting device by making use of the above mentioned option of creating a configuration file or adding or storing new program sections for the second connecting device.

An important advantage of the interface device 10 of the present invention is that it also permits extremely high data transfer rates by using, for data interchange, the host device-own BIOS routines which are optimized for each host device by the host device manufacturer or BIOS system manufacturer, or by using driver programs which are normally optimized and included by the manufacturers of multi-purpose interfaces. Furthermore, due to the simulation of a virtual mass storage device, the data is managed and made available in such a way that it can be transferred directly to other storage media, e.g. to an actual hard disk of the host device without, as it were, intervention of the host device processor. The only limitation to long-term data transfer at high speed is therefore imposed exclusively by the speed and the size of the mass storage device of the host device. This is the case as the digital signal processor 13 already formats the data read by the data transmit/receive device via the second connecting device 15 into block sizes suitable for a hard disk of the host device, whereby the data transfer speed is limited only by the mechanical latency of the hard disk system of the host device. At this point, it should be noted that normally data flow from a host device must be formatted in blocks to permit writing to a hard disk and subsequent reading from a hard disk, as known by those skilled in the art.

US 6,470,399 B1

9

10

The said data transfer rate can be increased further by setting up a direct memory access (DMA) or RAM drive in the host system. As those skilled in the art know, the setting up of a RAM drive requires processor resources of the host device, with the result that the advantage of writing the data to a hard disk drive of the host device essentially without the need for processor resources is lost.

As described above, a data buffer can be implemented in the memory means 14 to permit independence in terms of time of the data transmit/receive device attached to the second connecting device from the host device attached to the first connecting device. This guarantees error-free operation of the interface device 10 even for time-critical applications in multi-tasking host systems.

FIG. 2 shows a detailed block diagram of an interface device 10 according to the present invention.

A digital signal processor (DSP) 1300 is, in a manner of speaking, the heart of the interface device 10. The DSP can be any DSP but preferably has a 20-MB on-chip random access memory (RAM). Certain instruction sets, for example, can be stored in the RAM already integrated in the DSP. An 80-MHz clock generator is attached to the DSP 1300 in order to synchronize the DSP. The DSP implements a fast Fourier transformation (FFT) in real time and also optional data compression of the data to be transferred from the data transmit/receive device to the host device in order to achieve greater efficiency and to permit interoperation with host devices which have a smaller memory.

In the preferred embodiment of the interface device 10 shown in FIG. 2, the first connecting device 12 of FIG. 1 contains the following components: an SCSI interface 1220 and a 50-pin SCSI connector 1240 for attachment to an SCSI interface present on most host devices or laptops. The SCSI (small computer system interface) interface 1220 translates the data received via the SCSI connector 1240 into data understood by the DSP 1300, as known by those skilled in the art. Further, the first connecting device 12 comprises an EPP (enhanced parallel port) with a data transfer rate of approx. 1 MBps which delivers a more moderate data transfer rate of 1 MBps by comparison to the data transfer rate of 10 MBps of the SCSI interface. The EPP 1260 is connected to a 25-pin D-shell connector 1280 to permit attachment to a printer interface of a host device for example. Optionally, the first connecting device 12 also comprises a 25-pin connector 1282 which permits the attachment of 8 digital outputs and 8 digital inputs 1284 at a host device.

Preferably, the second connecting device comprises 8 BNC inputs with the calibration relay 1505, a block 1510 with 8 device amplifiers with an overvoltage protection of ±75 V, this block being connected in turn to 8 sample/hold (S&H) circuits 1515. The calibration relays are relays which permit controlled changeover between a test voltage and a calibration reference voltage. Each sample/hold circuit is connected to a corresponding input of an 8-channel multiplexer 1520 which feeds its output signals via a programmable amplifier 1525 into an analog/digital converter (ADC) with 12 bit and 1.25 MHz 1530 and to the DSP 1300. The ADC 1530 is controlled by means of a 20-bit timer 1535, as known by persons skilled in the art. The programmable amplifier 1525 and the 8-channel multiplexer 1520 are controlled via an amplifier channel selection circuit 1540 which is in turn controlled by the DSP 1300.

The complete interface device 10 is supplied with power by an external AC/DC converter 1800 which delivers a digital supply voltage of ±5 V and is attached to a DC/DC

converter 1810 which can deliver analog supply voltages of ±5 V and ±15 V as required for the interface device 10. Further, the DC/DC converter controls a precision voltage reference 1820 which controls the 8 BNC inputs 1505 and the ADC 1530 as well as a digital/analog converter (DAC) 1830 which permits, via an output amplifier block with 4 output amplifiers 1840 and a 9-pin connector 1850, analog output direct from the DSP 1300 to an output device, e.g. printer device or monitor device, which can be attached via the 9-pin connector 1850, thus providing the option of monitoring the data transferred to the host device or also, for example, of viewing an FFT to obtain rapid and comprehensive data analysis without using processor time of the host device.

In FIG. 2 the memory means 14 of FIG. 1 is implemented by an EPROM 1400 which, in a preferred embodiment of the present invention, contains the operating system of the digital signal processor 1300. A random access memory with an access time of 15 ns and a size of 512 KB or optionally 1024 KB 1420 serves as a data buffer to achieve independence in terms of time of the output line 16 from the output lines 11a, 11b and 11c to the data transmit/receive device and to the host device respectively. As described above, in a preferred embodiment of the present invention the digital signal processor 1300 already contains a 20-KB on-chip RAM 1440 which can store certain instruction sets, functions and also smaller application software units.

The connection, symbolized by the line 16, of the interface device 10 to any data transmit/receive device implements, by means of the blocks 1505–1535, an analog input with a sampling rate of 1.25 MHz and quantization of 12 bits. There are 8 channels with an overvoltage protection of ±75 V. By means of the programmable amplifier 1525 the channels can be programmed independently of each other in voltage ranges up to a maximum of ±10 V. Unused channels can be grounded internally to reduce channel intermodulation. The block 1515 is implemented as a monolithic high-precision, high-speed sample/hold amplifier for simultaneous sampling of all channels. The precision voltage reference 1820 provides a high-precision, temperature-compensated monolithic energy gap voltage reference for auto-calibration of each channel and each gain. Further, offset fine adjustment for each channel is implemented by the same.

The blocks 1830, 1840 and 1850 implement a direct analog output for the digital signal processor 1300, and the DAC 1830 provides a data transfer rate of 625 kHz and a quantization of 12 bits. The block 1840 comprises 4 channels with a common output latch.

Further, the interface device 10 comprises a digital input/output device implemented by the blocks 1284 and 1282. Here there are 8 digital inputs, 8 digital outputs with a common latch, and the digital port can be attached preferably to a side panel of the interface device 10 so that the port itself can easily be accessed.

The digital signal processor 1300 provides on-board digital data processing. In particular, it is a high-performance DSP with a clock speed of 80 MHz and a 20-bit timer 1535.

As described above, the first connecting device 12 comprises the SCSI interface 1220 with a peak transfer rate of 10 MBps. An optional PCMCIA-to-SCSI adapter permits high-speed communication with laptop computers which are desirable and in widespread use, particularly by mobile service technicians. The EPP 1260 with its associated connector 1280 permits data transfer at a more moderate rate.

As described above, the interface device 10 is supplied with power by means of an external AC/DC adapter which

US 6,470,399 B1

11

has a universal power input (85–264 VAC, 47–63 Hz). Interference suppression complies with the standards EN 55022, curve B and FFC, Class B). Further, it is also in accordance with international safety regulations (TÜV, UL, CSA). The interface device **10** is externally shielded and achieves a value of 55 dB at 30–60 MHz and a value of approximately 40 dB at 1 GHz, and therefore complies with the MILSTD 285-1 standard.

As described above, communication between the host device and the multi-purpose interface can take place not only via drivers for input/output device customary in a host device which reside in the BIOS system of the host device but also via specific interface drivers which, in the case of SCSI interfaces, are known as multi-purpose interface ASPI (advanced SCSI programming interface) drivers. This ASPI driver, which can also be referred to as an ASPI manager, is specific to a special SCSI host adapter, i.e. to a special multi-purpose interface, and is normally included by the manufacturer of the multi-purpose interface. Generally speaking, this multi-purpose interface driver has the task of moving precisely specified SCSI commands from the host system program to the host system SCSI adapter. For this reason, the command set is almost identical to that of the SCSI interface itself. Essentially, only status and reset commands for the host adapter have been added.

The ASPI driver can be used if the hard disk was not already addressable at boot time or if the SCSI-related BIOS routines of the host computer were still disabled. Here too, the steps needed to initialize the interface device, preferably as a virtual hard disk, are similar to the steps taken when initializing at boot time.

In general terms, the ASPI manager comprises two sides. One side is the proprietary, hardware-oriented side. It is responsible for converting all commands into a form required by the corresponding multi-purpose interface. The hardware-oriented side of the ASPI driver is therefore matched to a very specific type of multi-purpose interface or SCSI interface. The other side is known as the user software side. This side is totally independent of the proprietary operating characteristics of the SCSI adapter and is therefore identical for all SCSI interfaces. This permits SCSI programming which is however independent of the individual SCSI adapter types.

In contrast to communication between the host device and the interface device according to the present invention on the basis of a BIOS driver, the use of such an ASPI driver for communication between the host device and the interface device according to the present invention allows various further possibilities of the SCSI multi-purpose interface to be exploited. In the case described above, the interface device which preferably signs on and behaves as a virtual hard disk is detected by the BIOS driver of the host computer at boot time and is configured as a hard disk. This step does not however support active requests sent by the interface device to the host computer. If however the virtual hard disk wishes to write data actively to, for example, a hard disk of the host computer or wishes to initiate communication with the processor of the host computer, the host computer must recognize the request of the virtual hard disk and tolerate a further issuer of instructions on its bus. If the interface device behaves solely like a virtual hard disk, it would always receive and never issue commands. The BIOS has no objections to an additional issuer of commands that actively wishes to place data on the bus of the host device but the BIOS does not support the host device in recognizing corresponding requests of the interface device or in granting the interface device permission to access the bus.

Using the ASPI manager the interface device according to the present invention can now obtain active access to an

12

SCSI hard disk of the host device connected to the same SCSI bus which, in contrast to the interface device, cannot be a virtual but a real SCSI mass storage device or also a further interface device according to the present invention. Thereupon, the interface device according to the present invention can write the desired data to the SCSI hard disk of the host computer totally independently of the host computer or can communicate with the same in some other manner. The interface device according to the present invention therefore initially behaves passively as a virtual hard disk and then, as required and using the driver software for the multi-purpose interface, actively on the same SCSI bus. This means however that the interface device according to the present invention, using a driver software for the multi-purpose interface which comprises the BIOS routines customary in host devices and simultaneously provides the option of active participation, can, regardless of the type of the data transmit/receive device attached to the second connecting device, behave initially as a virtual and at the same time passive hard disk but can, as required, participate actively on the bus so as to be able to initiate communication directly with other SCSI hard disks of the host device by bypassing the processor of the host device.

Using a standard interface of a host device, the interface device according to the present invention permits communication with any host device. By simulating an input/output device to the host device and, in a preferred embodiment, by simulating a virtual mass storage device, the interface device **10** is automatically supported by all known host systems without any additional sophisticated driver software. The simulation of a freely definable file structure on the "virtual" hard disk provides simple operation and expansion options and, through the implementation of any programs, independence from special software implemented on the host device. Help files included on the interface device **10** and plug-and-play support ensure ease of use even in portable, flexible host devices. Despite the very simple user interface, experienced users are free at any time to intervene in the functions of the interface device **10** on system level. The interface device **10** thus provides a universal solution which can cover the entire spectrum of possible data transmit/receive devices.

What is claimed is:

1. An interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, comprising:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device, the second connecting device including a sampling circuit for sampling the analog data provided by the data transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data,

wherein the interface device is configured by the processor and the memory to include a first command interpreter and a second command interpreter,

wherein the first command interpreter is configured in such a way that the command interpreter, when receiving an inquiry from the host device as to a type of a device attached to the multi-purpose interface of the

US 6,470,399 B1

13

host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the driver for the input/output device customary in a host device, and

wherein the second command interpreter is configured to interpret a data request command from the host device to the type of input/output device signaled by the first command interpreter as a data transfer command for initiating a transfer of the digital data to the host device.

2. An interface device according to claim 1,

wherein the drivers for input/output drivers customary in a host device comprise a hard disk driver, and the signal indicates to the host device that the host device is communicating with a hard disk.

3. An interface device according to claim 1,

wherein the memory means comprises a buffer to buffer data to be transferred between the data transmit/receive device and the host device.

4. An interface device according to claim 1,

wherein the multi-purpose interface of the host device is an SCSI interface and the first connecting device also comprises an SCSI interface.

5. An interface device according to claim 1,

wherein the processor is a digital signal processor.

6. An interface device according to claim 2,

wherein the data to be transferred from the data transmit/receive device to the host device in the interface device is formated in a suitable format for a hard disk present in the host device.

7. An interface device according to claim 2,

which further comprises a root directory and virtual files which are present on the signaled hard disk drive and which can be accessed from the host device.

8. An interface device according to claim 7,

wherein the virtual files comprise a configuration file in text format which are stored in the memory means and using which the user can configure the interface device for a specific data transmit/receive device.

9. An interface device according to claim 7,

wherein the virtual files comprise batch files or executable files for the microprocessor means which are stored in the interface device in order to perform data processing, independently of the host device, of data received via the second connecting device.

10. An interface device according to claim 7,

wherein the virtual files comprise batch files or executable files for the host device which are stored in the interface device.

11. An interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, comprising:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device, the second connecting device including a sampling circuit for sampling the analog data provided by the data transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data,

14

where the interface device is configured using the processor and the memory to include a first command interpreter and a second command interpreter,

wherein the first command interpreter is configured in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached at the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface, and

wherein the second command interpreter is configured to interpret a data request command from the host device to the type of input/output device signaled by the first command interpreter as a data transfer command for initiating a transfer of the digital data to the host device.

12. An interface device according to claim 11, wherein in addition to the first connecting device of the interface device, there is a further input/output device at the multi-purpose interface of the host device, and wherein the interface device can communicate directly with said further input/output device via the specific driver for the multi-purpose interface.

13. An interface device according to claim 11,

wherein the multi-purpose interface is an SCSI interface, and wherein the specific driver for the multi-purpose interface is an ASPI manager.

14. A method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, via an interface device, comprising:

interfacing of the host device with a first connecting device of the interface device via the multi-purpose interface of the host device;

interfacing of the data transmit/receive device with a second connecting device of the interface device, the second connecting device including a sampling circuit for sampling the analog data provided by the data/transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data;

inquiring by the host device at the interface device as to the type of device to which the multi-purpose interface of the host device is attached;

regardless of the type of the data transmit/receive data attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the input/output device, and

interpreting a data request command from the host device to the type of input/output device customary in the host device as a data transfer command for initiating a transfer of the digital data to the host device.

15. A method according to claim 14,

wherein the drivers for input/output devices customary in a host device comprise a driver for a storage device and in particular for a hard disk drive.

*   *   *   *   *

# __Exhibit B__

## to HP's First Amended Complaint

US006895449B2

(12) **United States Patent**

Tasler

(10) Patent No.: **US 6,895,449 B2**

(45) Date of Patent: **May 17, 2005**

(54) **FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE**

(75) Inventor: **Michael Tasler**, Wuerzburg (DE)

(73) Assignee: **Labortechnik Tasler GmbH**, Wuerzburg (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 369 days.

(21) Appl. No.: **10/219,105**

(22) Filed: **Aug. 15, 2002**

(65) **Prior Publication Data**

US 2002/0199037 A1 Dec. 26, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/331,002, filed on Jun. 14, 1999.

(30) **Foreign Application Priority Data**

Mar. 4, 1997 (DE) ........................ 197 08 755
Mar. 3, 1998 (EP) ................................ PCT/EP98/01187

(51) Int. Cl.7 .............................................. G06F 13/14
(52) U.S. Cl. ................. **710/16**; 710/8; 710/64; 709/220
(58) Field of Search ................................ 710/8, 16, 64, 710/11, 12, 15, 62, 63; 703/23, 24, 25; 709/220, 222

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,548,783 A | * | 8/1996 | Jones et al. | .................... 710/16 |
| 5,596,628 A | * | 1/1997 | Klein | ...................... 379/93.11 |
| 5,628,030 A | * | 5/1997 | Tuckner | ...................... 710/64 |
| 6,012,113 A | * | 1/2000 | Tuckner | ...................... 710/64 |
| 6,266,711 B1 | * | 7/2001 | Ishikawa et al. | ............... 710/8 |
| 6,363,081 B1 | * | 3/2002 | Gase | ........................ 370/466 |
| 6,725,293 B1 | * | 4/2004 | Nakayama et al. | ........... 710/36 |
| 6,728,844 B2 | * | 4/2004 | Sanada et al. | .............. 711/152 |

* cited by examiner

*Primary Examiner*—Jeffrey Gaffin
*Assistant Examiner*—Harold Kim
(74) *Attorney, Agent, or Firm*—Glenn Patent Group; Michael A. Glenn

(57) **ABSTRACT**

An interface device (10) provides fast data communication between a host device with input/output interfaces and a data transmit/receive device, wherein the interface device (10) comprises a processor means (13), a memory means (14), a first connecting device (12) for interfacing the host device with the interface device, and a second connecting device (15) for interfacing the interface device (10) with the data transmit/receive device. The interface device (10) is configured by the processor means (13) and the memory means (14) in such a way that, when receiving an inquiry from the host device via the first connecting device (12) as to the type of a device attached to the host device, regardless of the type of the data transmit/receive device, the interface device sends a signal to the host device via the first connecting device (12) which signals to the host device that it is communicating with an input/output device.

18 Claims, 2 Drawing Sheets





*FIG.1*



FIG.2

US 6,895,449 B2

1

# FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE

## RELATED APPLICATIONS

This application is a divisional application of copending application Ser. No. 09/331,002 filed Jun. 14, 1999.

## DESCRIPTION

The present invention relates to the transfer of data and in particular to interface devices for communication between a computer or host device and a data transmit/receive device from which data is to be acquired or with which two-way communication is to take place.

Existing data acquisition systems for computers are very limited in their areas of application. Generally such systems can be classified into two groups.

In the first group host devices or computer systems are attached by means of an interface to a device whose data is to be acquired. The interfaces of this group are normally standard interfaces which, with specific driver software, can be used with a variety of host systems. An advantage of such interfaces is that they are largely independent of the host device. However, a disadvantage is that they generally require very sophisticated drivers which are prone to malfunction and which limit data transfer rates between the device connected to the interface and the host device and vice versa. Further, it is often very difficult to implement such interfaces for portable systems and they offer few possibilities for adaptation with the result that such systems offer little flexibility.

The devices from which data is to be acquired cover the entire electrical engineering spectrum. In a typical case, it is assumed that a customer who operates, for example, a diagnostic radiology system in a medical engineering environment reports a fault. A field service technician of the system manufacturer visits the customer and reads system log files generated by the diagnostic radiology system by means of a portable computer or laptop for example. If the fault cannot be localized or if the fault is intermittent, it will be necessary for the service technician to read not only an error log file but also data from current operation. It is apparent that in this case fast data transfer and rapid data analysis are necessary.

Another case requiring the use of an interface could be, for example, when an electronic measuring device, e.g. a multimeter, is attached to a computer system to transfer the data measured by the multimeter to the computer. Particularly when long-term measurements or large volumes of data are involved is it necessary for the interface to support a high data transfer rate.

