## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**IN RE PAPST LICENSING GMBH & CO.
KG LITIGATION**

---

**This Document Relates To:**

**ALL CASES**

**Misc. Action No. 07-493 (RMC)
MDL No. 1880**

---

### HEWLETT-PACKARD COMPANY'S
### LOCAL CIVIL RULE 7.1 DISCLOSURE

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court

for the District of Columbia:

I, the undersigned, counsel of record for Hewlett-Packard Company ("HP"), certify that

to the best of my knowledge and belief, that no parent companies, subsidiaries or affiliates of HP

have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need

for recusal.

Dated: June 5, 2008

Respectfully submitted,

By: */s/ Heather N. Mewes*

Charlene M. Morrow, CA Bar. No. 136411
Heather N. Mewes, CA Bar No. 203690
David D. Schumann, CA Bar No. 223936
Jeffrey V. Lasker, CA Bar No. 246029
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

**Attorneys for Hewlett-Packard Company**