UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION**<br><br>**This Document Relates To:**<br>Casio v. Papst, 06-1751 | Misc. Action No. 07-493 (RMC);<br>MDL Docket No. 1880 |

**FIFTH ORDER ON CASIO/PAPST DISCOVERY: PAPST'S MOTION FOR CLARIFICATION CONCERNING SCOPE OF WAIVER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Papst's motion for clarification [Dkt. # 101] is granted in part and denied in part as follows:

(1) Papst may not limit its production of otherwise privileged documents to documents related "solely to Casio's products," and Papst must respond to Casio's discovery requests without objection based on attorney-client privilege, consulting expert privilege, or attorney work product as to any document or communication that came into being on or before May 6, 2008. This requirement extends to all Casio discovery requests, not just its initial discovery.

(2) Papst has not waived its privileges as to the other Camera Manufacturers.

**SO ORDERED**.

Dated: June 9, 2008

                  /s/
                 ROSEMARY M. COLLYER
                 United States District Judge