IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 07-493 (RMC)<br>MDL No. 1880 |

**HEWLETT-PACKARD COMPANY'S**
**NOTICE OF THE LOCATION OF THE DOCUMENT DEPOSITORY**

Pursuant to paragraph 12 of the Court's Second Practice & Procedure Order dated April 8, 2008, Hewlett-Packard Company hereby provides notice that its document depository for the purpose of this action will be located at Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041.

Dated: June 11, 2008

By: */s/ Heather N. Mewes*
    Charlene M. Morrow, CA Bar. No. 136411
    Heather N. Mewes, CA Bar No. 203690
    David D. Schumann, CA Bar No. 223936
    Jeffrey V. Lasker, CA Bar No. 246029
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:  (415) 875-2300
    Facsimile:  (415) 281-1350

    **Attorneys for Hewlett-Packard Company**