IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> ——————————————————— <br><br> This Document Relates To: <br> Nikon, No. 08-CV-985 | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

### NIKON'S AND PAPST'S JOINT STATEMENT REGARDING MODIFICATIONS TO THE SECOND PRACTICE AND PROCEDURE ORDER

Nikon Corporation, Nikon Americas Inc. and Nikon Inc. (collectively "Nikon") and Papst Licensing GmbH & Co. KG ("Papst"), upon conferring, respectfully submit the following statement regarding proposed modifications to the Second Practice and Procedure Order.

### I.  ADJUSTMENTS TO THE CASE SCHEDULE

On April 8, 2008, this Court issued a Second Practice & Procedure Order which set a schedule for the consolidated action. *See* Second Practice & Procedure Order (Dkt. No. 36). On May 2, 2008, Papst sued Nikon in the Northern District of Illinois. The Nikon case was transferred to this Court for consolidated pretrial proceedings on June 9, 2008.

Counsel for Nikon and Papst have met and conferred regarding modifications to the schedule set forth in the Second Practice & Procedure Order. Nikon and Papst came to agreement on all case deadlines. Nikon's and Papst's proposed modifications to the case schedule are summarized in the table below.

| Description | Current Date | Proposed New Date |
|---|---|---|
| Answers or Other Responses Due | April 14, 2008 | June 30, 2008 |
| Notice of Document Depository | April 21, 2008 | July 1, 2008 |
| Initial Disclosures | April 21, 2008 | July 1, 2008 |
| Claims and Infringement Contentions | May 28, 2008 | June 16, 2008 |
| Invalidity Contentions | June 18, 2008 | Invalidity contentions of which Nikon was already aware at the time it filed its counterclaims: June 30, 2008<br><br>Supplemental invalidity contentions: July 23, 2008 |
| Initial Privilege Logs | June 25, 2008 | 70 days after service of the initial set of document requests |
| Motions to join 3d parties or to amend | June 25, 2008 | Same |
| Papst's Markman Brief | July 9, 2008 | Same |
| Camera Mfrs.' Response | July 23, 2008 | Same |
| Papst's Reply | July 30, 2008 | Same |
| Camera Mfrs.' Surreply | August 6, 2008 | Same |
| Markman Hearing | September 22-26, 29-30, October 1-3, 2008 | Same |
| Fact Discovery Re Liability Completed | December 19, 2008 | Same |
| Principal Experts | January 30, 2009 | Same |
| Rebuttal Experts | February 27, 2009 | Same |

Papst would like to further advise the Court that Papst may need to later request a reasonable extension of time to Papst's *Markman* briefing dates depending on Nikon's invalidity

submissions, such as the citation of alleged invalidating prior art not previously cited by the other Camera Manufacturers. Nikon has agreed to fairly consider any such request for an extension by Papst.

Dated: June 16, 2008                  Respectfully submitted,

/s/  Marc S. Blackman
David L. Witcoff
Illinois State Bar No. 6183629
dlwitcoff@jonesday.com
Marc S. Blackman
Illinois State Bar No. 6236719
msblackman@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

**ATTORNEYS FOR DEFENDANTS NIKON CORPORATION, NIKON AMERICAS INC. AND NIKON INC.**

/s/  Joseph E. Cwik
Joseph E. Cwik
James P. White
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Telephone:  312-655-1500

Robert F. Muse (Bar No. 166868)
Jacob A Stein (Bar No. 052233)
Joshua A Levy (Bar No. 475108)
STEIN MITCHELL & Mezines, LLP
1100 Connecticut Ave., NW
Washington, D.C. 10036
Telephone:  202-737-7777

**ATTORNEYS FOR PLAINTIFF PAPST LICENSING GmbH & CO. KG**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record at their e-mail address on file with the Court.

                                         s/ Marc S. Blackman
                                         One of the Attorneys for the Nikon Defendants