UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>*Papst v. Nikon,* 08-cv-985 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

**STIPULATION OF DISMISSAL OF NIKON AMERICAS INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1), the undersigned parties hereby stipulate to dismissal, without prejudice, of the Defendant, Nikon Americas Inc., in the following individual case: *Papst Licensing GmbH & Co. KG vs. Nikon Inc., Nikon Corp. and Nikon Americas Inc.,* which has been assigned the individual docket number of 08-cv-985 in this U.S. District Court for the District of Columbia. Nikon Americas Inc. has filed no counterclaim against Papst in this action. Papst and Nikon Americas Inc. will bear their own fees and costs in connection with this action brought by Papst against Nikon Americas Inc. This stipulation leaves pending the claims between Papst Licensing GmbH & Co. KG, Nikon Inc. and Nikon Corporation.

AGREED TO BY:

/s/ Joseph E. Cwik
James P. White
Jerold B. Schnayer
Joseph E. Cwik
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago IL 60606
*Counsel for Papst Licensing
GmbH & Co. KG*

AGREED TO BY:

/s/ Marc Blackman
David Witcoff
Marc Blackman
Jones Day
77 W. Wacker Drive
Chicago IL 60601
*Counsel for
Nikon Americas Inc.*

1