IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Papst Licensing GmbH & Co. KG Patent Litigation<br><br>This Document Relates To:<br><br>Ricoh Co., Ltd. and Ricoh Americas Corporation N.D. Ill., No. 08-1218 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880<br><br>Hon. Rosemary M. Collyer |

## RICOH'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and ¶ 19 of the Court's April 8, 2008 Second Practice & Procedure Order, Ricoh Co., Ltd and Ricoh Americas Corporation (collectively, "Ricoh") hereby move for leave to amend their Answers, Defenses and Counterclaims (hereinafter, "Replies") to add a new claim for declaratory judgment of unenforceability of the patents-in-suit, United States Patents No. 6,470,399 B1 ("the '399 patent") and 6,895,449 B2 ("the '449 patent"). The new claim is alleged in Count III of the accompanying proffered amended Replies. Ricoh has obtained the evidence that serves as the basis for the new claim through discovery by the Camera Manufacturers in this action.

Pursuant to Local Rule 7(m), counsel for Ricoh conferred with counsel for Papst, and Papst does not oppose the Motion, subject to Papst retaining its right to respond to the amended Replies in accordance with the Federal Rules (i.e., to answer or move to dismiss the new claim). Papst also does not necessarily agree with all of the grounds for the motion stated herein. This motion is filed prior to the deadline set by the Court for amendment of pleadings.

The grounds for this motion are set forth more fully in the accompanying Statement of Points and Authorities.

Dated: June 25, 2008                                Respectfully submitted,


                                                   /s/ Paul Devinsky
                                                   Paul Devinsky
                                                   McDermott Will & Emery LLP
                                                   600 13th Street, NW
                                                   Washington, DC 20005
                                                   Telephone: (202) 756-8369
                                                   Facsimile: (202) 756-8087
                                                   pdevinsky@mwe.com

                                                   Attorney of Record for Ricoh Company, Ltd. and
                                                   Ricoh Americas Corporation.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Papst Licensing GmbH & Co. KG Patent Litigation<br><br>This Document Relates To:<br><br>Ricoh Co., Ltd. and Ricoh Americas Corporation N.D. Ill., No. 08-1218 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880<br><br>Hon. Rosemary M. Collyer |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF THE RICOH'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Ricoh Co., Ltd. ("RCL") and Ricoh Americas Corporation ("RAC") (collectively, "Ricoh") hereby submit this statement of points and authorities in support of their motion for leave to amend their Answer, Defenses and Counterclaims (hereinafter "Replies") to add a claim for declaratory judgment of unenforceability of the patents-in-suit, United States Patents No. 6,470,399 B1 ("the '399 patent") and 6,895,449 B2 ("the '449 patent").

**Background**

Papst filed this action on February 28, 2008. Subsequently, this action was made a part of *In re Papst Licensing GmbH & Co. KG Patent Litigation*, MDL No. 1880. Under this Court's Second Practice and Procedure Order, fact discovery as to liability began on March 20, 2008, and "[m]otions to… amend the pleadings shall be filed no later than June 25, 2008." (PO ¶ 19).

Through discovery by the Camera Manufacturers, Ricoh has learned that Michael Tasler, the sole inventor of the '399 and '449 patents authored a Master's Degree Thesis in 1996 that Ricoh believes constitutes prior art to the '399 and '449 patents. RCL Amend. Compl ¶¶ 28-29 and RAC Amended Complaint ¶¶ 28-29. Despite Tasler's obvious awareness of the Thesis, it was not

disclosed to the PTO. *Id.* at ¶ 32. Consistent with the deadline to amend pleadings, Ricoh now seeks leave to amend its Replies to add a new claim (Count III) for a declaratory judgment that the patents-in-suit are unenforceable due to inequitable conduct. Ricoh's proffered Amended Replies are attached hereto, pursuant to Local Civil Rule 7(i).

