UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: PAPST LICENSING GmbH Patent Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

## **ORDER**

Upon consideration of Papst's Agreed Motion for Extension of Time To Complete Privilege Logs and To Deliver To Papst's Prosecution Counsel Non-Confidential Materials That May Constitute Prior Art, IT IS HEREBY ORDERD THAT:

1.    The parties shall have until July 9, 2008 to produce complete initial privilege logs, subject to any separate arrangements that Papst has made with Camera Manufacturers in cases that recently were added to this MDL proceeding.

2.    Papst is granted permission to deliver to Papst's prosecution counsel, Jeffrey Salmon, materials from the Camera Manufacturers that have NOT been marked confidential and that may potentially constitute prior art to the pending continuation patent applications.

Dated: 25 June 2008

_Rosemary M. Colly_
Hon. Rosemary M. Collyer