IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN RE PAPST LICENSING GMBH & CO.
KG LITIGATION**

**Misc. Action No. 07-493 (RMC)
MDL Docket No. 1880**

**This Document Relates To:
1:08-cv-00985**

**NOTICE OF WITHDRAWAL OF DOCKET ENTRIES NOS. 137 AND 138**

Please take notice that Papst Licensing GmbH & Co. KG ("Papst") hereby

withdraws Docket Nos. 137 and 138, which are mistakenly referenced and linked to

Docket Nos. 135 and 136, respectively, for the following reasons:

1.      Before Nikon Inc. and Nikon Corporation were made parties to the Multi-District

Litigation (MDL), both parties filed counterclaims against Papst in the United States

District Court for the Northern District of Illinois.  These counterclaims were not

transferred to MDL.

2.      After Nikon Inc. and Nikon Corporation were made parties to the MDL, both

parties filed Amended Answers, Affirmative Defenses, and Counterclaims. Theses filings

were assigned Docket Nos. 131 and 132, respectively.

3.      The counterclaims were later extracted from Docket Nos. 131 and 132 and re-

docketed as nos. 135 (Nikon, Inc.) and 136 (Nikon Corporation).  Both documents are

labeled "Counterclaims," but are actually "Amended Counterclaims."

4.      Docket Nos. 137 and 138 were intended by Papst to reply to the original

counterclaims that were filed by Nikon, Inc. and Nikon Corporation in the Northern

District of Illinois.  However, because those counterclaims were not transferred to MDL,

the CM/ECF System linked Docket Nos. 137 and 138 to Docket Nos. 135 and 136 – the

Amended Counterclaims - as they were the only counterclaims on file.

5.    Papst hereby withdraws Docket Nos. 137 and 138 so that it can file its replies to

Nikon, Inc.'s and Nikon Corporation's "Amended" Counterclaims and link them to

Docket Nos. 135 and 136, respectfully.


Dated:  July 1, 2008                        Respectfully Submitted,


                                            /s/  Robert F. Muse_____
                                            Robert F. Muse (Bar No. 166868)
                                            STEIN, MITCHELL & MEZINES LLP
                                            1100 Connecticut Avenue, N.W.
                                            Suite 1100
                                            Washington, DC 20036
                                            Phone:  (202) 737-7777
                                            Fax:  (202) 296-8312

                                            James P. White
                                            Jerold B. Schnayer
                                            Joseph E. Cwik
                                            WELSH & KATZ, LTD.
                                            120 South Riverside Plaza, 22nd Floor
                                            Chicago, IL 60606
                                            Phone:  (312) 655-1500
                                            Fax:  (312) 655-1501

                                            **Attorneys for Papst Licensing GmbH & Co.
                                            KG**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I caused a true and correct copy of the foregoing document to be served upon all counsel for the Camera Manufacturers through the CM/ECF System on July 1, 2008.

<u>***For The Casio Parties***</u> (via e-mail)*:*
Laura Krawczyk
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax: (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

<u>***For The Samsung Parties***</u> (via e-mail)*:*
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone: (312) 569-1375
Fax: (312) 569-3375
Patrick.kelleher@dbr.com

<u>***Camera Manufacturers' Administrative Counsel and***</u>
<u>***For The Fujifilm Parties***</u> (via e-mail)*:*
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.

Washington, DC 20004
Phone:  (202) 637-5600
Fax:  (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-6465
Fax:  (202) 637-5910
sajensen@hhlaw.com

**_For the Olympus Parties_** (via e-mail)**_:_**
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

**_For The Matsushita and Victory Company of Japan Parties_** (via e-mail):
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

**_For the Ricoh Parties_** (via e-mail):
Michael Switzer
McDermott Will & Emery LLP

227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com

***For Hewlett-Packard Company*** (via email):
Charlene M. Morrow
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

***For the Nikon Parties*** (via e-mail):
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 782-3939
Fax:  (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com

/s/ Robert F. Muse
Attorney for Papst Licensing GmbH & Co.
KG