# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> **This Document Relates To:** <br> **Nikon, No. 08-CV-985** | **Misc. Action No. 07-493 (RMC)** <br> **MDL Docket No. 1880** |

## NIKON CORPORATION'S AND NIKON INC.'S
## <u>NOTICE OF DOCUMENT DEPOSITORY</u>

Pursuant to paragraph 12 of the Court's Second Practice & Procedure Order dated April 8, 2008 and the Court's June 17, 2008 Minute Order, Nikon Corporation and Nikon Inc. hereby provide notice that their document depository for the purpose of this action will be located at Jones Day, 77 West Wacker, Suite 3500, Chicago, Illinois 60601.

Dated: July 1, 2008            Respectfully submitted,

                               s/ Marc S. Blackman
                               David L. Witcoff
                               Marc S. Blackman
                               Jones Day
                               77 West Wacker, Suite 3500
                               Chicago, Illinois 60601-1692
                               (312) 782-3939  (telephone)
                               (312) 782-8585  (fax)
                               dlwitcoff@jonesday.com
                               msblackman@jonesday.com

                               ***Attorneys for Nikon Corporation and Nikon Inc.***

CHI-1656884v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record at their e-mail address on file with the Court.

                                         s/ Marc S. Blackman
                                         One of the Attorneys for
                                         Nikon Corporation and Nikon Inc.