IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>N.D. Ill. No.08-1218<br><br>Papst Licensing GMBH & Co. KG<br>　　　　　Plaintiff,<br>v.<br><br>Ricoh Company, Ltd., and<br>Ricoh Americas Corporation<br><br>　　　　　Defendants. | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

## RICOH COMPANY, LTD. AND RICOH AMERICAS CORPORATION INVALIDITY CONTENTIONS

Pursuant to the agreed bilateral schedule between defendants Ricoh Company, Ltd. and Ricoh Americas Corporation (collectively, "Ricoh") and plaintiff Papst Licensing GmbH & Co. KG ("Papst"), Ricoh submits the following Invalidity Contentions in response to the Asserted Claims and Infringement Contentions submitted by Papst on May 28, 2008.[1]

Ricoh hereby incorporates by reference and joins Camera Manufacturers' Invalidity Contentions served on June 18, 2008 and reserves the right to incorporate by reference or join any subsequent updates, revisions, amendments, changes, additions, and/or modifications thereto.

---

[1] As clarified by the Court in its status conference on June 5, 2008, for purposes of this Multidistrict Litigation Papst shall be considered the plaintiff and Ricoh shall be considered the defendants.

Dated: July 9, 2008                    By: /s/ Paul Devinsky

                                              ***For the Ricoh Parties***:
                                              Paul Devinsky
                                              MCDERMOTT, WILL & EMERY
                                              600 13th Street, NW
                                              Washington, DC 20005-3096
                                              (202) 756-8369
                                              Fax: (202) 756-8087
                                              Email: pdevinsky@mwe.com

## CERTIFICATE OF SERVICE

I, Paul Devinsky, the undersigned, certify that on this 9th day of July, 2008, I served a true and correct copy of the foregoing document described as RICOH COMPANY, LTD. AND RICOH AMERICAS CORPORATION INVALIDITY CONTENTIONS on the following counsel of record by electronic mail in PDF format:

| | |
|---|---|
| Robert F. Muse<br>Stein, Mitchell & Mezines LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036-4195<br>E-Mail:    rmuse@steinmitchell.com | Attorney for Papst Licensing GmbH & Co. KG |
| James P. White<br>Joseph E. Cwik<br>Jerold B. Schnayer<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza<br>22nd Floor<br>Chicago, Illinois 60606<br>E-Mail:    jpwhite@welshkatz.com<br>              iecwik@welshkatz.com<br>              jbschnayer@welshkatz.com | Attorneys for Papst Licensing GmbH & Co. KG |
| Steven J. Routh<br>Sten Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC  20005<br>E-Mail:    sjensen@orrick.com<br>              srouth@orrick.com<br><br>Robert Wolinsky<br>John Inge<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>E-Mail:    rbwolinsky@hhlaw.com<br>              jringe@hhlaw.com | Attorneys for Fujifilm Corporation and Fujifilm U.S.A., Inc. |
| Richard de Bodo<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California<br>E-Mail:    rdebodo@hhlaw.com | Attorney for Olympus Corporation, and Olympus Imaging America, Inc. |

| | |
|---|---|
| J. Kevin Fee<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>E-Mail:    ikfee@morganlewis.com | Attorney for Casio America, Inc. and Casio Computer Co., Ltd. |
| Richard de Bodo (Ca. Bar No. 128199)<br>Rachel M. Capoccia (Ca. Bar No. 187160)<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>E-mail:    rdebodo@hhlaw.com<br>E-mail:    mcapoccia@hhlaw.com | Attorneys For Plaintiffs And Counterclaim Defendants Matsushita Electric Industrial Co., Ltd. And Panasonic Corporation Of North America |
| Patrick J. Kelleher<br>Drinker Biddle & Reath LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, Illinois 60606<br>E-mail:    Patrick.kelleher@dbr.com | Attorney for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics, America, Inc. |
| Charlene Morrow<br>Heather Mewes<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>E-mail:    cmorrow@fenwick.com<br>         hmewes@fenwick.com | Attorneys for Hewlett Packard Company |
| Marc S. Blackman<br>Jones Day<br>77 W. Wacker Drive<br>Chicago, Illinois 60601<br>Direct: 312-269-4369<br>Fax: 312-782-8585<br>E-mail:    msblackman@jonesday.com | Attorney for Nikon Corporation, Nikon Americas, Inc. and Nikon Inc. |

Dated: July 9, 2008                By: /s/ Paul Devinsky

WDC99 1581126-2.044029.0022

4