UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| **In re Papst Licensing GmbH & Co. KG Patent Litigation** | Misc. Action No. 07-493 (RMC) |
| | MDL Docket No. 1880 |
| **This Document Relates To:** FUJIFILM CORPORATION et al v. PAPST LICENSING GMBH & CO. KG Case No. 1:07-cv-01118-RMC | Hon. Rosemary M. Collyer |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Steven J. Routh, lead counsel to Fujifilm Corporation and Fujifilm U.S.A., Inc. in the above action, and Sten A. Jensen, counsel to Fujifilm Corporation and Fujifilm U.S.A., Inc. in the above action, formerly with the law firm of Hogan & Hartson, L.L.P., have changed law firms.  Their new firm name, addresses, telephone numbers, email addresses and facsimile numbers are as follows:

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:     202-339-8400
Facsimile:     202-339-8500
Email:  srouth@orrick.com
            sjensen@orrick.com

It is requested that the new contact information listed above be used for all purposes, effective immediately.

PLEASE ALSO TAKE NOTICE that Robert Wolinsky and John Inge of Hogan & Hartson shall remain as co-counsel for the Fujifilm entities in this matter.

        Respectfully submitted,

        *s/ Steven J. Routh*_____
        Steven J. Routh
        Orrick, Herrington & Sutcliffe LLP
        Columbia Center
        1152 15th Street, N.W.
        Washington, DC 20005-1706
        Telephone:    202-339-8400
        Facsimile:    202-339-8500
        Email: srouth@orrick.com

        Attorney of Record for FUJIFILM Corporation and FUJIFILM U.S.A., Inc.

Dated: July 23, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2008, I served a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM AFFILIATION on the following counsel of record by electronic mail in PDF format:

Robert F. Muse
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
rmuse@steinmitchell.com

James P. White
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
jpwhite@welshkatz.com
jecwik@welshkatz.com

Attorneys of Record for Papst Licensing GmbH & Co. KG

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. # 3700
Chicago, IL  60606
patrick.kelleher@dbr.com

Attorney of Record for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc.

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
rdebodo@hhlaw.com

Attorney of Record for Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Olympus Corp. and Olympus Imaging America, Inc.

Rachel M. Capoccia
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

rmcapoccia@hhlaw.com

Attorney of Record for Victor Company of Japan, Ltd. and JVC Company of America

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
jkfee@morganlewis.com

Attorney of Record for Casio, Inc. and Casio Computer Company, Ltd.

Paul Devinsky
MCDERMOTT, WILL & EMERY
600 13th Street, NW
Washington, DC 20005-3096
pdevinsky@mwe.com

Attorney of Record for Ricoh Company, Ltd., Ricoh Americas Corporation and Ricoh Corporation.

Heather N. Mewes
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
hmewes@fenwick.com

Attorney of Record for Hewlett-Packard Company

David L. Witcoff
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
dlwitcoff@jonesday.com

Attorney of Record for Nikon Corporation and Nikon Americas, Inc.

                                                      /s/ *Steven Routh*

                                                      Steven Routh