IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> **This Document Relates To:** <br> **ALL CASES** | Misc. Action No. 07-493 (RMC) <br> MDL Docket No. 1880 |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT, effective immediately, Welsh & Katz, Ltd., the outside law firm representing Papst Licensing GmbH & Co. KG ("Papst") in the above-referenced action, has changed its name to Husch Blackwell Sanders Welsh & Katz. The firm's and its attorneys' addresses, phone numbers, and fax numbers have not been affected by the change. Please take note, however, of the new e-mail addresses below.

      James P. White:  james.white@huschblackwell.com
      Jerold B. Schnayer:  jerold.schnayer@huschblackwell.com
      Walter J. Kawula, Jr.:  walter.kawula@huschblackwell.com
      Joseph E. Cwik:  joseph.cwik@huschblackwell.com

Dated: July 24, 2008        By:   /S/ Robert F. Muse_____
                                                 Robert F. Muse (Bar No. 166868)
                                                 STEIN, MITCHELL & MEZINES LLP
                                                 1100 Connecticut Avenue, N.W.
                                                 Suite 1100
                                                 Washington, DC 20036
                                                 (202) 737-7777 (Phone)
                                                 (202) 296-8312 (Fax)

                                                 James P. White
                                                 Jerold B. Schnayer
                                                 Walter J. Kawula, Jr.
                                                 Joseph E. Cwik
                                                 HUSCH BLACKWELL SANDERS
                                                    WELSH & KATZ
                                                 120 South Riverside Plaza, 22nd Floor
                                                 Chicago, IL 60606
                                                 (312) 655-1500
                                                 (312) 655-1501 (fax)
                                                 **Attorneys for Papst Licensing GmbH & Co. KG**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF CHANGE OF FIRM NAME was served on this the 24th day of July, 2008 upon the attorneys for the Camera Manufacturers through the United States District Court for the District of Columbia ECF System unless otherwise noted as follows:

*For The Casio Parties* (via e-mail)*:*
Laura Krawczyk
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone:  (212) 309-6000
Fax:  (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties* (via e-mail)*:*
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties* (via e-mail)*:*
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-5600
Fax:  (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-6465
Fax:  (202) 637-5910
sajensen@hhlaw.com

*For the Olympus Parties* (via e-mail)*:*
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

*For The Matsushita and Victory Company of Japan Parties* (via e-mail):
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

***For the Ricoh Parties*** (via e-mail):
Michael Switzer
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone: (312) 984-3666
Fax: (312) 984-7700
mswitzer@mwe.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com

***For Hewlett-Packard Company*** (via email):
Charlene M. Morrow
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone: (415) 875-2300
Fax: (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

***For the Nikon Parties*** (via e-mail):
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 782-3939
Fax: (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com

/s/ Robert F. Muse_____
Attorney for Papst Licensing GmbH & Co. KG