From these randomly chosen examples it can be seen that an interface may be put to totally different uses. It is therefore desirable that an interface be sufficiently flexible to permit attachment of very different electrical or electronic systems to a host device by means of the interface. To prevent operator error, it is also desirable that a service technician is not required to operate different interfaces in different ways for different applications but that, if possible, a universal method of operating the interface be provided for a large number of applications.

To increase the data transfer rates across an interface, the route chosen in the second group of data acquisition systems

2

for the interface devices was to specifically match the interface very closely to individual host systems or computer systems. The advantage of this solution is that high data transfer rates are possible. However, a disadvantage is that the drivers for the interfaces of the second group are very closely matched to a single host system with the result that they generally cannot be used with other host systems or their use is very ineffective. Further, such types of interface have the disadvantage that they must be installed inside the computer casing to achieve maximum data transfer rates as they access the internal host bus system. They are therefore generally not suitable for portable host systems in the form of laptops whose minimum possible size leaves little internal space to plug in an interface card.

A solution to this problem is offered by the interface devices of IOtech (business address: 25971 Cannon Road, Cleveland, Ohio 44146, USA) which are suitable for laptops such as the WaveBook/512 (registered trademark). The interface devices are connected by means of a plug-in card, approximately the size of a credit card, to the PCMCIA interface which is now a standard feature in laptops. The plug-in card converts the PCMCIA interface into an interface known in the art as IEEE 1284. The said plug-in card provides a special printer interface which is enhanced as regards the data transfer rate and delivers a data transfer rate of approximately 2 MBps as compared with a rate of approx. 1 MBps for known printer interfaces. The known interface device generally consists of a driver component, a digital signal processor, a buffer and a hardware module which terminates in a connector to which the device whose data is to be acquired is attached. The driver component is attached directly to the enhanced printer interface thus permitting the known interface device to establish a connection between a computer and the device whose data is to be acquired.

In order to work with the said interface, an interface-specific driver must be installed on the host device so that the host device can communicate with the digital signal processor of the interface card. As described above, the driver must be installed on the host device. If the driver is a driver developed specifically for the host device, a high data transfer rate is achieved but the driver cannot be easily installed on a different host system. However, if the driver is a general driver which is as flexible as possible and which can be used on many host devices, compromises must be accepted with regard to the data transfer rate.

Particularly in an application for multi-tasking systems in which several different tasks such as data acquisition, data display and editing are to be performed quasi-simultaneously, each task is normally assigned a certain priority by the host system. A driver supporting a special task requests the central processing system of the host device for processor resources in order to perform its task. Depending on the particular priority assignment method and on the driver implementation, a particular share of processor resources is assigned to a special task in particular time slots. Conflicts arise if one or more drivers are implemented in such a way that they have the highest priority by default, i.e. they are incompatible, as happens in practice in many applications. It may occur that both drivers are set to highest priority which, in the worst case, can result in a system crash.

EP 0685799 A1 discloses an interface by means of which several peripheral devices can be attached to a bus. An interface is connected between the bus of a host device and various peripheral devices. The interface comprises a finite state machine and several branches each of which is assigned to a peripheral device. Each branch comprises a

US 6,895,449 B2

3

data manager, cycle control, user logic and a buffer. This known interface device provides optimal matching between a host device and a specific peripheral device.

The specialist publication IBM Technical Disclosure Bulletin, Vol. 38, No. 05, page 245; "Communication Method between Devices through FDD Interface" discloses an interface which connects a host device to a peripheral device via a floppy disk drive interface. The interface consists in particular of an address generator, an MFM encoder/decoder, a serial/parallel adapter and a format signal generator. The interface makes it possible to attach not only a floppy disk drive but also a further peripheral device to the FDD host controller of a host device. The host device assumes that a floppy disk drive is always attached to its floppy disk drive controller and communication is initiated if the address is correct. However, this document contains no information as to how communication should be possible if the interface is connected to a multi-purpose interface instead of to a floppy disk drive controller.

It is the object of the present invention to provide an interface device for communication between a host device and a data transmit/receive device whose use is host device-independent and which delivers a high data transfer rate.

This object is achieved by an interface device according to claim 1 or 12 and by a method according to claim 15.

The present invention is based on the finding that both a high data transfer rate and host device-independent use can be achieved if a driver for an input/output device customary in a host device, normally present in most commercially available host devices, is utilized. Drivers for input/output devices customary in a host device which are found in practically all host devices are, for example, drivers for hard disks, for graphics devices or for printer devices. As however the hard disk interfaces in common host devices which can be, for example, IBM PCs, IBM-compatible PCs, Commodore PCs, Apple computers or even workstations, are the interfaces with the highest data transfer rate, the hard disk driver is utilized in the preferred embodiment of the interface device of the present invention. Drivers for other storage devices such as floppy disk drives, CD-ROM drives or tape drives could also be utilized in order to implement the interface device according to the present invention.

As described in the following, the interface device according to the present invention is to be attached to a host device by means of a multi-purpose interface of the host device which can be implemented, for example, as an SCSI interface or as an enhanced printer interface. Multi-purpose interfaces comprise both an interface card and specific driver software for the interface card. The driver software can be designed so that it can replace the BIOS driver routines. Communication between the host device and the devices attached to the multi-purpose interface then essentially takes place by means of the specific driver software for the multi-purpose interface and no longer primarily by means of BIOS routines of the host device. Recently however drivers for multi-purpose interfaces can also already be integrated in the BIOS system of the host device as, alongside classical input/output interfaces, multi-purpose interfaces are becoming increasingly common in host devices. It is of course also possible to use BIOS routines in parallel with the specific driver software for the multi-purpose interface, if this is desired.

The interface device according to the present invention comprises a processor means, a memory means, a first connecting device for interfacing the host device with the interface device, and a second connecting device for inter-

4

facing the interface device with the data transmit/receive device. The interface device is configured by the processor means and the memory means in such a way that the interface device, when receiving an inquiry from the host device via the first connecting device as to the type of a device attached to the host device, sends a signal, regardless of the type of the data transmit/receive device, to the host device via the first connecting device which signals to the host device that it is communicating with an input/output device. The interface device according to the present invention therefore simulates, both in terms of hardware and software, the way in which a conventional input/output device functions, preferably that of a hard disk drive. As support for hard disks is implemented as standard in all commercially available host systems, the simulation of a hard disk, for example, can provide host device-independent use. The interface device according to the present invention therefore no longer communicates with the host device or computer by means of a specially designed driver but by means of a program which is present in the BIOS system (Basic Input/Output System) and is normally precisely matched to the specific computer system on which it is installed, or by means of a specific program for the multi-purpose interface. Consequently, the interface device according to the present invention combines the advantages of both groups. On the one hand, communication between the computer and the interface takes place by means of a host device-specific BIOS program or by means of a driver program which is matched to the multi-purpose interface and which could be regarded as a "device-specific driver". On the other hand, the BIOS program or a corresponding multi-purpose interface program which operates one of the common input/output interfaces in host systems is therefore present in all host systems so that the interface device according to the present invention is host device-independent.

In the following, preferred embodiments of the present invention will be explained in more detail with reference to the drawings enclosed, in which:

FIG. 1 shows a general block diagram of the interface device according to the present invention; and

FIG. 2 shows a detailed block diagram of an interface device according to a preferred embodiment of the present invention.

FIG. 1 shows a general block diagram of an interface device 10 according to the present invention. A first connecting device 12 of the interface device 10 can be attached to a host device (not shown) via a host line 11. The first connecting device is attached both to a digital signal processor 13 and to a memory means 14. The digital signal processor 13 and the memory means 14 are also attached to a second connecting device 15 by means of bi-directional communication lines (shown for all lines by means of two directional arrows). The second connecting device can be attached by means of an output line 16 to a data transmit/receive device which is to receive data from the host device or from which data is to be read, i.e. acquired, and transferred to the host device. The data transmit/receive device itself can also communicate actively with the host device via the first and second connecting device, as described in more detail in the following.

Communication between the host system or host device and the interface device is based on known standard access commands as supported by all known operating systems (e.g. DOS, Windows, Unix). Preferably, the interface device according to the present invention simulates a hard disk with

US 6,895,449 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

a root directory whose entries are "virtual" files which can be created for the most varied functions. When the host device system with which the interface device according to the present invention is connected is booted and a data transmit/receive device is also attached to the interface device 10, usual BIOS routines or multi-purpose interface programs issue an instruction, known by those skilled in the art as the INQUIRY instruction, to the input/output interfaces in the host device. The digital signal processor 13 receives this inquiry instruction via the first connecting device and generates a signal which is sent to the host device (not shown) again via the first connecting device 12 and the host line 11. This signal indicates to the host device that, for example, a hard disk drive is attached at the interface to which the INQUIRY instruction was sent. Optionally, the host device can send an instruction, known by those skilled in the art as "Test Unit Ready", to the interface device to request more precise details regarding the queried device.

Regardless of which data transmit/receive device at the output line 16 is attached to the second connecting device, the digital signal processor 13 informs the host device that it is communicating with a hard disk drive. If the host device receives the response that a drive is present, it then sends a request to the interface device 10 to read the boot sequence which, on actual hard disks, normally resides on the first sectors of the disk. The digital signal processor 13, whose operating system in stored in the memory means 14, responds to this instruction by sending to the host device a virtual boot sequence which, in the case of actual drives, includes the drive type, the starting position and the length of the file allocation table (FAT), the number of sectors, etc., known to those skilled in the art. Once the host device has received this data, it assumes that the interface device 10 according to a preferred embodiment of the present invention is a hard disk drive. In reply to an instruction from the host device to display the directory of the "virtual" hard disk drive simulated by the interface device 10 with respect to the host device, the digital signal processor can respond to the host device in exactly the same way as a conventional hard disk would, namely by reading on request the file allocation table or FAT on a sector specified in the boot sequence, normally the first writable sector, and transferring it to the host device, and subsequently by transferring the directory structure of the virtual hard disk. Further, it is possible that the FAT is not read until immediately prior to reading or storing the data of the "virtual" hard disk and not already at initialization.

In a preferred embodiment of the present invention, the digital signal processor 13, which need not necessarily be implemented as a digital signal processor but may be any other kind of microprocessor, comprises a first and a second command interpreter. The first command interpreter carries out the steps described above whilst the second command interpreter carries out the read/write assignment to specific functions. If the user now wishes to read data from the data transmit/receive device via the line 16, the host device sends a command, for example "read file xy", to the interface device. As described above, the interface device appears to the host device as a hard disk. The second command interpreter of the digital signal processor now interprets the read command of the host processor as a data transfer command, by decoding whether "xy" denotes, for example, a "real-time input" file, a "configuration" file or an executable file, whereby the same begins to transfer data from the data transmit/receive device via the second connecting device to the first connecting device and via the line 11 to the host device.

Preferably, the volume of data to be acquired by a data transmit/receive device is specified in a configuration file described in the following by the user specifying in the said configuration file that a measurement is to last, for example, five minutes. To the host device the "real-time input" file then appears as a file whose length corresponds to the anticipated volume of data in those five minutes. Those skilled in the art know that communication between a processor and a hard disk consists of the processor transferring to the hard disk the numbers of the blocks or clusters or sectors whose contents it wishes to read. By reference to the FAT the processor knows which information is contained in which block. In this case, communication between the host device and the interface device according to the present invention therefore consists of the very fast transfer of block numbers and preferably of block number ranges because a virtual "real-time input" file will not be fragmented. If the host device now wants to read the "real-time input" file, it transfers a range of block numbers to the interface device, whereupon data commences to be received via the second connecting device and data commences to be sent to the host device via the first connecting device.

In addition to the digital signal processor instruction memory, which comprises the operating system of the digital signal processor and can be implemented as an EPROM or EEPROM, the memory means 14 can have an additional buffer for purposes of synchronizing data transfer from the data transmit/receive device to the interface device 10 and data transfer from the interface device 10 to the host device.

Preferably, the buffer is implemented as a fast random access memory or RAM buffer.

Further, from the host device the user can also create a configuration file, whose entries automatically set and control various functions of the interface device 10, on the interface device 10 which appears to the host device as a hard disk. These settings can be, for example, gain, multiplex or sampling rate settings. By creating and editing a configuration file, normally a text file which is simple to understand with little prior knowledge, users of the interface device 10 are able to perform essentially identical operator actions for almost any data transmit/receive devices which can be attached to the second connecting device via the line 16, thus eliminating a source of error arising from users having to know many different command codes for different applications. In the case of the interface device 10 according to the present invention it is necessary for users to note the conventions of the configuration file once only in order to be able to use the interface device 10 as an interface between a host device and almost any data transmit/receive device.

As a result of the option of storing any files in agreed formats in the memory means 14 of the interface device 10, taking into account the maximum capacity of the memory means, any enhancements or even completely new functions of the interface device 10 can be quickly implemented. Even files executable by the host device, such as batch files or executable files (BAT or EXE files), and also help files can be implemented in the interface device, thus achieving independence of the interface device 10 from any additional software (with the exception of the BIOS routines) of the host device. On the one hand, this avoids licensing and/or registration problems and, on the other hand, installation of certain routines which can be frequently used, for example an FFT routine to examine acquired time-domain data in the frequency domain, is rendered unnecessary as the EXE files are already installed on the interface device 10 and appear in the virtual root directory, by means of which the host device can access all programs stored on the interface device 10.

US 6,895,449 B2

7

In a preferred embodiment of the present invention in which the interface device 10 simulates a hard disk to the host device, the interface device is automatically detected and readied for operation when the host system is powered up or booted. This corresponds to the plug-and-play standard which is currently finding increasingly widespread use. The user is no longer responsible for installing the interface device 10 on the host device by means of specific drivers which must also be loaded; instead the interface device 10 is automatically readied for operation when the host system is booted.

For persons skilled in the art it is however obvious that the interface device 10 is not necessarily signed on when the computer system is powered up but that a special BIOS routine or a driver for a multi-purpose interface can also be started on the host device during current operation of the computer system in order to sign on or mount the interface device 10 as an additional hard disk. This embodiment is suitable for larger workstation systems which are essentially never powered down as they perform, e.g. mail functions or monitor processes which run continuously, for example, in multi-tasking environments.

In the interface device according to the present invention an enormous advantage is to be gained, as apparent in the embodiment described in the following, in separating the actual hardware required to attach the interface device 10 to the data transmit/receive device from the communication unit, which is implemented by the digital signal processor 13, the memory means 14 and the first connecting device 12, as this allows a plurality of dissimilar device types to be operated in parallel in identical manner. Accordingly, many interface devices 10 can be connected to a host device which then sees many different "virtual" hard disks. In addition, any modification of the specific hardware symbolized by the second connecting device 15 can be implemented essentially without changing the operation of the interface device according to the present invention. Further, an experienced user can intervene at any time on any level of the existing second connecting device by making use of the above mentioned option of creating a configuration file or adding or storing new program sections for the second connecting device.

An important advantage of the interface device 10 of the present invention is that it also permits extremely high data transfer rates by using, for data interchange, the host device-own BIOS routines which are optimized for each host device by the host device manufacturer or BIOS system manufacturer, or by using driver programs which are normally optimized and included by the manufacturers of multi-purpose interfaces. Furthermore, due to the simulation of a virtual mass storage device, the data is managed and made available in such a way that it can be transferred directly to other storage media, e.g. to an actual hard disk of the host device without, as it were, intervention of the host device processor. The only limitation to long-term data transfer at high speed is therefore imposed exclusively by the speed and the size of the mass storage device of the host device. This is the case as the digital signal processor 13 already formats the data read by the data transmit/receive device via the second connecting device 15 into block sizes suitable for a hard disk of the host device, whereby the data transfer speed is limited only by the mechanical latency of the hard disk system of the host device. At this point, it should be noted that normally data flow from a host device must be formatted in blocks to permit writing to a hard disk and subsequent reading from a hard disk, as known by those skilled in the art.

8

The said data transfer rate can be increased further by setting up a direct memory access (DMA) or RAM drive in the host system. As those skilled in the art know, the setting up of a RAM drive requires processor resources of the host device, with the result that the advantage of writing the data to a hard disk drive of the host device essentially without the need for processor resources is lost.

As described above, a data buffer can be implemented in the memory means 14 to permit independence in terms of time of the data transmit/receive device attached to the second connecting device from the host device attached to the first connecting device. This guarantees error-free operation of the interface device 10 even for time-critical applications in multi-tasking host systems.

FIG. 2 shows a detailed block diagram of an interface device 10 according to the present invention.

A digital signal processor (DSP) 1300 is, in a manner of speaking, the heart of the interface device 10. The DSP can be any DSP but preferably has a 20-MB on-chip random access memory (RAM). Certain instruction sets, for example, can be stored in the RAM already integrated in the DSP. An 80-MHz clock generator is attached to the DSP 1300 in order to synchronize the DSP. The DSP implements a fast Fourier transformation (FFT) in real time and also optional data compression of the data to be transferred from the data transmit/receive device to the host device in order to achieve greater efficiency and to permit interoperation with host devices which have a smaller memory.

In the preferred embodiment of the interface device 10 shown in FIG. 2, the first connecting device 12 of FIG. 1 contains the following components: an SCSI interface 1220 and a 50-pin SCSI connector 1240 for attachment to an SCSI interface present on most host devices or laptops. The SCSI (small computer system interface) interface 1220 translates the data received via the SCSI connector 1240 into data understood by the DSP 1300, as known by those skilled in the art. Further, the first connecting device 12 comprises an EPP (enhanced parallel port) with a data transfer rate of approx. 1 MBps which delivers a more moderate data transfer rate of 1 MBps by comparison to the data transfer rate of 10 MBps of the SCSI interface. The EPP 1260 is connected to a 25-pin D-shell connector 1280 to permit attachment to a printer interface of a host device for example. Optionally, the first connecting device 12 also comprises a 25-pin connector 1282 which permits the attachment of 8 digital outputs and 8 digital inputs 1284 at a host device.

Preferably, the second connecting device comprises 8 BNC inputs with the calibration relay 1505, a block 1510 with 8 device amplifiers with an overvoltage protection of ±75 V, this block being connected in turn to 8 sample/hold (S&H) circuits 1515. The calibration relays are relays which permit controlled changeover between a test voltage and a calibration reference voltage. Each sample/hold circuit is connected to a corresponding input of an 8-channel multiplexer 1520 which feeds its output signals via a programmable amplifier 1525 into an analog/digital converter (ADC) with 12 bit and 1.25 MHz 1530 and to the DSP 1300. The ADC 1530 is controlled by means of a 20-bit timer 1535, as known by persons skilled in the art. The programmable amplifier 1525 and the 8-channel multiplexer 1520 are controlled via an amplifier channel selection circuit 1540 which is in turn controlled by the DSP 1300.

The complete interface device 10 is supplied with power by an external AC/DC converter 1800 which delivers a digital supply voltage of ±5 V and is attached to a DC/DC

9

converter **1810** which can deliver analog supply voltages of ±5 V and ±15 V as required for the interface device **10**. Further, the DC/DC converter controls a precision voltage reference **1820** which controls the 8 BNC inputs **1505** and the ADC **1530** as well as a digital/analog converter (DAC) **1830** which permits, via an output amplifier block with 4 output amplifiers **1840** and a 9-pin connector **1850**, analog output direct from the DSP **1300** to an output device, e.g. printer device or monitor device, which can be attached via the 9-pin connector **1850**, thus providing the option of monitoring the data transferred to the host device or also, for example, of viewing an FFT to obtain rapid and comprehensive data analysis without using processor time of the host device.