### Points and Authorities

Rule 15(a) of the Federal Rules of Civil Procedure, which governs the amendment of pleadings, expressly provides that leave to amend shall be "freely given when justice so requires." Fed.R.Civ.P. 15(a); *accord, e.g., Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).[1] Indeed, even if a party delays in seeking leave to amend – a situation that has not occurred here – courts grant leave to amend as long as the opposing party is not prejudiced by the delay. *See Djourbachi v. Self*, 240 F.R.D. 5, 13 (D.D.C. 2006); *Nurriddin v. Goldin*, 382 F. Supp. 2d 79, 91-92 (D.D.C. 2005). Rule 15's liberal approach to amendments is based on the sound policy of seeking, where possible, to resolve disputes comprehensively and on the merits. *See Dove v. Washington Metropolitan Area Transit Authority*, 221 F.R.D. 246, 247 (D.D.C. 2004).

Here, the evidence that forms the basis for Ricoh's new claims was recently produced by Papst in discovery to the Camera Manufacturers, and Ricoh was not aware of it at the time it filed its Replies. Moreover, Ricoh's motion for leave to amend in accordance with the deadline set by the Court for such amendments. Papst, moreover, has consented to this motion, and it is in no way prejudiced by the proposed amendments. Fact discovery on liability does not end for nearly six months, expert discovery does not commence until 2009, and no trial date has been set.

### Conclusion

For the foregoing reasons, Ricoh respectfully requests that the Court grant the its motion for

---

[1] Although an appeal in this action would be heard by the Federal Circuit, that Court applies D.C. Circuit law to procedural issues. *See, e.g., McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339, 1357 (Fed. Cir. 2001).

2

leave to amend and permit the filing of the attached amended Replies.

Dated: June 25, 2008    Respectfully submitted,

/s/ Paul Devinsky
Paul Devinsky
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005
Telephone: (202) 756-8369
Facsimile: (202) 756-8087
pdevinsky@mwe.com

Attorney of Record for Ricoh Company, Ltd. and
Ricoh Americas Corporation

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Papst Licensing GmbH & Co. KG Patent Litigation<br><br>This Document Relates To:<br><br>Ricoh Co., Ltd. and Ricoh Americas Corporation N.D. Ill., No. 08-1218 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880<br><br>Hon. Rosemary M. Collyer |

## **PROPOSED ORDER**

Having considered the Ricoh Co., Ltd. and Ricoh Americas Corporation (collectively, "Ricoh") Motion for Leave to File Amended Answers, Defenses and Counterclaims ('hereinafter "Amended Replies"), the opposition thereto, the argument of counsel, and the entire record herein,

**IT IS HEREBY ORDERED** as follows:

1. Ricoh's Motion for Leave To File Amended Replies is **GRANTED**; and

2. The Clerk is directed to file the Amended Replies for Declaratory Judgment attached to the Motion on the date on which this Order is entered.


Dated: June __, 2008

_____
Judge Rosemary M. Collyer
United States District Judge


WDC99 1583835-1.044029.0022

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 25th day of June, 2008, a copy of the foregoing RICOH'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT & STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF THE RICOH'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was served by first class mail, postage prepaid on the following:

**J. Kevin Fee**
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

**Steven John Routh**
**Adam K. Levin**
**Sten Jensen**
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195

**James P. White**
**Joseph E. Cwik**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

**Rachel M. Capoccia**
**Richard de Bodo**
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Richard L. Horwitz**
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
6th Floor
Wilmington, DE 19899-0951

**Patrick J. Kelleher**
DRINKER BIDDLE GARDNER CARTON
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698


Dated: June 25, 2008

                                      Respectfully Submitted,

                                      _____/s/ Paul Devinsky_____
                                      Paul Devinsky  (D.C. Bar No. 250373)
                                      McDermott Will & Emery LLP
                                      600 Thirteenth Street, N.W.
                                      Washington, D.C.  20005-3096
                                      Telephone:  202.756.8000

                                      *Attorney for Defendants*
                                      *Ricoh Americas Corporation, Ricoh Corporation*

WDC99 1554578-1.044029.0022