In FIG. 2 the memory means **14** of FIG. 1 is implemented by an EPROM **1400** which, in a preferred embodiment of the present invention, contains the operating system of the digital signal processor **1300**. A random access memory with an access time of 15 ns and a size of 512 KB or optionally 1024 KB **1420** serves as a data buffer to achieve independence in terms of time of the output line **16** from the output lines **11**a, **11**b and **11**c to the data transmit/receive device and to the host device respectively. As described above, in a preferred embodiment of the present invention the digital signal processor **1300** already contains a 20-KB on-chip RAM **1440** which can store certain instruction sets, functions and also smaller application software units.

The connection, symbolized by the line **16**, of the interface device **10** to any data transmit/receive device implements, by means of the blocks **1505–1535**, an analog input with a sampling rate of 1.25 MHz and quantization of 12 bits. There are 8 channels with an overvoltage protection of ±75 V. By means of the programmable amplifier **1525** the channels can be programmed independently of each other in voltage ranges up to a maximum of ±10 V. Unused channels can be grounded internally to reduce channel intermodulation. The block **1515** is implemented as a monolithic high-precision, high-speed sample/hold amplifier for simultaneous sampling of all channels. The precision voltage reference **1820** provides a high-precision, temperature-compensated monolithic energy gap voltage reference for auto-calibration of each channel and each gain. Further, offset fine adjustment for each channel is implemented by the same.

The blocks **1830**, **1840** and **1850** implement a direct analog output for the digital signal processor **1300**, and the DAC **1830** provides a data transfer rate of 625 KHz and a quantization of 12 bits. The block **1840** comprises 4 channels with a common output latch.

Further, the interface device **10** comprises a digital input/output device implemented by the blocks **1284** and **1282**. Here there are 8 digital inputs, 8 digital outputs with a common latch, and the digital port can be attached preferably to a side panel of the interface device **10** so that the port itself can easily be accessed.

The digital signal processor **1300** provides on-board digital data processing. In particular, it is a high-performance DSP with a clock speed of 80 MHz and a 20-bit timer **1535**.

As described above, the first connecting device **12** comprises the SCSI interface **1220** with a peak transfer rate of 10 MBps. An optional PCMCIA-to-SCSI adapter permits high-speed communication with laptop computers which are desirable and in widespread use, particularly by mobile service technicians. The EPP **1260** with its associated connector **1280** permits data transfer at a more moderate rate.

As described above, the interface device **10** is supplied with power by means of an external AC/DC adapter which

10

has a universal power input (85–264 VAC, 47–63 Hz). Interference suppression complies with the standards EN 55022, curve B and FFC, Class B). Further, it is also in accordance with international safety regulations (TÜV, UL, CSA). The interface device **10** is externally shielded and achieves a value of 55 dB at 30–60 MHz and a value of approximately 40 dB at 1 GHz, and therefore complies with the MILSTD 285-1 standard.

As described above, communication between the host device and the multi-purpose interface can take place not only via drivers for input/output device customary in a host device which reside in the BIOS system of the host device but also via specific interface drivers which, in the case of SCSI interfaces, are known as multi-purpose interface ASPI (advanced SCSI programming interface) drivers. This ASPI driver, which can also be referred to as an ASPI manager, is specific to a special SCSI host adapter, i.e. to a special multi-purpose interface, and is normally included by the manufacturer of the multi-purpose interface. Generally speaking, this multi-purpose interface driver has the task of moving precisely specified SCSI commands from the host system program to the host system SCSI adapter. For this reason, the command set is almost identical to that of the SCSI interface itself. Essentially, only status and reset commands for the host adapter have been added.

The ASPI driver can be used if the hard disk was not already addressable at boot time or if the SCSI-related BIOS routines of the host computer were still disabled. Here too, the steps needed to initialize the interface device, preferably as a virtual hard disk, are similar to the steps taken when initializing at boot time.

In general terms, the ASPI manager comprises two sides. One side is the proprietary, hardware-oriented side. It is responsible for converting all commands into a form required by the corresponding multi-purpose interface. The hardware-oriented side of the ASPI driver is therefore matched to a very specific type of multi-purpose interface or SCSI interface. The other side is known as the user software side. This side is totally independent of the proprietary operating characteristics of the SCSI adapter and is therefore identical for all SCSI interfaces. This permits SCSI programming which is however independent of the individual SCSI adapter types.

In contrast to communication between the host device and the interface device according to the present invention on the basis of a BIOS driver, the use of such an ASPI driver for communication between the host device and the interface device according to the present invention allows various further possibilities of the SCSI multi-purpose interface to be exploited. In the case described above, the interface device which preferably signs on and behaves as a virtual hard disk is detected by the BIOS driver of the host computer at boot time and is configured as a hard disk. This step does not however support active requests sent by the interface device to the host computer. If however the virtual hard disk wishes to write data actively to, for example, a hard disk of the host computer or wishes to initiate communication with the processor of the host computer, the host computer must recognize the request of the virtual hard disk and tolerate a further issuer of instructions on its bus. If the interface device behaves solely like a virtual hard disk, it would always receive and never issue commands. The BIOS has no objections to an additional issuer of commands that actively wishes to place data on the bus of the host device but the BIOS does not support the host device in recognizing corresponding requests of the interface device or in granting the interface device permission to access the bus.

US 6,895,449 B2

11

Using the ASPI manager the interface device according to the present invention can now obtain active access to an SCSI hard disk of the host device connected to the same SCSI bus which, in contrast to the interface device, cannot be a virtual but a real SCSI mass storage device or also a further interface device according to the present invention. Thereupon, the interface device according to the present invention can write the desired data to the SCSI hard disk of the host computer totally independently of the host computer or can communicate with the same in some other manner. The interface device according to the present invention therefore initially behaves passively as a virtual hard disk and then, as required and using the driver software for the multi-purpose interface, actively on the same SCSI bus. This means however that the interface device according to the present invention, using a driver software for the multi-purpose interface which comprises the BIOS routines customary in host devices and simultaneously provides the option of active participation, can, regardless of the type of the data transmit/receive device attached to the second connecting device, behave initially as a virtual and at the same time passive hard disk but can, as required, participate actively on the bus so as to be able to initiate communication directly with other SCSI hard disks of the host device by bypassing the processor of the host device.

Using a standard interface of a host device, the interface device according to the present invention permits communication with any host device. By simulating an input/output device to the host device and, in a preferred embodiment, by simulating a virtual mass storage device, the interface device 10 is automatically supported by all known host systems without any additional sophisticated driver software. The simulation of a freely definable file structure on the "virtual" hard disk provides simple operation and expansion options and, through the implementation of any programs, independence from special software implemented on the host device. Help files included on the interface device 10 and plug-and-play support ensure ease of use even in portable, flexible host devices. Despite the very simple user interface, experienced users are free at any time to intervene in the functions of the interface device 10 on system level. The interface device 10 thus provides a universal solution which can cover the entire spectrum of possible data transmit/receive devices.

What is claimed is:

1. An interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device comprising the following features:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device,

wherein the interface device is configured by the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached to the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is a storage device customary in a host device,

12

whereupon the host device communicates with the interface device by means of the driver for the storage device customary in a host device, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a directory structure.

2. An interface device in accordance with claim 1, in which the directory structure has a configuration file for setting and controlling functions of the interface device or an executable or a batch file for conducting a routine stored in the memory or a data file used for transferring data from the data transmit/receive device to the host device or a help file for giving help on handling the interface device.

3. An interface device in accordance with claim 2 wherein the configuration file is a text file.

4. An interface device in accordance with claim 2 wherein the executable file includes a Fast Fourier Transform routine for transforming data acquired by the second connecting device into the frequency domain and for examining frequency domain data.

5. An interface device in accordance with claim 2 wherein the executable file includes a data compression routine for compressing data to be transmitted from the data transmit/receive device to the host device.

6. An interface device in accordance with claim 1 wherein, in response to a request from the host to read a boot sequence, the processor is arranged to send a virtual boot sequence to the host.

7. An interface device in accordance with claim 6 wherein the virtual boot sequence includes a starting position and a length of a file allocation table, an indication of a type of the storage device or a number of sectors of the storage device.

8. An interface device in accordance with claim 7 wherein, in response to a request from the host to display a directory of the storage device, a processor is arranged for transferring the file allocation table and the directory structure to the host.

9. An interface device in accordance with claim 1 wherein the file allocation table and the directory structure is transferred to the host in response to a request from the host to read data from or store data to the storage device.

10. An interface device in accordance with claim 1 wherein the directory structure includes a data file for transferring data from the data transmit/receive device to the host device wherein the processor is arranged to interpret a request from the host to read the data file as a request for a data transfer from the data transmit/receive device to the host, so that data is transmitted from the second connecting device to the first connecting device and to the host.

11. An interface device in accordance with claim 10 wherein the directory structure further includes a configuration file for specifying a time period for a measurement by the data transmit/receive device, wherein the interface device is arranged for simulating a length of the data file to the host that corresponds to an anticipated volume of data produced by the data transmit/receive device in the specified time period.

12. An interface device in accordance with claim 1 wherein the file allocation table includes information on numbers of blocks occupied by the data file wherein the interface device is arranged for receiving block numbers or a block number range from the host when the host wants to read the data file, and wherein the interface device is arranged to start a data transfer to the host, when the block numbers or the block number range is received from the host.

13. An interface device in accordance with claim 12 wherein the processor is arranged for formatting the data

US 6,895,449 B2

13

14

acquired by the second connecting device into blocks having a predetermined size, the predetermined size being suited for the storage device.

**14.** An interface device in accordance with claim **1** wherein the functions are gain, multiplex or synchronization settings of the second connecting device.

**15.** An interface device in accordance with claim **1** wherein the storage device is a hard disk.

**16.** An interface device in accordance with claim **1** wherein the memory has a data buffer for permitting independence in terms of time of the data transmit/receive device attachable to the second connecting device from the host device attachable to the first connecting device.

**17.** An interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device comprising the following features:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device,

where the interface device is configured using the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached at the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is a storage device customary in a host device,

whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a file allocation table and a directory structure.

**18.** A method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device via an interface device comprising the following steps:

interfacing of the host device with a first connecting device of the interface device via the multi-purpose interface of the host device;

interfacing of the data transmit/receive device with a second connecting device of the interface device;

inquiring by the host device at the interface device as to the type of device to which the multi-purpose interface of the host device is attached;

regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is a storage device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the storage device, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a file allocation table and a directory structure.

*     *     *     *     *

# Exhibit C

## to HP's First Amended Complaint

Copyright

by

Michael Tasler

1996

PAP0026095

# Design and Construction of a Universal Data Acquisition and Control System for Scanning Probe Microscopy

by

Michael Tasler

**THESIS**

Presented to the Faculty of the Graduate School

of The University of Texas at Austin

in Partial Fulfillment

of the Requirements

for the Degree of

**MASTER OF ARTS**

**THE UNIVERSITY OF TEXAS AT AUSTIN**

May, 1996

PAP0026096

# Design and Construction of a Universal Data Acquisition and Control
# System for Scanning Probe Microscopy

**APPROVED BY**

**SUPERVISING COMMITTEE:**

_____

Chih-Kang Shih

_____

John Markert

PAP0026097

# Chapter 1: Introduction

### (1.1) Motivation:

The interest in Scanning Probe Microscopy (SPM) has been increasing ever since the Scanning Tunneling Microscopy (STM) was invented by G. Binnig and H. Rohrer in 1981. Several novel technologies were developed in the following years to investigate many different surface properties. All of those techniques share the task of discovering, exploring and resolving more precise information of an expanding variety of surface structures and materials. The decreasing size of those structures give rise to new effects like the unique electronic properties of quantum heterostructures. As a consequence the design and the control of the scanning probe microscopes and data acquisition has to fulfill higher standards.

While the recent quality of the mechanical design of scanning probe microscopes already allows theoretically scanning as precise as about 1/500 Å, many control and data acquisition systems are less accurate. However, the question to be solved is where the physically meaningful limit of scanning control is to be set. Temperature related effects can only be minimized within a certain range by changing the environmental temperature of the probe and the microscope. Time dependent disturbances of the signal stability, like drift effects, influence the method of measuring as well as disturbances caused by the observation technique itself. Thus a very thorough discussion of system requirements and inevitable disturbances is essential. Only then a reasonable optimization of the control and data acquisition units is practicable.

To achieve the determination and the spatial resolution of electronic states within a GaAs/AlGaAs/GaAs quantum well formation with a STM is my future goal and therefore the overall motivation, which is used as a guideline throughout the work. At the same time it is

1

PAP0026098

to be kept in mind to maintain a high flexibility of the system in order to fulfill the needs of other SPM experiments.

**(1.2) General SPM Setup:**

The general idea of all SPMs is to place a sharp tip close enough to the surface of interest so that atomic interactions between tip and sample can occur. The magnitude of the detected interaction signal is dependent on the effective separation of tip and sample. To keep this signal constant is the task of a feedback circuit, which can adjust the tip to sample distance for that purpose. If this feedback system is turned on and two dimensional scanning across the surface is started, the tip position will reflect a plane of constant interaction of tip and sample.

**(1.2.1) General Mechanical SPM Design:**

Three dimensional nanoscale tip positioning is commonly done with piezoelectric devices, which expand and contract roughly proportional to an applied voltage. One possible design is a scanning tube as shown in figure 1.1.



Fig 1.1: Scanning tube. The drawing shows the four segments of the tube and their wiring including the common center contact.

2

If different voltages are applied on opposite sections of the tube, their different expansions will lead to a bending of the tube and therefore to a movement of the axial mounted tip. This movement is roughly perpendicular to the axis. By changing the offset voltage of all segments simultaneously, the tube length will change steadily and move the tip in axial direction. Positioning within several μm range is achievable with this technique.

Although this range is plenty for atomic resolution scanning, it is too small for practical purposes. Thus a micropositioning unit is necessary, to bring the sample into the scan range of the tip. A widely used technique is a two dimensional translation stage (Walker) as shown in figure 1.2.



top stage
middle stage
stationary bottom stage

non-segmented piezo tube
sapphire rod

Fig 1.2: Walker design

The basic idea is to provide two perpendicular orientated motion directions. Each is represented by an independent stage of the walker. The driving force is generated by nonsegmented piezo tubes which are mounted with one end to the stage and with the other to a counterweight. If a voltage is applied so that the length of the piezo is changed, a force will act on the stage and the counterweight. Due to friction of the stage, the force has to exceed a certain threshold before motion will occur. The wave form of the applied voltage signal thus determines direction and speed of the movement. Optimal movement is achieved by cycloids as they are shown in figure 1.3. Each cycle lets the walker jump by about 50 nm. The

3

PAP0026100

average step size can be adjusted by varying the frequency and the amplitude of the applied signals. Common settings are 225 V peak voltage and 1 kHz cycle frequency.



Fig. 1.3: Driving signal for walker piezo tube for (a) forward and (b) backward movement

The function for the time dependence of the voltage in figure (1.3) is:

$$(a) \quad V(t) = V_0 \cdot \sqrt{1 - x^2} \;, \quad |x| \leq 1$$

$$(b) \quad V(t) = V_0 \cdot \left(1 - \sqrt{1 - x^2}\right), \quad |x| \leq 1$$

where $V_0$ is the maximum voltage.

### (1.2.2) Electrical SPM setup in the case of Tunneling Microscopy:

According to the above mentioned overall motivation of doing a certain STM study, the general description of SPMs is replaced in this chapter by a more detailed introduction into the electrical schematic of a Scanning Tunneling Microscope.

4

PAP0026101



Fig. 1.4: Simplified plot of the STM constellation

If the tip to sample distance z is small enough, a tunneling current $I_t$ is detected. This current is dependent of the sign and the absolute value of the applied bias voltage $V_b$ and reflects directly the Local Density of States Contour. It decays exponentially with the distance z:

$$I \sim \exp(-\kappa\, z)$$

where

$$\kappa = \sqrt{\frac{2m\varepsilon}{\hbar^2}} \approx \frac{1}{\mathring{A}}$$

and $\varepsilon$ is the energy shown in the figure. Here, $\varepsilon_{f,t}$ and $\varepsilon_{f,s}$ are the Fermi levels of the tip and the sample. The required energy to move an electron away from either the tip or the sample is described by $\phi_t$ and $\phi_s$ which are the work functions of tip and sample.



$$\varepsilon = \frac{\Phi_t + \Phi_s + eV}{2} - E$$

Fig. 1.4: Energy diagram of the tunneling junction. (VB) is the Valence band, (CB) is the Conduction band. E is the energy of the electronic state of the sample, which is involved in the tunneling process.

5

PAP0026102

The tunneling current at a given voltage V and position z can be expressed by:

$$I(V) = \int \rho_s(E) \cdot \rho_t(E - eV) \cdot \exp[-2\kappa(E)z] dE$$

where $\rho_t$ and $\rho_s$ are the local density of electronic states of the tip and the sample.

As a result the direct mapping of the energy distribution of the electronic local density of states is made possible by detecting the tunneling current $I_t$ at a given position (x, y) and distance z, while the applied bias voltage $V_b$ is scanned over a given range. Due to the exponential decay of $I_t$ with z, a precise and stable tip position is very essential. However, this z dependence can be used to expand the dynamic resolution of the acquisition system. By moving the tip closer to the sample the current signal can be magnified by several orders if necessary. This technique is of interest if the bias voltage is scanned over a wide range including zero voltage.

However, the complex interaction of z, $V_b$ and $I_t$ must be studied well before any result can be derived from the set of data obtained by this method of z and $V_b$ variation. This was first done by Feenstra et al. [1], who established the simultaneously scanning of z and $V_b$ where

$$z = \xi V_b + z_{min}.$$

Although this method allows a better insight in the energy distribution of electronic states it still bears several uncertainties. Physically relevant results can only be derived if all data values refer to the same reference position $z_0$, which turns out to be a major problem of the simultaneous V and z ramping method, since no pair of two adjacent values can be found, where either z or V is identical.

How to choose a relation, which estimates the z and V dependence of $I_t$ plays a very essential role in relating all data values back to a constant reference position $z_0$ and will therefore affect the derived physical results of the measurement.

6

PAP0026103

It is part of this work to introduce a new method to increase the dynamic resolution of $I_t$ with a different $z$ variation technique.

7

PAP0026104

# Chapter 2: Design of the SPM Control Unit

## (2.1) Theoretical Discussion of the System Requirements and Limits:

As mentioned in the introduction, the discussion of system requirements is basically done with respect to a STM study of the electronic states of an GaAs/AlGaAs/GaAs quantum well.

## (2.1.1) Electronic Noise:

Recently electronic noise of the STM controlling system and its non-expandable design are limiting the capabilities of the STM. How much the intrinsic, unavoidable noises, like shot noise, Johnson noise and flicker noise, are limiting the expectable resolution is discussed in this chapter as well as thermal drift effects and filtering.

## (2.1.1.1) Shot Noise:

Statistic fluctuations of any current $I$, which are caused by the finite quantization of the electric charges, lead to an inevitable white noise. This fluctuation has a Gaussian amplitude distribution and is known as shot noise. Since this noise is white and the relative fluctuation is larger for small currents, good filtering and a narrow bandwidth $\Delta f$ is essential for the precise detection of the low tunneling current.

Assuming that 40,000 data points are taken each second, $\Delta f$ is limited to 40 kHz by the relation $\Delta f \cdot \Delta t \geq 1$. For a tunneling current of 1 nA, the rms fluctuation is:

$$I_{shot\ noise}(rms) = \sqrt{2eI_t\Delta f} \approx \sqrt{2 \cdot 1.6 \cdot 10^{-19}\,\mathrm{As} \cdot 1\,\mathrm{nA} \cdot 40\,\mathrm{kHz}} = 3.6\ \mathrm{pA} = 0.36\% \cdot I_t\,.$$

8

**(2.1.1.2) Johnson noise:**

In order to be able to analyze the tunneling current, a conversion to voltage and a preamplification of the signal within the UHV chamber of the STM by a factor of $10^7$ is done. The basic idea is to measure the voltage, which falls off at a 10 M$\Omega$ resistor, while $I_t$ is flowing through it. Additional to the shot noise, a temperature dependent white noise occurs, which is created by fluctuations of this resistance. The rms fluctuation of this so called Johnson noise is like the shot noise dependent on the bandwidth of the acquisition system. Assuming that the temperature T of the chamber is 80 K and that $\Delta f$ is limited to 40 kHz, the effect of this noise is:

$$\frac{V_{Johnson\ noise}(rms)}{R\,I_t} = \frac{\sqrt{4\,k_B\,T\,R\,\Delta f}}{R\,I_t} = 0.42\%$$

**(2.1.1.3) Flicker noise:**

A third kind of noise is the flicker noise, generated by the resistor as well. It has typically a 1/f dependence and causes a maximum rms noise of 0.2 μV per decade for metal-film resistors. Assuming again a bandwidth of $\Delta f$ = 40 kHz, which is 4.5 decades, this noise will not exceed the 1 μV limit (which is less than 0.01% of the signal voltage).

**(2.1.1.4) Noise of a JFET Preamplifier:**

To obtain a low impedance output, a JFET instrumentation amplifier is used. The overall error, caused by the previously mentioned effects can be estimated for the amplifying system

9

PAP0026106

according to Horowitz [3]. The internal noise $i_n/\sqrt{f}$ of JFETs below 50 kHz is about 5 fA/Hz$^{\frac{1}{2}}$.



The noise of this inverting unit can be expressed by the relation:

$$\frac{\Delta I}{I} = \frac{\sqrt{\left(i_n^2 + 4k_B T \frac{1}{R}\right) \cdot \Delta f}}{I} \approx 0.4\% \quad \text{for } I = 1 \text{ nA}.$$

The accuracy of the whole system is therefore limited to 0.4%.

### (2.1.2) Required accuracy:

In order to get a rough estimate for the accuracy required of the tip positioning and the control signals, we need to compute their effect on the tunneling current and to claim that those influences do not exceed the 0.4% level of the intrinsic noise.

### (2.1.2.1) Accuracy of the Tip Positioning:

First of all, the tip vibration $\Delta z$ must be considered. According to the approximation

10

PAP0026107

$$I - \Delta I \propto e^{-\kappa(z+\Delta z)} = e^{-\kappa z} e^{-\kappa \Delta z} \approx e^{-\kappa z}(1 - \kappa \Delta z)$$

$$\Rightarrow \frac{I - \Delta I}{I} = 1 - \kappa \Delta z \quad \Rightarrow \frac{\Delta I}{I} = \kappa \Delta z \overset{!}{\leq} 0.4\%$$

and with a realistic decay constant of $\kappa = 1.1 \cdot 10^{10}\, m^{-1}$, $\Delta z$ must fulfill:

$\Delta z \leq \dfrac{1}{250}$ Å. That is mechanically already practicable.

### (2.1.2.2) Required Accuracy of the Bias Voltage:

Another point is the ramping of the bias voltage. Referring to Feenstra's research [2], the tunneling current shows a proportionality to $(V-V_0)^\alpha$, where $eV_0$ is the band edge energy and $\alpha \approx 1.5$. From this information, it is possible to derive:

$$\frac{1}{I}\frac{dI}{dV} \approx \frac{\alpha}{V - V_0} \quad \Rightarrow \frac{dI}{I} \approx \alpha \frac{dV}{V - V_0} \overset{!}{\leq} 0.4\%,$$

$$\Rightarrow (V - V_0) \geq 370 \cdot \Delta V_{step}.$$

This determines the minimal value of the energy resolution around a band edge to be three to four hundred times larger than the stepping size of the voltage ramp.

At the given temperature T = 80 K, which means that $k_BT \approx 7$ meV, it does not make sense to look for any details below 10 meV resolution. If we want to resolve details at this limit, which means that $(V-V_0)$ is minimal 10 mV, the corresponding maximal $\Delta V$ step size can be estimated by using the above derived relation to be less than 30 μV. In the case that we are scanning over a ±2.5 V bias voltage range with ten ascending intervals of 0.5 V length, every window requires a resolution of

11

$\dfrac{30\mu V}{0.5V} = \dfrac{1}{1.7 \cdot 10^4}$, which equals exactly 14 bit accuracy of AD and DA ICs. To obtain this resolution over the entire ±2.5 V range, a 17 or 18 bit AD/DA system would be required. That is far beyond a trivial task and exceeds my abilities. Therefore I concentrated on smaller windows of 0.5 V range each.

**(2.2) Practical Realizations:**

Besides the unavoidable noises, other influences like 60 Hz and 120 Hz line noise and thermal drift effects are reducing the stability and the resolution of the system.

It seems therefore to be very essential to keep the length of all signal wires short. One idea is to place the AD and DA boards within the UHV chamber of the SPM itself. First of all, the data acquisition would be closer to the origin of the signals. Secondly the metal surface of the chamber would act like a shielding system and the lower temperature in the chamber would reduce the above mentioned intrinsic noise. The only problems are that the electronic devices are not running at temperatures as low as 80K and that the number of connections into the UHV chamber is limited. The circuit boards must therefore be located in a different part of the chamber than the sample itself, which might cause some difficulties. The number of wires is kept low by providing fast serial ports which are optimized for different purposes. To explain those purposes it is helpful to think about various modes of the data acquisition, especially concerning the timing of the in- and outgoing signals.

12

**(2.2.1) Timing Requirements for different Scanning Modes:**

There are basically two different ways of using an STM: the constant current topography (CCT) mode and the constant current tunneling spectroscopy (CITS) mode.

In the CCT mode the tip scans continuously in **x** and **y** direction over the sample. The feedback circuit has to adjust **z** to provide a constant tunneling current. The measured information is **z**.

For this purpose a smooth **x** ramp and a stable, uniformly stepping **y** signal are needed. Good low pass filtering and good timing can increase the quality of the DA output signals. The feedback circuit should respond quickly and almost unaffected by any kind of filtering. In order to realize a high flexibility of the system, a digital feedback should be provided. Thus the adjustment of any feedback parameters can be easily done by software.

Those tasks make two basic sets of data converters necessary:

a medium fast set of ADCs and DACs with programmable timers, filters and gain

and a fast set of DACs with a high output slew rate.

In addition to this scanning technique an energy mapping can be done at each $x,y$ position to obtain information about electronic states of the sample surface. Since the energy relates to the bias voltage, a measurement of $I_t(V)$ provides a method of mapping the energy distribution of the density of electronic states. This mode is called CITS. It requires stable and uniformly stepping **x** and **y** signals to scan in single steps over the sample. After each step the feedback is turned off and both **V** and **z** are scanned simultaneously and smoothly over the given range while $I_{x,y}(z,V)$ is measured. This requires slow **x** and **y** outputs, medium-fast, simultaneously timed **V** and **z** outputs, and a fast feedback response output.

Beside nontrivial programming this comes down to the same two kinds of needed sets of hardware as for the first discussed CCT mode. The slow x and y signals can be generated by medium fast DACs with a very low filtering frequency.

13

PAP0026110

**(2.2.2) The Digital Control Unit:**

Not yet mentioned is the load of information which must be handled by the master unit of the acquisition system, which in our case is an IBM compatible PC. Although the processor of a modern PC might be fast enough to handle this amount of data, it is impossible to get it all in and out in time through any standard PC port. Thus a secondary device is to be designed, that takes over the complete SPM control, but that itself is driven by a master PC. In this case only the starting conditions and the final results must be send and received by the PC.

Especially for the fast analysis and control of multiple signal systems DSPs, Digital Signal Processors, are available. After comparing the features of many different types of DSPs, I finally chose the TMS320C50 from Texas Instruments. The advantage of this DSP is that it has a relatively large internal memory, a big set of highly optimized commands, fast and easy programmable bus systems, and the fact that a starter kit with very good manuals is offered. This starter kit provides all the features of the single DSP chip, but already contains boot software, which allows the convenient programming over the COM port of the PC.

**(2.3) The Realization of an independent Processor System:**

To allow a multiple timer system to work properly, a sophisticated way of handling the requests for processor time must be found. A well known way are interrupt-requests, IRQs, which interrupt the processor immediately to start to work at another part of the program. The problem is that some processes are so important that they cannot be interrupted and others are so important that they have to interrupt immediately. Therefore an interrupt manager (IM) with freely definable priorities is desired. It is very important that this IM

14

PAP0026111

must not have any dead time. It must always be ready to detect an incoming request, even while its registers are read by the main processor, the DSP.

Since some wait-states for simultaneously occurring events are still inevitable, buffers have to be provided for each port for temporary storage of the data. Especially the communication between DSP and PC must be buffered well, to keep them as independent as possible.

Parallel digital I/O ports with and without line drivers should also be included in the design, to allow switching of external signals with relays or TTL signals.

PCs are in general strong radiators of noise and should be located away from the SPM. The separation of the PC and the DSP unit will also help to reduce induced noise. It is part of this project to invent a communication of DSP and PC via the standard parallel printer port of any Personal Computer system. The idea is not only to allow a convenient way of separating the devices, but also to provide compatibility to different PC systems, including Laptop computers.

Further signal improvements can be achieved by separating the ADCs and DACs from the DSP unit and by connecting them with the DSP over serial ports, as mentioned above.

Texas Instruments and Analog Devices turned out to be the best choice for 14 bit products with serial ports and programmable features. TI's device TLC320AC01 fulfills all the requirements for the medium fast purposes. It includes a programmable gains and has its own timers with adjustable offsets. The fact that it has analog in- and outputs within one single IC and that it can be linked together with ICs of the same kind allows simultaneous control of different signals, while keeping the layout dimensions small.

Analog Devices offers many high quality products for the faster purposes. A good choice is the AD7244, a fast dual DAC with serial ports.

To increase the effective dynamic range of all DAC outputs it is meaningful to keep signal offsets low and constant. This is especially important if the tip scanning plane of

15

constant $z$ is not parallel to the surface of the SPM sample. An analog $x$, $y$, $z$-coordinate rotation can help to translate the sample orientation into the x,y plane of the computer scanning area. This coordinate rotation can be achieved with a combination of several ICs of Analog Devices.

For reference purposes a summary of all setup ideas is shown in the block diagram of Appendix A.

### (2.4) Concluding Comments on System Limits:

The quality of the described data acquisition system is definitely worse than the estimations made in the theoretical discussion in (2.1), since the mentioned types of noise are the theoretical error limits and do not contain non-linear behaviors of amplifiers, time drift and piezo hysteresis effects.

In general time independent non-linear disturbances are predictable and measurable and can be compensated by software algorithms.

Time dependent drift effects, however, are disturbing the measurements significantly. A compromise concerning the optimal scanning speed must be found. While on one hand slower scanning allows better filtering, it increases on the other hand the total scanning time, so that drift effects are getting more important. One possible solution is the reduction of the image size, so that less data points must be taken. Therefore each measurement can be done with the needed accuracy without exceeding a total time limit. This is particularly important if a lock-in amplifier is used to measure $dI/dV$ curves. The adjustable bandwidth of that amplifier influences the quality of the result significantly.

16

# Chapter 3: Hardware Design

Before starting the design of the circuits a very strict overall guideline has to be defined. To obtain optimal system performance, it is essential to determine a clear idea of the whole setup in advance.

It is the goal to create a flexible system that can be adjusted to a large variety of experimental requirements. This makes it especially important to design an easily expandable system, so that components can be added as needed.

This purpose is achievable by creating an optimized bus architecture through which the processor unit and the system components can communicate in a well defined pattern. All main bus control circuits should be combined on one board, the DSP motherboard. This board will put all relevant signals to the pins of a single connector which will be called the Bus Connector from now on. All additional boards only have to provide an identical set of bus connectors for the incoming bus and the outgoing bus, to which the next board will connect.

The DSP Starter Kit TMS320C5x (DSK), which is used as the processor unit, is well described in TI's "TMS320C5x User's Guide" [4] and is not further discussed in this chapter. Only the facts are important, that it is programmed over the COM port of a PC and that all important signals are available on four 24 pin connectors. The on board Analog Interface occupies the built in serial port of the DSP and will be used for the output of constant reference signals.

17

PAP0026114

**(3.1) The DSP Motherboard:**

The basic idea of any bus system is the sharing of a fixed set of signal lines to distribute data to all bus parties. So called Enable (EN) Signals are completely under the control of the DSP and determine which party is active and allowed to read or write data from or to the bus.

The TMS320C50 is a 16 Bit fixed-point DSP with 10KB on-chip memory. It offers a set of 124 instructions with 50 ns cycle time. 16 of the available 65536 I/O port addresses are accessible with fast memory mapped registers. Only those I/O ports will be used in the following design. A simple 16 channel demultiplexer (74 HC 154) transfers the binary available I/O-port-address into 16 separated Enable lines (EN00 to EN15).

Interrupt Request (IRQ) Lines allow external parties to request the right to use the bus in order to communicate with the DSP. It is up to the programmer of the DSP system to enable or disable certain IRQs and to set IRQ priorities. This technique guaranties that urgent requests are processed earlier than usual requests. Furthermore unused components can be turned off by disabling (masking) their IRQ.

Although the DSP offers some IRQ lines, the number and the timing criterias of those signals do not fulfill the requirements.

**(3.1.1) The Interrupt Manager (IM):**

The design of a new 8 channel IRQ-Manager (IM) is shown in Appendix B. Each channel is connected to a flip-flop, which switches its output state if a low to high transition occurs on the input. An 8 Bit comparator (74 AS 855) compares the state of all 8 flip-flops with a previously stored value. If any incoming IRQ changes the state of the

18

PAP0026115

according flip-flop, the comparator will recognize the change and notify the DSP. As soon as the DSP reads the 8 flip-flop states, the comparator stores this constellation as the reference value, so that the output of the comparator switches back to 'equal'. The next incoming IRQ will change the constellation again and switch the comparator back to 'unequal'. The DSP will be notified immediately, and so forth.

By setting the Preset Pin of any flip-flop to zero, its output state is forced to be high. As a result incoming IRQs on this line are unable to toggle the state of this particular flip-flop. The IRQ is masked.

The state of any of those Preset Pins can be determined by the DSP by writing a bitsignificant value to the Interrupt Manager (IM) address (050h). Reading the same address will give the current constellation of the IRQ-flip-flops. By comparing this value to the previously read value, the DSP can easily determine if and which IRQ occurred since the last reading.

The great advantage of this method is that even extremely short IRQ pulses can trigger the IM to notify the DSP. Furthermore the IM has no deadtime, since any IM reading by the DSP will set the IM comparator value simultaneously.

A priority list can easily be programmed to determine which events have to be taken care of before others.

The detailed schematics for this part are shown in Appendix B.

**(3.1.2) The Connection to the Master PC:**

Since almost any modern PC system offers a parallel Line Printer Port (LPT), the communication with the DSP will be established using this standard interface.
The pinout of this port and the I/O address of the corresponding function is shown in table 3.1.
Although the LPT is only designed for monodirectional output, it can be used for bidirectional I/O operations. The idea is to read data through the 5 handshaking input bits,

19

PAP0026116

which are usually the indicators for "Paper Out", "Printer Error", "Printer Selected", "Request Acknowledge" and "Busy".

To determine when to transmit or receive which information over the port the 4 available handshaking output pins are used. The different modes are shown in table 3.2.

Missing codes can be avoided by using one of the output signals as Data Ready (DR) trigger. A pulse on this line indicates the DSP-Interface that the selected mode is valid.

DR is automatically generated, if the Init-Signal (Pin 16) is toggled. A selected mode can simply be changed by writing the value of the new mode with Bit 2 (Init) toggled to the control register of LPT. Due to the internal setup of older LPTs some modes can only be followed by certain other modes. The allowed sequences are shown in table 3.3.

The interface of the DSP is buffered to separate the DSP and the PC as much as possible The Busy line (Pin 11 of LPT) indicates if those buffers are empty, non empty or full (see table 3.2).

Detailed information can be obtained if the Status mode is selected. The bitsignificant status value is explained in table 3.4.

If the DSP communicates with the buffers, only Bits 0 to 7 are used. After reading from the buffers, the higher bits (8 to 15) contain the status of the buffers and the recent selected LPT mode. See table 3.5 for the meaning of each bit.

The detailed schematics for this part is shown in Appendix B.

20

| Pin | Description | I/O | Address | Bit |
|---|---|---|---|---|
| 1 | -Strobe | Output | Base+2 | 0 |
| 2-9 | Data Bits 0-7 | Outputs | Base | 0-7 |
| 10 | -Acknowledge | Input | Base+1 | 6 |
| 11 | Busy | Input | Base+1 | 7 |
| 12 | -Paper Out | Input | Base+1 | 5 |
| 13 | -Printer Selected | Input | Base+1 | 4 |
| 14 | -Auto Linefeed | Output | Base+2 | 1 |
| 15 | -Printer Error | Input | Base+1 | 3 |
| 16 | Init | Output | Base+2 | 2 |
| 17 | -SelectIn | Output | Base+2 | 3 |
| 18-25 | GND | | | |

Table 3.1. Printer Port Pinout. The Standart Base Address is 0378h

| Mode | Description | 'Busy'-Bit |
|---|---|---|
| 0, 4 | Reset '←' buffer | unused |
| 1, 5 | Read Status | unused |
| 2, 6 | Load '←' buffer | unused |
| 3, 7 | Idle | 128 if '←' buffer is full |
| 8, 12 | Reset '→' buffer | unused |
| 9, 13 | Load Bits 4-7 '→' and latch next | unused |
| 10, 14 | Reset DSP-Devices | unused |
| 11, 15 | Load Bits 0-3 '→' | 0 if '→' buffer is empty |

Table 3.2: Allowed Port Modes. The Mode Address is Base+2. '→' stands for DSP-to-PC transmition. '←' represents PC-to-DSP communication.

21

PAP0026118

| Recent Mode | Allowed Following Modes |
|---|---|
| 0, 1, 2, 3 | 4, 5, 6, 7, 12, 13, 14, 15 |
| 8, 9, 10, 11 | 4, 5, 6, 7, 12, 13, 14, 15 |
| 4 | 0, 1, 2, 3, 8, 9, 10, 11 |
| 5 | 1, 3, 9, 11 |
| 6 | 2, 3, 10, 11 |
| 7 | 3, 11 |
| 12 | 8, 9, 10, 11 |
| 13 | 9, 11 |
| 14 | 10, 11 |
| 15 | 11 |

Table 3.3: Allowed Mode Changes.

| Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|
| Busy | ← E | ← F | → E | → F | NC | NC | NC |
| see tab 3.2 | 0 = empty | 0 = full | 0 = empty | 0 = full | | | |

Table 3.4: Status Byte (Base + 1) for modes 1 and 5

| Bit | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| read write | r | r | r | r | r | r | r | r | r/w | r/w | r/w | r/w | r/w | r/w | r/w | r/w |
| use | M3 | M2 | M1 | M0 | ← E | ← F | → E | → F | D 7 | D 6 | D 5 | D 4 | D 3 | D 2 | D 1 | D 0 |

Table 3.5: The Buffer readout of the DSP. 'M' = PC-Mode-Bit. 'D' = Data-Bit (read and write possible)

22

**(3.2) The TLC320AC01 Serial Port:**

The TLC320AC01 contains an active serial interface, which provides all needed synchronization signals. It tells the DSP side of the interface when to transmit and receive data. Thus the DSP side of the interface is called passive. Since the DSP has to concentrate on many different tasks the design of the passive serial port (PSP) will contain a two level buffer of FIFO type (first in first out). Simultaneous transmission and receiving of serial data guarantees high throughput rates. Synchronizing flip-flop units are used to obtain reliable transmission of buffered data with the highest possible speed.

Different IRQ signals are generated to indicate whether one or two values have been send from the current buffer stack.

Two general PSP transmission modes are hardware selectable. For the case that the DSP stops sending data to the buffer the PSP will send the last buffered value again if the continuous mode is chosen. Otherwise, if the single-shot-mode is selected, the PSP shuts down the communication to the TLC320AC01 and will not send further IRQ signals to the DSP.

The detailed schematics for this part is shown in Appendix B.


**(3.3) The AD7244 Serial Port:**

The AD7244 includes two independent DACs with passive serial ports. Simultaneous conversion is only achievable by applying the same synchronization signals to both DACs. To provide those signals is the task of the active interface that has to be designed for the DSP. It is called from now on the Dual Active Serial Interface (DASI) since it provides two independent serial ports with equal synch signals. Although not used by the AD7244 both ports of the DASI can also be used to receive data.

23

PAP0026120

In general two synch signals are used for serial transmission, the shift clock (CLK) and the frame synch (FS) signal. The latter will go low for exactly 16 CLK cycles during transmission of 16 bit values. Each CLK cycle will end the transmission of one bit, starting with bit 15. While data are latched out of the DASI on rising edges of CLK, data bits are latched into DASI on falling edges of CLK.

Additionally a Data OUT (DO) signal is sent to the AD7244 to trigger the output of the converted analog signals. DO is generated just before FS will go low, to latch the previously sent and meanwhile converted value out. As a result the DAC output occurs when the next value is transmitted. This is to be kept in mind when programming the devices.

The detailed schematics for this part is shown in Appendix B.

### (3.4) The Parallel Digital I/O Port:

This little board just simply provides some line drivers with one level buffers for two of the I/O addresses of the DSP. While one of them is designed for TTL data in and output, the other address provides power outputs for external relay switches. For testing purposes a third output driver is provided to connect a 14 segment LCD display with two digits.

The detailed schematics for this part is shown in Appendix B.

### (3.5) The Analog Boards:

The analog boards are designed very simply. Their dimensions are kept small so that they fit into the UHV chamber of the SPM.

Since all required handshaking is done on the digital boards, the analog circuits are basically just connecting the ADCs and DACs with the incoming signal plugs. Outgoing

24

PAP0026121

analog signals are preamplified and impedance matched on the board itself. Large grounded copper areas are placed on critical positions to shield analog signal wires from digital signals. The PCB layouts of those boards are shown in Appendix C.

The board which is designed for the coordinate transformation consists of a combination of amplifiers, multipliers and sin(x) generators. It realizes the following mathematical equations:

$$x' = x_{gain} \cdot x \cdot \cos\alpha + y_{gain} \cdot y \cdot \sin\alpha + x_{ofs}$$
$$y' = -x_{gain} \cdot x \cdot \sin\alpha + y_{gain} \cdot y \cdot \cos\alpha + y_{ofs}$$
$$z' = z_{gain} \cdot z + x_{slope} \cdot x' + y_{slope} \cdot y' + z_{ofs}$$

where

$$x, y, z, x_{ofs}, y_{ofs}, z_{ofs}, x_{gain}, y_{gain}, z_{gain}, x_{slope}, y_{slope} \text{ and } \alpha$$

are the input signals.

PAP0026122

# Chapter 4: The Final Assembly

Once the schematics are translated into the final layout, PCB boards can be manufactured. Although it is a major task to create and to test such layouts and to assemble all electrical devices, it is not part of this work to describe the single steps.

The individually assembled and tested digital boards are finally added up to a complete stack of parties on the bus system. The stack order is shown in figure 4.1.



Figure 4.1 Stack Order of Bus Parties

For shielding purposes the complete stack of digital boards, including the power supply is mounted in a closed aluminum box. A small internal fan circulates the enclosed air, to help distribute locally generated heat towards the walls of the box, which will radiate it to the environment. This is enough to keep the system from overheating. However, the power supply shows temperature related problems after about half an hour. A secondary, external fan is recommended to be utilized during idle times of the system, i.e. programming of the DSP or data processing of the PC. This secondary fan should only be turned off for real measurements, when high accuracy is needed.

For future references the outgoing connectors of the digital box are shown in figure 4.2. The names refer to the previously discussed boards, where DSP represents the DSP motherboard. The front panel of this box provides the LPT and COM connectors and a 14 digit LCD display that can be accessed by the programmer for software testing and debugging purposes as well as for mode display features.

26

PAP0026123



Figure 4.2 The Back Panel of the Digital Box.

Unlike the digital boards, the analog circuits need to be individually shielded with little closed metal boxes. Those boxes are carefully linked with shielded twisted wire pairs. All internal analog signals are balanced signals, which means that one wire of the twisted pair is exactly the negative signal of the other. Thus crosstalk and noise induction are kept low.

As long as those boxes are not placed directly within the vacuum chamber they are put all together into an aluminum box for further shielding.

BNC connectors are used for the final output of all analog ground-referenced signals. The front panel of the box is displayed in figure 4.3. The system can be used to drive both, tripot and tube scanner devices. The latter is selected by switching the shown switch to "$w = z$".

All scanner outputs and walker signals (w±x, w±y, ±z, WalkerL, WalkerH) are capable of driving up to 100 mA load with ±14 V voltage swing. Scan amplitudes and slope rates can be adjusted with 1% accuracy anywhere between -1 and +1 of the computer generated signals. Unfortunately the used potentiometers turned out to be the wrong choice, so that especially at high signal frequencies inductive effectes are recognizable.

To complete the documentation of the final assembly, figure 4.4 is added. It shows the back panel of the analog box. The connectors are named according to the previously mentioned definitions. The final addresses and IRQ lines are noted in this figure as well. They are determined by the order of how the digital components are strung together. Thus if this order is changed, those addresses will change accordingly.

27

PAP0026124



Figure 4.3 Front Panel of the Analog Box.



Figure 4.4 Back Panel of the Analog Box.

28

PAP0026125

# Chapter 5: The Software

**(5.1) TI's Assembler:**

Texas Instruments delivers the TMS320C50 Digital Signal Processor Starter Kit (DSK) with very simple but extremely useful assembler and debugger programs. Those can be used to convert assembly language source code into a format that is understood by the driver software that comes also with the DSK. It is the task of those drivers to transfer the DSP programs to the DSK and to start them.

The debugger is a neat tool to analyze simple programs. However, it is not a good help if real time processes are handled by the DSP. In this case the Debugger is just too slow to allow the DSP to run properly. Unfortunately most of all SPM controlling purposes have to be done in real-time. The only possible way of analyzing those programs is the usage of the LCD display of my hardware design. Its DSP address is 0059h and can be easily accessed by the programmer.

In general assembly language is not that hard to learn as it might appear to a beginner. Its small set of instructions makes it fairly easy to get a good overview of the processor's abilities. Some insights into the design of the electronics are of course necessary to be able to use this language properly.

Due to its limited set of instructions, programs are very abstract and hard to read if they are not well documented. To improve the readability it is extremely helpful to divide the program into separated function groups. Furthermore this technique helps to trace errors. However, the larger the number of program parts, the more time consuming is the editing and changing of the program. It would be very helpful to have a software tool that allows fast and easy editing and switching between program parts.

29

PAP0026126

**(5.2) The DSK Programmer Tool:**

The motivation is to create a new PC Software Tool that covers within one single program all main features like selecting, editing, compiling and starting of DSK programs. This will allow effective and fast writing of DSP software units.

Once this task has been established, the PC software can be extended to include further options, like communication to the DSP over the printer port and final data processing.

The communication with the DSP depends on the standards which are defined by the program that has been started in the DSP. Thus it is meaningful to define a short set of general instructions that allow the PC complete control over the DSP. As soon as a standard of communication is defined, the PC only has to send a short list of numbers to tell the DSP which of the programmed options are to be executed with which parameters.

If the DSP program is written in a well organized structure, future options can be added easily.

It should be the goal of each module to be able to run independently of the PC. This helps to keep the PC available for other purposes. The PC has now the option, to let the DSP run completely self-controlled which means that the DSP executes along the programmed line of modules. However, the PC can always interrupt and choose between three basic options:

1) execute next module, 2) execute until a certain event occurs and 3) execute a single module that is not the next in line.

For general SPM image taking control, it is important to establish auto approach and scanning procedures. If the feedback is not done by analog circuits a corresponding algorithm has to be provided as well.

The auto approach is done completely digitally. It consist of three modules:

1)  Withdraw the tip with a smoothly generated ramp.

2)  Step the walker one step forward

3)  Expand the z piezo drive while constantly checking the incoming signal. In the case of a STM the tunneling current is monitored.

30

As long as no tunneling current is detected, the DSP will follow those three steps in a circular motion. Once tunneling occurred the scanning mode is activated. It consists of basically two modules which let the tip scan one step at a time in either the x or y direction.

If digital feedback is provided, the x and y positioning has to be done very smoothly with constant monitoring of the incoming signal, i.e. the tunneling current.

While scanning along the surface of the sample, the DSP transmits pre-processed image data to the PC. Meanwhile the PC is displaying and storing all information.

Thanks to *Günter Guttroff* I did not need to spent much time on writing display procedures for the PC. Günter kindly let me include parts of the object code of one of his data processing programs.

All available DSP instructions are mentioned in table 5.1. The precise usage can be read out of the source code of the program, which is partly printed in the appendix. Only selected procedures could be added to the appendix since the complete source code of the PC program covers almost 100 pages in small letters. Nonetheless a complete printout of the DSP program is included in the appendix, since it is very essential for future references.

Another program module has not yet been mentioned. The following chapter will therefore concentrate on the topic of dynamic range expansion.

31

PAP0026128

| Instruction Code | Description | Instruction Code | Description |
|---|---|---|---|
| 00h | Halt any process | stuv14h | Set Walker Amplitude |
| 88h | Continuos mode | stuv24h | Set Dots per Cycle |
| 77h | Next Step | stuv34h | Set $I_{ref}$-hi for Approach |
| y9h | (See Table 5.2) | stuv44h | Set $I_{ref}$-range (Approach) |
| 16h | Walk left | stuv54h | Set $I_{ref}$-hi for Scanning |
| 26h | Walk forward | stuv64h | Set $I_{ref}$-range (Scanning) |
| 36h | Walk right | stuv74h | Set x Step Size |
| 46h | Walk backward | stuv84h | Set y Step Size |
| 56h | Contract z | stuv94h | Set Bias Voltage |
| 66h | Expand z with Read | stuvA4h | Set x Position |
| 67h | Scan x until end of line | stuvB4h | Set y Position |
| 68h | Scan Bias Voltage | stuvC4h | Set Bias Voltage Step Size |
| stuv5h | Set Step counter | stuvF4h | Set z Position |

Table 5.1  Instructions.

| Instruction Code | Execute until | Instruction Code | Execute until |
|---|---|---|---|
| 19h | Contract z | 59h | Scan x |
| 29h | Walk | 69h | Scan until End of Image |
| 39h | Expand z with Read | 79h | Scan until z Out of Range |
| 49h | (used for PSP Setup) | D9h | Scan y |

Table 5.2: 'Execute until' Instruction. The DSP will stop before the chosen Event will be executed.

32

PAP0026129

### (5.3) Dynamic Range Expansion:

First done by Feenstra *et al.* [2], the method of expanding the dynamic range of the acquisition system by simultaneous $z$ and $V$ scanning still bears mathematical problems.

The idea is simple in principle. The detected tunneling current $I_t$ of an STM experiment follows roughly a power law dependence on the applied bias voltage $V_b$. Thus if $V_b$ is varied over a large range, $I_t$ will change dramatically. Resolution problems are unavoidable unless efforts are taken to boost up small current signals. For this purpose Feenstra could establish a very precise tip movement that pushed the tip closer to the sample while $V_b$ was decreasing. This method takes the exponential $z$ dependence of $I_t$ into account which will amplify the detected signal if $z$ is decreased. The applied $V$ and $z$ signals are shown in figure 5.1

Problems occur as soon as physically relevant results need to be drawn from the obtained set of data. To be able to calculate band energy profiles for the studied sample all tunneling information must refer to a constant separation $z_0$ of tip and sample. Since all data points were taken with simultaneously changed $z$ and $V$ values it is impossible to compare any two data points with each other. A very precise $I(V,z)$ relation is thus necessary to refer all data to the reference position $z_0$. Unfortunately this relation is not yet known perfectly. Only estimates were done which are assumed to be equal for all $x,y$ positions of the scanning area. The quality of the derived physical conclusions thus depends significantly on the accuracy of this estimate.

In the following a different method is introduced that describes a new technique of expanding the dynamic range of the acquisition system based on the same physical background.

Assuming that the tunneling current is a very low noise signal, methods of linear algebra can be used to compute a polynomial relation between two sets of data, which were taken for identical $V_b$ values, but at two different $z$ levels. In contrast to the previously described

33

PAP0026130

method, $z$ is held constant for each set of data. The applied $V$ and $z$ signals are plotted in figure 5.2.

The idea is to let the feedback move the tip to a start position $z_0$, before it is stopped. Then $V_b$ stepping is started, until $I_t$ drops below a determined threshold. The feedback is turned on again to bring the current back into range. The new $z$ position is $z_1$ and the feedback is stopped again. $V_b$ will be changed back by $N$ steps and scanning will be continued. Thus the first upcoming $N$ data points will have identical $V_b$ values as the last $N$ data points taken at $z_0$. A polynomial $P_1$ of order $(N-1)$ can be computed, that relates those $N$ $I_t(z_1,V)$ values back to the $I_t(z_0,V)$ values taken before. If $V_b$ scanning is continued, further data points $I_t(z_1,V)$ can be taken until $I_t$ drops again under the determined threshold. While taking those data the DSP can calculate in real-time what the according $I_t(z_0,V)$ data would have been, just by using the polynomial relation $P_1$. The PC will thus receive immediately the computed information, all referenced to the same position $z_0$.

The feedback can be turned on again to bring $I_t$ in range. $z_2$ is the new position where the feedback is stopped. $V_b$ is steeped back, scanning will be started and a new polynomial $P_2$ can be determined to relate $z_2$ values back to $z_1$. Since $P_1$ is still known, $z_2$ values can be related even back to $z_0$ by combining $P_2$ and $P_1$. This can be done in one step, if $P_2$ is calculated by using the already $z_0$ related $z_1$ values in this computation.

This method can be repeated several times, before $V_b$ scanning is finished.

It is not required to send any $z$-position information to the PC.

No problems will occur as long as the tip positioning is stable enough and the tunneling current steady. However, if too many $z$ steps are taken then involved errors of the polynomial fitting will increase towards the end of the scanning, since all values at $z_j$ are related to $z_0$ by using all previous polynoms $P_1$ to $P_j$. Thus a very careful choice of $N$ and the $I_t$ threshold is essential.

34

If the feedback is not used to reposition the tip, but if equal sized $z$ steps are taken, then a further improvement is possible. Since the tip has to move first towards the sample and then, after $V_b$ crosses zero, away from the sample, there will be identical $z$-positions for two different $V_b$ ranges. If hysteresis and drift effects of the piezo drivers can be neglected then the related polynomials should be identical for those two $V_b$ ranges with same $z$ level. This can be taken into account to eliminate parts of the involved mathematical error.



Figure 5.1 Feenstra's method.                    Figure 5.2 Tasler's method.

The calculation of the polynomial is very simple using matrices. Assuming $N = 6$, $P_1$ will be of the order 5. The second set of data is called $x_1$ to $x_6$ and needs to be referred to the first set, called $y_1$ to $y_6$. The equation for $x_1$ is:

$$P_1(x_1) = a + bx_1 + cx_1^2 + dx_1^3 + ex_1^4 + fx_1^5 = y_1$$

By writing also all other equations down, we will obtain the system matrix $S$:

$$S := \begin{bmatrix} 1 & x1 & x1^2 & x1^3 & x1^4 & x1^5 \\ 1 & x2 & x2^2 & x2^3 & x2^4 & x2^5 \\ 1 & x3 & x3^2 & x3^3 & x3^4 & x3^5 \\ 1 & x4 & x4^2 & x4^3 & x4^4 & x4^5 \\ 1 & x5 & x5^2 & x5^3 & x5^4 & x5^5 \\ 1 & x6 & x6^2 & x6^3 & x6^4 & x6^5 \end{bmatrix}$$

35

PAP0026132

A mathematical rule says, that the coefficient $a$ is expressed by:

$$a = \frac{\det[A]}{\det[S]}$$

where $A$ is formed, by replacing the first column of $S$ with $y_1$ to $y_6$

$$A := \begin{bmatrix} y_1 & x_1 & x_1^2 & x_1^3 & x_1^4 & x_1^5 \\ y_2 & x_2 & x_2^2 & x_2^3 & x_2^4 & x_2^5 \\ y_3 & x_3 & x_3^2 & x_3^3 & x_3^4 & x_3^5 \\ y_4 & x_4 & x_4^2 & x_4^3 & x_4^4 & x_4^5 \\ y_5 & x_5 & x_5^2 & x_5^3 & x_5^4 & x_5^5 \\ y_6 & x_6 & x_6^2 & x_6^3 & x_6^4 & x_6^5 \end{bmatrix}$$

The coefficient $b$ is calculated analogously to $a$. The matrix $B$ is created by replacing the second column of $S$ with $y_1$ to $y_6$.

Also the coefficients $c$ through $e$ can be computed using the same technique.

While the system determinant can be simplified:

$$\det[S] = \prod_{i=2}^{N} \prod_{j=1}^{i-1} (x_j - x_i)$$

it is not possible to simplify $A$, $B$, $C$, $D$ and $E$ in general. However, the calculation comes down to a relatively small number of multiplications and summations. The DSP is able to compute a product and a sum in 50 ns, so that the calculation is done in several milliseconds

36

PAP0026133

# Chapter 6: Results and Conclusions

This work was able to discuss and design a new setup of a universal SPM control and data acquisition unit. Furthermore all schematics were transformed into PCB boards, tested and finally assembled. A unique and flexible way of communication between the new system and any PC is established and a software tool written that allows easy programming and executing of DSP programs with an IBM compatible PC.

A digital feedback algorithm is also included and successfully tested. Not yet finished is the program described in Chapter 5. However, parts have already been tested and appear to work as predicted.

Unfortunately no high quality STM was available during the last weeks of this project, so that not even preliminary data could be taken. However some studies with an old STM, which is not yet optimized, could be achieved. Although the low frequency components of the initial noise of that system exceeded 15% of the measured signal amplitude, first rough images of a graphite sample could be taken.

The result is shown in figure 6.1. Although the patterns look like noise effects, it appears to be a real structure. The image contains 256*256 data points, each of which took 0.45 seconds to be recorded. This seems to be unusually long but is explained by the averaging that has to be done to filter the immense noise. The change in the pattern of the image is apparently related to vibration noise that displaced the tip permanently.

The future goal is to set up the above described control system with a highly optimized STM. To obtain the resolution of electronic states of an GaAs/AlGaAs/GaAs quantum well a low temperature STM in UHV is necessary. The program is already capable of taking topographic images. All parameters, like bias voltage and reference currents can be set by software. Thus an adjustment of the program should be practicable, especially if an STM experienced person can provide the information about optimal settings.

PAP0026134



Figure 6.1 First Graphite Image.

38

PAP0026135

# Appendix

## (Appendix A): Block Diagram of SPM Control Unit



39

PAP0026136

**(Appendix B): Schematics:**



Figure B.1: Schematic of the DSP-Motherboard

40



Figure B.2: Schematic of DASI

41

PAP0026138



Figure B.3: Schematic of PSP

42

PAP0026139

(Appendix C): PCB Layouts:



Figure C.1.1: PCB Layout of the DSP Motherboard (Component side)

43

PAP0026140



Figure C.1.2: PCB Layout of the DSP Motherboard (Solder side)

44

PAP0026141



Figure C.1.3: PCB Layout of the DSP Motherboard (Components)

45

PAP0026142



Figure C.2.1: PCB Layout of DASI (Component side)

46

PAP0026143



Figure C.2.2: PCB Layout of DASI (Solder side)

47

PAP0026144



Figure C.2.3: PCB Layout of DASI (Components)

48

PAP0026145



Figure C.3.1: PCB Layout of PSP (Component side)

49

PAP0026146



Figure C.3.2: PCB Layout of PSP (Solder side)

PAP0026147



Figure C.3.3: PCB Layout of PSP (Components)



Figure C.4.1: PCB Layout of PIO (Component side)

51

PAP0026148



Figure C.4.2: PCB Layout of PIO (Solder side)



Figure C.4.3: PCB Layout of PIO (Components)



Figure C.5.1: PCB Layout of TLC320AC01 (Component side)

52

PAP0026149



Figure C.5.2: PCB Layout of TLC320AC01 (Solder side)



Figure C.5.3: PCB Layout of TLC320AC01 (Components)



Figure C.6.1: PCB Layout of AD7244 (Component side)

53

PAP0026150



Figure C.6.2: PCB Layout of AD7244 (Solder side)



Figure C.6.3: PCB Layout of AD7244 (Components)

54

PAP0026151



Figure C.7.1: PCB Layout of Coordinate Rotation (Component side)



Figure C.7.2: PCB Layout of Coordinate Rotation (Solder side)

55

PAP0026152



Figure C.7.3: PCB Layout of Coordinate Rotation (Components)

56

PAP0026153

**(Appendix D): The PC Software:**

This appendix contains the source code of selected C++ procedures of the software tool, which is discussed in Chapter 5.

*The PC to DSP Comunication Procedures:*

```
int outinstruction(int inst1, int inst2, int inst3)
{ // 0 is transfered to 1,1 while 1 is transfere to 1,2
unsigned char readback[21];
unsigned char check[20];
unsigned char check2[20];
int giveback=0;
int cnt=0;
int cnt2=0;
int a1,a2,a3,a4;
int i;
char *ptr;
inst1=inst1&15;
do {
do {
strcpy(readback,outvalue(inst1));
check[0]=129;
check[2]=0;
check[3]=0;
if(inst1>1) check[1]=inst1;else {check[1]=1;check[2]=1+inst1;}
ptr=strstr(readback,check);
if(!ptr)
{//not found
cnt=0;
check[0]=255;
check[1]=255;
check[2]=1;
check[3]=1;
check[4]=0;
while((cnt<6)&&(!(ptr=strstr(outvalue(0),check)))) cnt++;
if(cnt==6) giveback=-1;
} else giveback=1;
cnt2++;
} while((giveback==0)&&(cnt2<3));
i=0;
if(giveback>0)
{ // here inst1 is send successfully.
//////////
if(inst1!=5)
{
giveback=0;
strcpy(readback,outvalue(inst2));
if(inst1!=4)
{
check[0]=255;
check[1]=255;
check[3]=0;
check[4]=0;

if(inst1>1) check[2]=inst1;else {i=1;check[2]=1;check[3]=1+inst1;}

} else
```

PAP0026154

```
{
check[0]=126;
if(inst2>1) check[1]=inst2;else {check[1]=1;check[2]=1+inst2;}
check[2]=0;
}
ptr=strstr(readback,check);
if(!ptr)
{//not found
cnt=0;
check[0]=255;
check[1]=255;
check[2]=1;
check[3]=1;
check[4]=0;
*/
do {
strcpy(check2,outvalue(0));// just before cnt2++ BEFORE else. After check[4]=0
ptr=strstr(check2,check);
cnt++;
} while((cnt<6)&&(!ptr));

while((cnt<6)&&(!(ptr=strstr(outvalue(0),check)))) cnt++;
if(cnt==6) giveback=-1; else giveback=0;
//} else giveback=1;
//
} else if((inst1!=5)&&(inst1!=4))
{
if(check2[ptr-check2+3+i]==1) i++;
if(check2[ptr-check2+4+i]==1) i++;
giveback=check2[ptr-check2+5+i];
} else giveback=1;

cnt2++;
}
}
} while((giveback==0)&&(cnt2<3));
////////
if((giveback>0)&&(( inst1==4)||(inst1==5) ))
{
a1=(inst3&15);
outvalue(a1);
a2=(inst3&240)/16;
outvalue(a2);
a3=(inst3&3840)/256;
outvalue(a3);
a4=(inst3&61440)/4096;
if((inst1==4)&&(inst2<3)) a4=a4+8*256;
strcpy(readback,outvalue(a4));
check[0]=255;
check[1]=255;
check[2]=inst1;
a1=a1+a2*16;
i=0;
if(a1>1) check[3]=a1;else {check[3]=1;check[4]=1+a1;i++;}
a3=a3+a4*16;
if(a3>1) check[4+i]=a3;else {check[4+i]=1;check[5+i]=1+a3;i++;}
check[5+i]=0;
if(!(ptr=strstr(readback,check))) giveback=-1; else giveback=1;
}
return giveback;
}

char* outvalue(int outval)
{
```

58

```
unsigned char rdback[20];
int out=888;
int control=890;
int in=889;
int invalue;
int cnt;
int fla;
fla=(int)(outval/256);
outval=outval&255;

outportb(control, 3);
outportb(out,outval);
outportb(out,outval);
outportb(out,outval);
outportb(control, 6);
outportb(control, 6);
outportb(control, 6);
outportb(control, 3);
outportb(control, 3);
outportb(control, 3);

// don't forget to establish reset of buffers after dsp-prgstart
 outportb(control,5);
 cnt=0;
 if(fla) delay(fla*4);
 do {
 cnt++;
 invalue=(inportb(in)&120) / 8;
 } while((!(invalue&2))&&(cnt<10000));

 outportb(control,3);

 cnt=0;
 if(invalue&2)
 {
  do {
  outportb(control,15);
  invalue=(inportb(in)&120) / 8;
  outportb(control,11);
  outportb(control,13);
  invalue=255-(invalue+(inportb(in)&120)*2);
  if(invalue>1) rdback[cnt]=invalue;
  else {rdback[cnt]=1;cnt++;rdback[cnt]=1+invalue;}
  cnt++;
  outportb(control,11);
  } while((inportb(in)&128)&&(cnt<19));// not yet empty!!
  if(cnt==19) {rdback[cnt]=1;cnt++;}
 }
 rdback[cnt]=0;
 outportb(control,3);
 // read until empty
 return rdback;
}

int Do_it(int inst1, int inst2, int inst3)
{
int z=0;
int ar1;

do {
 ar1=outinstruction(inst1,inst2,inst3);
 z++;
 } while((z<5)&&(ar1<1));      // Reset counter
```

59

```
if(z==5) {beep(1000,300); printf("DSP does not respond!"); ar1=0;}
return ar1;
}

int GetDSPvalue()
{
int invalue;
int control=890;
int in=889;
int out=888;
int cnt=0;

outportb(control,5);
do {
  cnt++;
  invalue=(inportb(in)&120) / 8;
} while((!(invalue&2))&&(cnt<10000));
if(cnt<10000)
{
  outportb(control,3);
  outportb(control,15);
  invalue=(inportb(in)&120) / 8;
  outportb(control,11);
  outportb(control,13);
  invalue=255-(invalue+(inportb(in)&120)*2);
} else invalue=-1;
return invalue;
}
```

### The Scanning Procedure:

```
void scan(int xnumber, int ynumber, int factor, int factorz, int voltagez, int referenceintensity)
{
  float size2;
long int summe[1024];
unsigned int readDSP[1024];// or use farmalloc and farcalloc
clrscr();
  ScanGraphicsInit(4);
int invalue;
    int control=890;
    int in=889;
    int out=888;
    int cnt=0;
    int direction;
    int x2;
    int choice;
    long int summ=0;

for(int y=0; y<ymax; y++)
  {
  outportb(control,5);
  Do_it(9,5,0);
  for(int x=0; x<xmax-1; x++)  /// ;x<=xmax;
    {
    outportb(control,11);
    while((!bioskey(1))&&(!(inportb(in)&128)));
    invalue=(inportb(in)&120) / 8;
    outportb(control,13);
    readDSP[x]=255-(invalue+(inportb(in)&120)*2);
```

60

```
/*
if(readDSP[x]&3)
{
  outportb(control,11);
  //while(!(inportb(in)&128));// if(bioskey(1)==283) {break;break;}// wait for busy <> 0 (==> not empty)
  invalue=(inportb(in)&120) / 8;
  outportb(control,13);
  readDSP[x]=255-(invalue+(inportb(in)&120)*2);
}*/
  //while(!(inportb(in)&128));// if(bioskey(1)==283) {break;break;}// wait for busy <> 0 (==> not empty)
  outportb(control,11);
  invalue=(inportb(in)&120) / 8;
  outportb(control,13);
  readDSP[x]+=(long int)(255-(invalue+(inportb(in)&120)*2))*256;
}
if(bioskey(1)) if(bioskey(1)==7181) {x=xmax+1;getch();} else if (bioskey(1)==283) {x=xmax+1;y=ymax+1;getch();} el
getch();// wait for busy <> 0 (==> not empty)
/*
  asm {
  xor di,di;
  mov dx,control;
  mov al,11;
  out dx,al;
  dec dx;
  }
empty1:
  asm {
  in al,dx;
  test al,080h;
  jz empty1;
  shr al,3;
  and ax,0fh;
  test al,3h; //test if lo bits of lo byte where read (must be zero)
  jnz empty1;
  mov cx,ax;
  inc dx;
  mov al,13;
  out dx,al;
  dec dx;
  in al,dx;
  shl al,1;
  and al,0f0h;
  add cl,al;
  inc dx;
  mov ax,11;
  out dx,al;
  dec dx;
  }
empty2:
  asm {
  in al,dx;
  test al,080h;
  jz empty2;
  shr al,3;
  and al,0fh;
  add ch,al;
  inc dx;
  mov al,13;
  out dx,al;
  dec dx;
  in al,dx;
  shl al,1;
  and al,0f0h;
  add ch,al;
```

61

PAP0026158

```
xor cx,0ffffh;
mov word ptr [di+&readDSP[0]],cx;
inc dx;
mov ax,11;
out dx,al;
dec dx;

inc di;
cmp di,xmax;
jle empty1;
}
*/
beep(500,50);
//movedata(FP_SEG(readDSP), FP_OFF(readDSP),FP_SEG(fptr+y*(xmax+1)), FP_OFF(fptr+y*(xmax+1)),xmax+1)
if(y&1) direction=xmax-1; else direction=0;
summe[y]=0;
for(x=0;x<=xmax;x++) summe[y]+=readDSP[x];
summe[y]/=xmax+1;
if(y) sunm=(int)((float)(summ*(y-1))/y+(float)summe[y]/y);else summ=summe[0];
for( x=0;  x<xmax; x++)
{
x2=abs(direction-x);
//if(readDSP[x]<0) readDSP[x]=255;
DisplayValue(x2,y,(readDSP[x])/256);
}
}
/*for(y=0;y<=ymax;y++)
{
movedata(FP_SEG(fptr+y*(xmax+1)), FP_OFF(fptr+y*(xmax+1)),FP_SEG(readDSP), FP_OFF(readDSP),xmax+1);
for(int x=0;x<=xmax;x++)
{
x2=abs(direction-x);
DisplayValue(x2-1,y,(readDSP[x]-summ)/128);
}
}*/
}
```

62

*The Interface between User and PC (this part shows the basic usage of the defined sets of commands):*

```
void menue()
{
  int choice,choice2=0;
  int voltage        = voltagemin;
  int stepsize       = 32;
  int voltagestep    = 8
  int referenceintensity;
  int calibratecontinue;
  long int amplitude=0xa0;//=0222h => Max ampl is SQR(1-(amp*frequ)^2)
  long int dotspercycle=0x190;//=78h ==> dotsperc.*ampl <fffh.  The real frequency
                                     // is 465kHz/2/dotspercycle
  long int Irefa=0,dIrefa=0,Irefs=0,dIrefs=0,xpos=0,ypos=0,zpos=0,vbias=0;
  int k;
  long int novell;

  steps[0]=1;
  clrscr();
  menuewin();
  statuswin();
do {
  while(choice != ESC)
  {
    _setcursortype(_NOCURSOR);
    checkkey();
    choice = get_key();
    statuswin();
    switch(choice)
    {
      case UP  : {
                         Do_it(6,5,0); //Reject Tip
                         delay(3);
                         Do_it(5,5,steps[0]); // Set # of steps
                         last=Do_it(6,2,0);    // Walk forward
                         clrscr();
                         printf(" Walker moved %d steps forward.",steps[0]);
                         menuewin();
                         break;
                       }

      case DOWN : {
                         Do_it(6,5,0); //Reject Tip
                         delay(3);
                         Do_it(5,5,steps[0]); // Set # of steps
                         last=Do_it(6,4,0);    // Walk forward
                         clrscr();
                         printf(" Walker moved %d steps backward.",steps[0]);
                         menuewin();
                         break;
                       }
      case LEFT  : {
                         Do_it(6,5,0); //Reject Tip
                         delay(3);
                         Do_it(5,5,steps[0]); // Set # of steps
                         last=Do_it(6,1,0);    // Walk forward
                         clrscr();
                         printf(" Walker moved %d steps left.",steps[0]);
                         menuewin();
                         break;
                       }
```

63

PAP0026160

```
case RIGHT : {
                Do_it(6,5,steps[0]); //Reject Tip
                delay(3);
                Do_it(5,5,steps[0]); // Set # of steps
                last=Do_it(6,3,0);     // Walk forward
                clrscr();
                printf(" Walker moved %d steps right.",steps[0]);
                menuewin();
                break;
              }

case F8  : {
                processing();
                menuewin();
                break;
              }

case F1   : {
                DSP_Setup_Menue();
                menuewin();
                statuswin();
                break;
              }
   }
if((0==0)||(strcmp(DSP_Prg,"No Program")))
   switch(choice)
   {
   case F2   : {

window(1,1,80,1);
textcolor(BLACK);
textbackground(WHITE);
clrscr();
printf("   D  S  P  - Parameter Setup,              (c) Michael Tasler 1995");
window(1,2,80,11);
textcolor(BLUE);
textbackground(CYAN);
clrscr();
printf(" F1 : Walker-Amplitude, -dots_per_cycle, and -#_of_steps (%xh, %xh, %xh)",amplitude,dotspercycle,steps[0])
printf("\n F2 : Iref, dIref for autoapproach (0='_', 8000h='-', FFFF='~')");
printf("\n F3 : Irefs, dIrefs for scanning (0='_', 8000h='-', FFFF='~')");
printf("\n F4 : z-position (1='_', 2000h='-', 3FFE='~')");
printf("\n F5 : x-position ((NOT YET))");
printf("\n F6 : y-position ((NOT YET))");
printf("\n F7 : Bias Voltage V (0='-', -2000h='_', 1FFF='~')");
printf("\n F8 : Contract_z: move z slowly to 3fffh");// used to be spectroscopy
printf("\n F9 : Feedback-test");
printf("\n ESC : END ");
printtime();

_setcursortype(_NOCURSOR);
checkkey();
choice2 = get_key();
statuswin();
switch(choice2)
   {
   case F1   : {
                _setcursortype(_NORMALCURSOR);
                printf("\n Quasi-Amplitude of walker cycles (old value: %xh): ",amplitude);
                novell=accept_or_change(amplitude);
                if(novell>=0) amplitude=novell;
                if(amplitude) Do_it(4,1,amplitude);
```

64

PAP0026161

```
                    printf("\n Dots per walker cycle (old value: %xh): ",dotspercycle);
                    novell=accept_or_change(dotspercycle);
                    if(novell>=0) dotspercycle=novell;
                    if(dotspercycle) Do_it(4,2,dotspercycle);

                    printf("\n Number of walker steps (old value: %xh): ",steps[0]);
                    novell=accept_or_change(steps[0]);
                    if(novell>=0) steps[0]=novell;
                    break;
                  }
case F2:  {
                    _setcursortype(_NORMALCURSOR);
                    printf("\n Iref (old value: %xh): ",Irefa);
                    novell=accept_or_change(Irefa);
                    if(novell>=0) Irefa=novell;
                    if(Irefa) Do_it(4,3,Irefa);

                    printf("\n dIref (old value: %xh): ",dIrefa);
                    novell=accept_or_change(dIrefa);
                    if(novell>=0) dIrefa=novell;
                    if(dIrefa) Do_it(4,4,dIrefa);

                    break;
                  }
case F3:  {
                    _setcursortype(_NORMALCURSOR);
                    printf("\n Irefs (old value: %xh): ",Irefs);
                    novell=accept_or_change(Irefs);
                    if(novell>=0) Irefs=novell;
                    if(Irefs) Do_it(4,5,Irefs);

                    printf("\n dIrefs (old value: %xh): ",dIrefs);
                    novell=accept_or_change(dIrefs);
                    if(novell>=0) dIrefs=novell;
                    if(dIrefs) Do_it(4,6,dIrefs);

                    break;
                  }
case F4:  {
                    _setcursortype(_NORMALCURSOR);
                    printf("\n zpos (old value: %xh): ",zpos);
                    novell=accept_or_change(zpos);
                    if(novell>=0) zpos=novell;
                    if(zpos) Do_it(4,15,zpos);
                    delay(100);
                    if(zpos) Do_it(4,15,zpos);// twice since buffered output
                    break;
                  }
case F7:  {
                    _setcursortype(_NORMALCURSOR);
                    printf("\n vbias (old value: %xh): ",vbias);
                    novell=accept_or_change(vbias);
                    if(novell>=0) vbias=novell;
                    if(vbias) Do_it(4,9,vbias);
                    delay(100);
                    if(vbias) Do_it(4,9,vbias);
                    break;
                  }
case F8: {Do_it(6,5,0);break;}
case F9: {Do_it(6,7,0);break;}

}
                    _setcursortype(_NOCURSOR);
                    clrscr();
```

65

```
                                menuewin();
                                statuswin();
                                break;
                             }
        case F3   : {
                        last=Do_it(7,7,0); // Do next step
                        menuewin();
                        break;
                     }
        case F4    : {
                        _setcursortype(_NORMALCURSOR);
                        printf(" This option provides the possibility of setting breakpoints.");
                        printf("\n The DSP stops right before the function according to the value of the");
                        printf("\n breakpoint is about to be executed.");

                        printf("\n\n General float chard: 1-2-3-1-2-3-... until tunneling. Then 5-13-5-13-...-6 / 7");

                        printf("\n\n 0 : <cancel>                    1 : contract z");
                        printf("\n 2 : Step 1 walker step forward      3 : Expand z while monitoring I(z)");
                        printf("\n 4 : <continuous mode>           5 : Scann x position");
                        printf("\n 6 : End of Image               7 : End of Image or z is Out of Range");
                        printf("\n 13: Scan next Line or until End of Line");
                        printf("\n Your choice (ENTER will confirm the old value)? ");

                        novell=accept_or_change(until);
                        if(novell>=0) until=novell;
                        _setcursortype(_NOCURSOR);
                        if(until) {if(until!=4) last=Do_it(9,until,0); else last=Do_it(8,8,0);}
                        clrscr();
                        if(last>0) printf(" DSP is executing until function %d.",until);
                        menuewin();
                        break;
                     }

        case F5    : {
                        last=Do_it(0,0,0); // pause DSP
                        printf(" DSP is paused");
                        menuewin();
                        break;
                     }

        case F6   : {
                        printf("\n Auto Approch:");
                        Do_it(6,5,0);      // rejects tip and gets AR1 away from 5 (is the case if autoapproach was don
before);
                        delay(3);
                        Do_it(5,5,1);      // Reset counter
                        Do_it(9,5,0);      // Wait for end of autoapp.
                        menuewin();
                        break;
                     }
        case F7    : {
                        scanmenue(1,1);// (should also include Voltage ramps);
                        clrscr();
                        menuewin();
                        break;
                     }
        case F10  : {
                        Do_it(6,5,0);// contract z
                        delay(3);
                        Do_it(5,5,1000);
                        Do_it(6,4,0);// walk 1000 steps backward
                        printf("\n Scanner is removed and tip rejected.");
```

66

PAP0026163

```
                          break;
                     }
          }
     //++v=read_voltage(channel)+AD_voltage_offset;
     //++PlotParameters(stepsize,voltage-voltagemin,voltagemax-voltagemin,v);
     }

     if(strcmp(project,"No Project"))
         {
         beep(1500,50);
         window(1,23,80,25);
         textcolor(YELLOW);
         textbackground(RED);
         clrscr();
         printf("\n         You have to close the DSP-Project before you exit! <F1,F5>");
         choice=0;
         }
     } while(strcmp(project,"No Project"));

     Do_it(6,5,0); // reject tube
     delay(3);
     printf("\nEND");
     voltagestep=voltagestep;
     }
```

PAP0026164

### (Appendix E): The DSP Software:

This appendix contains the complete source code of the DSP communication software

#### The Root Program:

```
******* fbm7 *******
.mmregs
.include "var01.h"
.include "dspinitn.h"
.include "main.h"

.include "scanno.h"
.include "cont_zmc.h"
.include "read_ipc.h"
.include "walkerc.h"
.include "pspinit.h"
.include "calc0f3n.h" ; runs walker in different direction
.end
```

#### The Include File "var01.h":

```
; VAR01 contains all variables
DASIx  .set   56h
DASIy  .set   53h
DASIz  .set   55h
DASIv  .set   54h
PSPx0  .set   52h

.ds 0f00h
SIN_SW .word  0000h        ; 0 -> random noise
y      .word  0h
y1     .word  0a1h      ; frequency: *;*;*; y1 multiplied
                        ; the "*;*;*;*;*"-sequence must be 10000h !!!!!

; a-b-c, where a*c just smaller then 10000h. b=2c-2
;possible combinations are  249h-de0h-70h=7h,4
;Next try: 276h-cc0h-68h=dh,3
;next: 222h-eeh-0fh,3: that's it

y2     .word  0h
y21    .word  0h
y2h    .word  0h
y3     .word  0h
offi   .word  0h

ta     .word  0
;; max speed is b=10 and d=4;;15&10:super
a      .word  5
aa     .word  5
b      .word  10;... 10 was here togethet wit 4 below at d

bb     .word  2
c      .word  21
cc     .word  4
d      .word  6;4      ;5    ; a,b,c,d are the values which are going
                            ; to be written in aa,bb,cc,dd respectively.
dd     .word  1
```

68

```
lhi     .word   0ffffh
delta_I .word   07a00h
lrefhi  .word   0a000h
dlref   .word   00100h
n03fefh .word   03fefh
n08000h .word   08000h
n02000h .word   02000h


.ds     01010h
coeff   .word   00h
cent    .word   0190h
offset  .word   0h
richtung .word  0h
ystep   .word   0100h
xstep   .word   0100h


rings   .word   00h
;rings  .space  0ee0h
;ringe  .word   01fffh



             .ps 0806h
int3:   B       office4
tint:   B       walker
```

### *The Include File "dspinitn.h":*

;dspinit.h : does all the register setups of the dsp and aic's

```
.ps 0a00h
.entry
START:  SETC    INTM       ; Disable interrupts

        ldp     #0
        SPLK    #020h,TCR       ; T
        SPLK    #02ah,PRD       ; for AIC master clock (max:20h & 2ah)

        OPL     #0834h,PMST
        LACC    #0
        SAMM    CWSR       ; Set software wait state to 0
        SAMM    PDWSR      ;

        ldp #0
        CLRC    OVM        ; OVM = 0
        SPM     0          ; PM = 0

        ldp #0
        ;call hier1
        ldp #0
        SPLK    #0ch,IMR   ; useing tint as interrupt
        lacl #04h ; AICinit-mode
        samm AR1
        call AICINIT
        setc intm
        call calc

        ldp #0
        lacl #04h
        samm IMR
        lamm IFR
        samm IFR
        lacl #08h
        samm 51h
```

69

```
            lacl #0
            samm PSPx0

            ldp #0
            splk #03fffh,dbmr
            lar AR0,#03ff0h;10h; z-count
            lar AR1,#8003h; read_I mode
            lar AR2,#02000h; x-count
            lar AR3,#02000h; y-count
            lar AR4,#02000h; x-slope:02000h=incr,0fdfffh=decr
            lar AR5,#02000h; y-slope:02000h=incr,0fdfffh=decr
            lar AR6,#rings; walker-cycle
            ldp #xstep
            lar AR7,#xstep

            lacc #03fffh;#0
            ldp #offset
            sacl richtung
            sfr
            sacl offset

            ldp #offi
            mar *,ar2
            lamm ar2
            xor ar4
            samm DASIx
            lamm ar3
            xor ar5
            samm DASIy

            CLRC   INTM          ; enable
            lamm 51h
            bsar 8
            sacl offi
            lacc #01ff0h
            samm DASIv
            lamm ar0
            samm DASIz

            lacl #0
            samm tdxr
            samm PSPx0
            clrc sxm
```

### The Include File "main.h":

```
;; Main.h  : establishes comunication to PC

rpt 15
 lamm 50h
lacl #0
samm 0ah;  preset Status C to "stop before setpoint"
lacl #0
samm 09h; preset walker movement as stop point;
lacl #01
samm 1fh

;0ah=statusC (command); AR1 is recent status; 09h is StatusB (used for
; second transmission and for compare register: "run until AR1=StatusB")
;1fh is counter for walker steps


wait:
```

70

```
        lamm 5ah
        and #1,11
        bcnd notempty,neq
        lamm AR1;      Status
        sub #1,15;
        bcnd wait,lt;   Wait for current Job to be over (over if <0)

        Setc INTM
        lamm 0ah;      StatusC
        bcnd wait,eq;   =0? => stop
        sub #8;
        bcnd noncont,lt; StatusC<8? =>non-continous mode
        sub #1
        bcnd cont,neq ; JMP for not 9.  C=9 is "continue until ar1=StatusB
        lamm AR1;+;
        xor #1,15;+;
        samm AR1;      Status
        and #0fh
        ldp #0;
        sub 09h; Compare to Status B, which is "run until AR1=StatusB"
        bcnd nc2,neq
        lamm AR1
        or #1,15
        samm AR1; Pause (Bit 15 of AR1 =1)
        lacl #0
        samm 0ah; Pause (C=0)
        b wait
cont:
        lamm AR1;+;
        xor #1,15;+;
        samm AR1;      Status
        b nc2
noncont:
        add #2; check for c=6
        bcnd nc2,neq
        lamm 1fh ; counter
        sub #1  ; decrease
        bcnd nc11,eq ; jmp out if it was 1 (keep it at value '1')
        samm 1fh ; save decreased counter
        call walk
        b nc3

nc11:
        lamm 09h
        and #1
        bcnd nc3,neq
        lacc #0111h
;;      samm DASlv
        b nc3

nc2: lacc #3fffh
        ldp #offset
        sacl richtung
        sfr
        sacl offset
        ldp #0
nc3: lamm 51h
        clrc INTM
        b wait;       and loop


notempty:
        lamm 50h;      Read from PC
        and #0fh,0
```

71

```
samm 0ah;        StatusC
lacl #081h; 129 is my convention for "first instruction received"
samm 50h
lamm 0ah
samm 50h
lamm AR1
or #1,15
samm AR1 ;        Stops current Process

call getnext
samm 09h;        StatusB
bcnd nzero,neq
lamm 0ah;
sub #5
bcnd nzero,eq; only if c=5, then second transmission=0 permittet!
lacl #0
samm 0ah ; StatusA: if second transmition is zero, always stop the system

nzero: lamm 0ah ;StatusC
    bcnd send,eq; if c=0 (Pause)
    sub #07
    bcnd single,lt;;; needsd to set AR1
    bcnd conti,gt    ;; continuous-procedure for c>=8
    lamm AR1;+;
    xor #1,15;+;
    samm AR1;        Status
    samm 09h;        StatusB
    b send
conti:
    lamm AR1;+;
    and #7fffh;++;
    samm AR1;        Status
    b send
single: ; singlestep procedure for c<7
    add #2
    bcnd count,eq ; set counter for walker if c=5
    add #1
    bcnd setvalue,eq; set value #B if c=4
    ;;; from now on c=6 or c=1,2 or 3
    lamm 09h; load second transmission value
    sub #1; walk left
    bcnd walk_l,eq
    sub #1; walk forward
    bcnd walk_f,eq
    sub #1; walk right
    bcnd walk_r,eq
    sub #1; walk backward
    bcnd walk_b,eq
    sub #1; contract z
    bcnd reject,eq
    sub #1;; readl(expandz)
    bcnd expand,eq
    sub #1;; scanx
    bcnd send,neq
        lacc #01fffh
        samm DASIv
        lacl #5;+; scanx mode
        samm AR1; pause mode
        lar AR7,#xstep
        ldp #0
        splk #03fffh,dbmr
        clrc sxm
        lacl #0
        samm PSPx0
```

72

```
              mar *,ar2
        b send

reject: lamm ar0
              ldp #n03fefh
              sub n03fefh
              ldp #0
              bcnd send, geq

              lacl #02h
              samm 51h
              ldp #0
              SPLK   #020h,TCR        ; T
              SPLK   #03ah,PRD        ; for AIC master clock (max:20h & 2ah)
              ldp #lhi
              lacl #01h;+; contract-z-mode
              samm AR1; pause mode
              b send

count:  ;(c=5)
     lamm 09h
     samm 1fh
     call get12bit
     b send
setvalue:
     lacc #7eh
     samm 50h
     lamm 09h
     samm 50h
     sub #1
     sfl
     sfl
     sacb ; and store #B in ACCB
     call getnext
     samm 1fh
     call get12bit
     call getPC
     clrc C;+1
     adcb ;+1; PC points on this instruction
     add #0fh ;+1; this has to point on num0!!!!!!
     cala ;+1
     lacb  ;+1; ACCB is (#B-1)*4. B=1 and B=2 are for Walker=>ACCB=0 & 4
     sub #4;+1
     cc calc,leq;+2; re-calculate walker cycle
     lacl #1;+1
     samm 1fh;+1
     b send ;+2
getPC:  pop  ;+1
              push ;+1
     ret   ;+1

num1:
              ldp #y1
              lamm 1fh
              sacl y1
              ret
num2:
              ldp #ccnt
              lamm 1fh
              sacl ccnt
              ret
num3:
              ldp #lhi
              lamm 1fh
```

73

```
                sacl Ihi
                ret
num4:
                ldp #delta_I
                lamm 1fh
                sacl delta_I
                ret
num5:
                ldp #Irefhi
                lamm 1fh
                sacl Irefhi
                ret
num6:
                ldp #dIref
                lamm 1fh
                sacl dIref
                ret
num7:
                ldp #xstep
                lamm 1fh
                sacl xstep
                ret
num8:
                ldp #ystep
                lamm 1fh
                sacl ystep
                ret
num9:
                lamm 1fh
                nop
                samm DASIv;; no xor. Thus 0=0 and +=max and -=min
                ret
numa:
                lamm 1fh
                samm AR2;;;x
                samm DASIx;;; wrong, since xor is missing
                ret
numb:
                lamm 1fh
                samm AR3;;;;y
                samm DASIy   ;;; wrong, since xor is missing
                ret
numc:
                ldp #xstep
                lamm 1fh
                sacl xstep
                ret
numd:
                ldp #xstep
                lamm 1fh
                sacl xstep
                ret
nume:
                ldp #xstep
                lamm 1fh
                sacl xstep
                ret
numf:
                lamm 1fh
                samm AR0;;;z pos : BE CAREFULL: Z-STEP WON'T BE SLOWED DOWN!!
                ldp #n02000h
                xor n02000h
                samm DASIz
                samm DASIz
```

74

PAP0026171

```
                samm DASIz
                samm DASIz
                ret


send:
                        ;(B and 128) will tell PC, whether B>0 or B<0
                        ;(C and 192) will tell PC, whether C <,=,>0
                        ;        =0 =>c=0, =192 => c<0, =64 =>c>0
        lacc #0ffh
        samm 50h
        samm 50h
        lamm 0ah;       StatusC
        samm 50h;
        bcnd null,eq
        sub #8
        bcnd null,eq
        add #1
        bcnd null,eq
        lamm 09h;       StatusB
        samm 50h
        lamm 0bh;       StatusD
        b notnull
null: lamm ar0
        samm 50h
        bsar 8
notnull:
        samm 50h;
        lamm AR1;       Status
        samm 50h

        sub #1
        bcnd nn2,eq
        sub #2
        bcnd nn1,neq
        lamm ar0;; if next step = Read_i then check if z not already at zmin
        sub #11
        bcnd nn1,gt
nn0:    lamm ar1
        or #1,15
        samm ar1
nn1: lamm 51h
        clrc INTM
        b wait;         and loop

nn2: lamm ar0
        ldp #n03fefh
        sub n03fefh
        bcnd nn0,geq
        b nn1

walk_l: b walk_f
walk_r: b walk_b
walk_f: lacc #3fffh
                ldp #offset
                sacl richtung
                sfr
                sacl offset
                b walk
walk_b: lacl #0
                ldp #offset
                sacl offset
                sacl richtung
```

75

```
walk:
        lacl #00h
        samm 51h
        lacl #0ch;#08;#0ch
        samm IMR
        lamm IFR
        samm IFR
        ldp #0
        SPLK    #020h,TCR        ; T
        SPLK    #02ah,PRD        ; for AIC master clock (max:20h & 2ah)
        lacl #02;;; lamm 09h
        samm AR1
        mar *,AR6
        lacl *
        samm DASlv
        clrc intm
        b send

getnext:
        lamm 5ah
        and #1,11
        bcnd getnext,eq;; "wait for next value" MUST be in here!!f
        lamm 50h;       Read from PC
        and #0fh,0
        ret

get12bit: ;(first 4 bits need to be in 1fh)
        call getnext
        samm 09h;       StatusB
        lamm 1fh
        ldp #0
        add 09h,4
        samm 1fh
        samm 09h

        call getnext
        samm 0bh;       StatusD
        lamm 1fh
        ldp #0
        add 0bh,8
        samm 1fh

        call getnext
        samm 0bh;       StatusD
        lamm 1fh
        ldp #0
        add 0bh,12
        samm 1fh
        bsar 8
        samm 0bh
        ret

expand:
        lacl #1
        samm 1fh
        lacl #04h
        samm IMR
        lamm IFR
        samm IFR
        lacl #08h
        samm 51h
        lacl #03h;+; rd-I-mode
        samm ar1;
        lamm ar0;; if next step = Read_i then check if z not already at zmin
```

76

PAP0026173

```
                    sub #11
                    bcnd send,gt
                    lamm ar1
                    or #1,15
                    samm ar1
            b send




; idea: PC writes to StatusB
;       Interupt-Procedures write to StatusD
;       StatusC will determine the mode: 0=Stop (wait for PC)
;                               >=8 continous (StatusD --> Status)
;                               <8 PC-driven (StatusB --> Status)
;                                   (0 (wait)--> StatusB)
; Status = AR1; StatusB,C,D are 09h,0ah,0bh
; Requirements for StatusB and D: bits 6 and 7 must be 0
```

### The Include File "scannc.h":

```
;scan: scans over whole range
; fullfil all prerequisits before!!!!

; 01ch summ register

office4:;;1=contrz,2=walk,3=readI,4=setAIC,5=scanX,6=EndOfImage,
        ;;7=scanX-OutOfRange,5+8=scanY,7+8=scanY-OutOfRang
                    lamm 51h
                    lamm AR1
                    and #08007h
                    sub #1
                    bcnd contract_z,eq
                    sub #2
                    bcnd read_I,eq
                    ;and #0dh
                    sub #2
                    bcnd scan,eq
                    sub #2
                    bcnd scan,eq
                    rete

scan:
    lamm PSPx0
    ;; make summ her: a*oldvalue+b new values (save it in 01ch)
    ldp #0
    xor #08000h
    sacb
    add 01ch,2
    add 01ch
    bsar 2
    samm 1ch
    lacb
    ldp #Irefhi
    sub Irefhi
    bcnd zdec,gt
    add dIref
    bcnd zinc,lt
scan2:
    lacl #0
    samm 08h;;flag(=1 => dec, =2 => inc)
```

```
ldp #0
splk #0,arcr
bit ar1,0ch
bcnd scanx,ntc
scany:
  mar *,ar3
  mar *+
  bit ar3,1
  mar *-
  xc 2,tc
   xpl ar3
   xpl ar5
  mar *+,ar7
  lamm ar3
  xor ar5
  samm DASIy
  cmpr 0
  mar *-,ar3
  xc 1, ntc
   rete
  lar ar1,#8005h
   ldp #xstep
   lacl xstep
   sfr ; since indx=2
   samm ar7
  mar *,ar2
  b send_z
scanx:
  mar *+,ar7
  lamm ar2
  xor ar4
  samm DASIx
  cmpr 0
  bcndd scanx1,ntc
   mar *-,ar2
   mar *+
   ldp #xstep
   lacl xstep
   samm ar7
   ldp #0
;warten:
;  lamm 5ah
;  and #1,8
;  bcnd warten,eq
   lamm ar0
   sfl
   sfl
   and #0fffch
   samm 50h
   bsar 8
   samm 50h
scanx1:
  bit ar2,1
  mar *-
  xc 1,ntc
   rete
  xpl ar2
  xpl ar4
  lar ar1,#800dh
   ldp #ystep
   lacl ystep
   sfr ; since indx = 2
   samm ar7
  mar *,ar3
```

PAP0026175

```
send_z:
;warten2:
;   lamm 5ah
;   and #1,8
;   bcnd warten2,eq
    lamm ar0
    and #0fffch
    samm 50h
    bsar 8
    samm 50h
    ;;lamm ar0; the summ is 01ch
    ;;and #7fh
    ;;samm 50h
    ;;lamm ar0; the summ is 01ch
    ;;bsar 7
    ;;or #80h
    ;;samm 50h
    ;lamm 01
    ;and #07fh
    ;samm 50h
    ;lamm 01
    ;bsar 7
    ;or #80h
    ;samm 50h
    ;;lacl #0
    ;;samm 01ch
    ;samm 01
    rete

zdec:
            ;;lacl #0
            ;;samm PSPx0
            lamm 08h
            sub #2;  already inc?
            bcnd scan2,eq
            lacl #1 ; set dec mode
            samm 08h

            lamm ar0
            sub #1
            samm ar0
            xor #02000h
            samm DASIz
            lamm ar0
            sub #2
            bcnd zdec2,gt
            ; OUT OF RANGE
            lamm ar0
            add #1
OOR:    samm ar0
            rete

            lamm ar1
            or #02h
            samm ar1
            or #0f
            ldp #0
            sub 09h  ;; compare to Stutus B
            bcnd scan2,neq
            lamm 0ah ;statusc
            sub #09;; to check for "run until"
            bcnd scan2,neq;; stop only if "run until OOR"
            rete
zdec2:
```

79

```
                        ;lamm ar1
                        ;and #0dh ;=f-2
                        ;samm ar1
                        rete

zinc:
                        lamm 08h
                        sub #1
                        bcnd scan2,eq
                        lacl #2
                        samm 08h
                        ;;lacl #0
                        ;;samm PSPx0
                        lamm ar0
                        add #1
                        samm ar0
                        xor #02000h
                        samm DASIz
                        lamm ar0
                        sub #03ffeh,0
                        bcnd zdec2,lt
                        ; OUT OF RANGE
                        lamm ar0
                        sub #1
                        ;b OOR
                        samm ar0
                        rete
```

### The Include File "cont_zmc.h":

```
;cont_zmc:(m for minus)(c for controllable)  drives piezo in home position
; for th case that some trouble occures: I changed line 17 from 0c to 08
contract_z:
                        lamm ar0
                        add #10h;sub #20h        ;;;;;;20!!!
                        samm ar0
         ldp #n02000h
                        xor n02000h
                        samm DASIz
                        lacl #0
                        samm PSPx0
                        lamm ar0
                        sub n03fefh; #11h
                        bcnd conz1,lt;gt


         lacc #03fefh
         samm AR0

                        lacl #00h
                        samm 51h
                        lacl #08h;0ch
                        samm IMR
                        lamm IFR
                        samm IFR
                        ;-;lamm AR1
                        lacl #02h;+; walker-mode
                        or #1,15
                        samm AR1; pause mode
                        ;-;lacl #02h; walker-mode
                        ;-;samm 0bh; to StatusD
                        ldp #0
                        SPLK   #020h,TCR        ; T
                        SPLK   #02ah,PRD        ; for AIC master clock (max:20h & 2ah)
                        ldp #1hi
```

80

```
            reti
conz1:  rete
              .
```

## The Include File "read_ipc.h":

```
;read_l: expands piezo as long as I within the limits (= no tunneling)

read_l:
              lamm PSPx0
              ldp #lhi
              xor n08000h
              subs lhi
              bcnd rdl2,gt
              adds delta_l
              bcnd rdl2,lt

              lamm AR0         ; z-count
              sub #10h;add #10h
              samm AR0
rdl0:
              ldp #lhi

              xor n02000h
              samm DASlz
              lamm AR0
              sub #11h;n03fefh
              bcnd rdl1,gt;lt
       lacl #10h
       samm AR0
              lacl #02h
              samm 51h
              ldp #0
              SPLK  #020h,TCR       ; T
              SPLK  #03ah,PRD       ; for AIC master clock (max:20h & 2ah)
              ldp #lhi
              lacl #01h;+; contract-z-mode
              or #1,15
              samm AR1; pause mode
              reti
rdl1:  rete
rdl2:
              lacl #5;+; scanx mode
              or #1,15
              samm AR1; pause mode
              lar AR7,#xstep
              ldp #0
              splk #03ffh,dbmr
              clrc sxm
              lacl #0
              samm PSPx0
              mar *,ar2
       reti
```

## The Include File "walkerc.h":

```
;Walker: puts out one walker cycloid

walker:
       lamm ar1
       and #1,15;bsar 15
       retc neq
              mar *,AR6
```

81

PAP0026178

```
              lacl *+
              ldp #richtung
              xor richtung
      add offset;;++
              samm DASlv
              lacl #0
              samm PSPx0
              cmpr 0
              bcnd walk1,NTC
              lamm 1fh
              sub #1
              samm 1fh
              bcnd walk1,neq
              lacl #1
              samm 1fh
              lacl #04h
              samm IMR
              lamm IFR
              samm IFR
              lacl #08h
              samm 51h
              lacl #03h;+; rd-I-mode
              or #1,15
              samm ar1 ; pause mode
              lacl #0
              samm PSPx0
              reti
walk1:  rete
```

## The Include File "pspinit.h":

```
;PSPinit: sets PSP2 to values given in VAR01.prt
* aic initialization data
*
AICINIT:
home:
      lacl #80h
      samm 51h
      ldp #0
      SPLK  #0ffh,IFR

      ;----------------------
      SETC  SXM      ;
      clrc intm  ; enable interrupts
      lamm 51h

      lacl #0h
      samm 52h
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      nop
      samm 52h
```

82

```
        idle
        ;--------------------
        LDP   #a          ;
        LACI  a
        add   aa,8
        sacl  ta
        CALL  AIC_2ND
        ;--------------------
        LACI  b
        add   bb,8
        sacl  ta
        CALL  AIC_2ND
        ;--------------------
        LACI  c
        add   cc,8
        sacl  ta
        CALL  AIC_2ND
        ;--------------------
        LACI  d
        add   dd,8
        sacl  ta
        CALL  AIC_2ND

        RET

AIC_2ND:

        clrc intm   ; enable interrupts
        lamm 51h
        lacl #03h
        samm 52h
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        nop
        lacl  ta
        samm 52h
        idle
        RET
```

### The Include File "calc0f3u.h":

;calc0f073: calculates Walker-cycloid in "#0fh,03h"-steps

```
calc:
        ldp #0
        splk #rings,cbsr1
        ldp #ccnt
        lacc cont,1
        sub #2
        add #rings,0
        samm cber1
```

83

```
            samm arcr
            ldp #0
            mar *,AR6
            lar AR6,#rings
            splk #0eh,ebcr
            lacl #0
            ldp #coeff
            sacl coeff
            setc sxm

    fgh:
            LDP   #SIN_SW
            bit   SIN_SW,15
            BCND  SUBTRC,TC
            ldp #coeff
            lacl coeff
            add #1
            sacl coeff
            ldp #cnt
            sub cnt;   ;*,*,*,*,*,* 20 for 800
            ldp #coeff
            bcnd REC2,LT
            ldp #SIN_SW
            lacl #15
            sacl SIN_SW
            b REC2
    SUBTRC:
            ldp #coeff
            lacl coeff
            sub #1
            sacl coeff
            bcnd REC2,GT

            lacl #0
            ldp #SIN_SW
            sacl SIN_SW
            mar *,AR6
            lar AR6,#rings
            ret

    REC2:
            clrc SXM
            mpy #0
            lacl #0
            ldp #y1
            Macd coeff,y1
            apac
            sfr    ;==>Max 15 Bit long y1

            ldp #y2
            sacl y2
            sqra y2
            lacl #0
            apac
            sach y2h
            sacl y2l
            lacc #8,15
            rpt #11
            sfl
            sub #1    ; to get something like 7fffh ...
            sub y2h,16
            sub y2l    ;  (1-(p/pmax)^2), WHERE 1==1*2^30
```

                                    84
```
                                                        PAP0026181
```

```
        call sqroot ;  (sqroot of ACC, where ACChi = vorkommastellen und
        acclo=nachkommastellen)

        setc SXM
        neg
        add #1fffh,2
        and #0ffffch
        sfr;+;;++
        sfr
;;--xor #02h,0ch;; don't turn walker direction _/\_
;;--add #1,3
        add #1,2 ;+;;++

        sacl *+
    b fgh


sqroot:
        Bcnd loo4,EQ
        sacl y2l
        sach y2h
        ldp #y3
        lacc #1,15
        sacb
        CLRC SXM
loo1:   sacl y3
        sqra y3
        lacc y2h,16
        add y2l
        setc SXM
        neg
        apac
        clrc SXM
        Bcnd loo2,NC
        lacl y3
        sbb
        sacl y3
loo2:   lacb
        sfr
        Bcnd loo3,C
        sacb
        lacl y3
        adcb
        B loo1
loo3:   lacl y3
loo4:   ret
```

85

PAP0026182

# BIBLIOGRAPHY

1) R. M. Feenstra, Physical Review B **50**, 4561 (1994).

2) R. M. Feenstra et al., in Proceedings of the

   Conference on Physical Properties of Semiconductor

   Interfaces at Sub-Nanometer Scale, 1992, edited by H.

   W. M. Salemink (Kluwer, Dordrecht, to be published)

3) P. Horowitz and W. Hill,

   The Art of Electronics

   (Cambridge Univ. Press, New York, 1982)  p. 288

4) Texas Instruments, TMS320C5x User's Guide, (1993)

5) Texas Instruments, TMS320C5x DSP Starter Kit User's Guide, (1994)

PAP0026183

# VITA

Michael Tasler was born in Freiburg im Breissgau, Germany on March 31, 1972, the son of Bernd-Rüdiger Tasler and Renate Tasler. After moving to Essen, Moers, Munich and Frankfurt he completed his work at the German high school Hanns-Seidel-Gymnasium at Hösbach, Germany in July 1991. He entered the University of Würzburg, Germany in November 1991. In September 1993 he received his "Vordiplom" in physics.

In September, 1994, he entered the Graduate School of The University of Texas at Austin.

**Permanent Address:**   Schlossberg 2

63773 Goldbach

Germany

**Tel.: 01149-602-154-0259**

e-mail: MiT@PHYSICS.UTEXAS.EDU

**Publications:**

This work will be published at the "Texas Instruments 1995 DSP Solution Challenge" contest and will be submitted to Texas Instruments Incorporated before December 31, 1995.

This thesis was typed by the author.

87

PAP0026184

# BIBLIOGRAPHY

1) R. M. Feenstra, Physical Review B **50**, 4561 (1994).

2) R. M. Feenstra et al., in Proceedings of the
   Conference on Physical Properties of Semiconductor
   Interfaces at Sub-Nanometer Scale, 1992, edited by H.
   W. M. Salemink (Kluwer, Dordrecht, to be published)

3) P. Horowitz and W. Hill,
   The Art of Electronics
   (Cambridge Univ. Press, New York, 1982)  p. 288

4) Texas Instruments, TMS320C5x User's Guide, (1993)

5) Texas Instruments, TMS320C5x DSP Starter Kit User's Guide, (1994)

86

PAP0026185

# VITA

Michael Tasler was born in Freiburg im Breissgau, Germany on March 31, 1972, the son of Bernd-Rüdiger Tasler and Renate Tasler. After moving to Essen, Moers, Munich and Frankfurt he completed his work at the German high school Hanns-Seidel-Gymnasium at Hösbach, Germany in July 1991. He entered the University of Würzburg, Germany in November 1991. In September 1993 he received his "Vordiplom" in physics.

In September, 1994, he entered the Graduate School of The University of Texas at Austin.

Permanent Address:     Schlossberg 2

63773 Goldbach

Germany

Tel.: 01149-602-154-0259

e-mail: MiT@PHYSICS.UTEXAS.EDU

## Publications:

This work will be published at the "Texas Instruments 1995 DSP Solution Challenge" contest and will be submitted to Texas Instruments Incorporated before December 31, 1995.

This thesis was typed by the author.

87

PAP0026186

# BIBLIOGRAPHY

1) R. M. Feenstra, Physical Review B **50**, 4561 (1994).

2) R. M. Feenstra et al., in Proceedings of the
   Conference on Physical Properties of Semiconductor
   Interfaces at Sub-Nanometer Scale, 1992, edited by H.
   W. M. Salemink (Kluwer, Dordrecht, to be published)

3) P. Horowitz and W. Hill,
   The Art of Electronics
   (Cambridge Univ. Press, New York, 1982)  p. 288

4) Texas Instruments, TMS320C5x User's Guide, (1993)

5) Texas Instruments, TMS320C5x DSP Starter Kit User's Guide, (1994)

PAP0026187

# VITA

Michael Tasler was born in Freiburg im Breissgau, Germany on March 31, 1972, the son of Bernd-Rüdiger Tasler and Renate Tasler. After moving to Essen, Moers, Munich and Frankfurt he completed his work at the German high school Hanns-Seidel-Gymnasium at Hösbach, Germany in July 1991. He entered the University of Würzburg, Germany in November 1991. In September 1993 he received his "Vordiplom" in physics.

In September, 1994, he entered the Graduate School of The University of Texas at Austin.

**Permanent Address:**     Schlossberg 2

63773 Goldbach

Germany

Tel.: 01149-602-154-0259

e-mail: MiT@PHYSICS.UTEXAS.EDU

**Publications:**

This work will be published at the "Texas Instruments 1995 DSP Solution Challenge" contest and will be submitted to Texas Instruments Incorporated before December 31, 1995.

This thesis was typed by the author.

87

# BIBLIOGRAPHY

1) R. M. Feenstra, Physical Review B **50**, 4561 (1994).

2) R. M. Feenstra et al., in Proceedings of the
   Conference on Physical Properties of Semiconductor
   Interfaces at Sub-Nanometer Scale, 1992, edited by H.
   W. M. Salemink (Kluwer, Dordrecht, to be published)

3) P. Horowitz and W. Hill,
   The Art of Electronics
   (Cambridge Univ. Press, New York, 1982)  p. 288

4) Texas Instruments, TMS320C5x User's Guide, (1993)

5) Texas Instruments, TMS320C5x DSP Starter Kit User's Guide, (1994)

PAP0026189

# VITA

Michael Tasler was born in Freiburg im Breissgau, Germany on March 31, 1972, the son of Bernd-Rüdiger Tasler and Renate Tasler. After moving to Essen, Moers, Munich and Frankfurt he completed his work at the German high school Hanns-Seidel-Gymnasium at Hösbach, Germany in July 1991. He entered the University of Würzburg, Germany in November 1991. In September 1993 he received his "Vordiplom" in physics.

In September, 1994, he entered the Graduate School of The University of Texas at Austin.

Permanent Address:   Schlossberg 2

63773 Goldbach

Germany

Tel.: 01149-602-154-0259

e-mail: MiT@PHYSICS.UTEXAS.EDU

**Publications:**

This work will be published at the "Texas Instruments 1995 DSP Solution Challenge" contest and will be submitted to Texas Instruments Incorporated before December 31, 1995.

This thesis was typed by the author.

87

PAP0026190

# ACKNOWLEDGMENTS

I would like to first acknowledge my advisor Prof. Ken Shih. Thanks to his financial support it was possible for me to finish my studies at the University of Texas at Austin.

I greatly appreciate the tremendous help I received from Prof. Max Scheer and Prof. Manfred Fink, both of whom invested their time in the German partnership program.

I also would like to thank Prof. Keto for his insightful suggestions on various topics.

I also received important support from Texas Instruments Inc., Analog Devices and Motorola, who sponsored my work with sample ICs.

Last but definitely not least I want to acknowledge the enormous help I received during countless conversations with my friends in Dr. Shih's lab and Dr. Martinez' lab. Especially Günter Guttroff who spent quite some time listening to my plans. Gordon Chao and Art Smith were always there to answer my questions and introduce me to the sub-nanometer world.

Ricardo Claps, Andrew McDonald, Michael Barrett and Doris Heinrich turned out to be the source of new motivation to keep me working on my project. I greatly appreciate the time we talked during the breaks we took together.

PAP0026191

# ABSTRACT

## Design and Construction of a Universal Data Acquisition and Control System for Scanning Probe Microscopy

by

Michael Tasler, M.A.

The University of Texas at Austin, 1996
SUPERVISOR: Chih-Kang Shih

Scanning Probe Microscopy (SPM) has been used to study many novel material properties such as single electronic energy levels formed in a quantum corral system. However, electronic states of more realistic structures like quantum wells, which are of interest in optoelectronic applications, have not yet been fully explored using SPM. While this is possible in principle, it requires a more sophisticated SPM control unit which is not available commercially. The development of such a system is the aim of this project. General ideas and problems are discussed.

v

PAP0026192

# TABLE OF CONTENTS

ACKNOWLEDGMENTS ................................................................ iv

ABSTRACT ................................................................................. v


**Chapter 1: Introduction** ....................................................... 1

    (1.1) Motivation: ................................................................... 1

    (1.2) General SPM Setup: ..................................................... 2

        (1.2.1) General Mechanical SPM Design: ........................ 2

        (1.2.2) Electrical SPM Setup in the Case of Tunneling Microscopy: ........4


**Chapter 2: Design of the SPM Control Unit** ........................ 8

    (2.1) Theoretical Discussion of the System Requirements and Limits: .......... 8

        (2.1.1) Electronic Noise: ................................................. 8

            (2.1.1.1) Shot Noise: ................................................ 8

            (2.1.1.2) Johnson Noise: .......................................... 9

            (2.1.1.3) Flicker Noise: ............................................ 9

            (2.1.1.4) Noise of a JFET Preamplifier: ...................... 9

        (2.1.2) Required accuracy: .............................................. 10

            (2.1.2.1) Accuracy of the Tip Positioning: ................. 10

            (2.1.2.2) Required Accuracy of the Bias Voltage: ....... 11

    (2.2) Practical Realizations: ................................................. 12

        (2.2.1) Timing Requirements for Different Scanning Modes: ................... 13

        (2.2.2) The Digital Control Unit: .................................. 14

    (2.3) The Realization of an Independent Processor System: ........... 14

    (2.4) Concluding Comments on System Limits: ..................... 16

PAP0026193

**Chapter 3: Hardware Design** ................................................................... 17

    (3.1) The DSP Motherboard: ................................................................ 18

        (3.1.1) The Interrupt Manager (IM): ........................................... 18

        (3.1.2) The Connection to the Master PC: ................................... 19

    (3.2) The TLC320AC01 Serial Port: ..................................................... 23

    (3.4) The Parallel Digital I/O Port: ........................................................ 24

    (3.5) The Analog Boards: ..................................................................... 24

**Chapter 4: The Final Assembly** .............................................................. 26

**Chapter 5: The Software** ........................................................................ 29

    (5.1) TI's Assembler: ........................................................................... 29

    (5.2) The DSK Programmer Tool: ......................................................... 30

    (5.3) Dynamic Range Expansion: ......................................................... 33

**Chapter 6: Results and Conclusions** ...................................................... 37

**APPENDIX** ............................................................................................. 38

    Appendix A:  Block Diagram of SPM Control Unit ...................................... 39

    Appendix B:  Schematics  ......................................................................... 40

    Appendix C: PCB Layouts  ....................................................................... 42

    Appendix D: The PC Software ................................................................... 57

    Appendix E: The DSP Software .................................................................. 68

**BIBLIOGRAPHY** ..................................................................................... 86

**VITA** ....................................................................................................... 87

vii

PAP0026194