IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>N.D. Ill. No.08-1218<br><br>Papst Licensing GMBH & Co. KG<br>　　　　　　　Plaintiff,<br>v.<br><br>Ricoh Company, Ltd., and<br>Ricoh Americas Corporation<br>　　　　　　　Defendants. | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

**RICOH DEFENDANTS' UNOPPOSED MOTION TO REDACT ADDITIONAL
INFORMATION FROM JUNE 30, 2007 TELECONFERENCE TRANSCRIPT**

Pursuant to the United States District Court for the District of Columbia's Policy with Regard to Electronic Transcripts of Court Proceedings, Ricoh Company, Ltd. and Ricoh Americas Corporation ("Ricoh"), through counsel, respectfully move this Court for permission to redact confidential business information from the June 30, 2007 teleconference transcript.

The information Ricoh seeks to redact, at pages 4 and 8 of the transcript, contains confidential business sales figures. A copy of those pages, with the proposed redactions is attached hereto as Exhibit A.

Ricoh respectfully requests the Court to issue an order, in the form attached as Exhibit B, ordering redaction of the requested information from publicly available copies of the transcript. Undersigned counsel has consulted with Mr. Cwik, counsel for Plaintiff Papst Licensing GMBH and Co. KG with regard to this motion, and is authorized to advise the Court the motion is unopposed.

| Dated July 25, 2008 | McDermott Will & Emery LLP |
| --- | --- |
| | /s/ Paul Devinsky |
| | Paul Devinsky, Esquire<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>Email: pdevinsky@mwe.com<br>Attorney for Ricoh Company, Ltd., Ricoh Americas Corporation and Ricoh Corporation |

# EXHIBIT A

                                                                    4

1             THE COURT:  Yes, I recognize the terminology.
2             MR. DEVINSKY:  And I expected that the next day,
3    we were going to have a list, but instead, we started a
4    chain of e-mail correspondence the following Monday.  A
5    list was finally produced that was some 38 or 39 models
6    long.  More than half of them, about two-thirds of them
7    have never been in the U.S.
8             I asked Mr. Schnayer for a real list, one that
9    showed that they had actually done some investigation to
10   figure out what was going to be accused in this case.  And
11   so far, Your Honor, all I have is that we're supposed to
12   tell them what products should be accused in this case.
13            And until we have a list, Your Honor, it's very
14   difficult for us to either do appropriate discovery or to
15   really engage on what is rational for a bilateral
16   discovery agreement between Papst and Ricoh,
17   understanding, Your Honor, that because of the very small
18   U.S. presence for Ricoh in the digital camera world, we
19   have only U.S. sales of a little over [REDACTED] in the
20   time frame of interest.
21            So even if damages were in the range of one or
22   two percent were Papst to prevail, we have exposure here
23   of, you know, on the low side, say [REDACTED] on the up side,
24   [REDACTED] And you know, it's not our intent to start
25   combing the world for every piece or scrap of paper

8

1 all.
2 THE COURT: Well, that's good new for Papst,
3 anyway. The problem, Mr. Cwik, is that you said "them,"
4 right?
5 MR. CWIK: That's correct in this case, Your
6 Honor.
7 THE COURT: And so do you contend that all of --
8 I mean it's agreed that products that are not sold or
9 transported in the U.S. are not subject to U.S. patent
10 law, right?
11 MR. CWIK: That's my understanding, Your Honor.
12 THE COURT: Okay, you and I are working together
13 on this. Therefore, it's up to Papst to identify which
14 ones are. And I hear Ricoh's statement that their sales
15 are just over REDACTED so therefore, it must be a fairly
16 small number. If you can't figure out which ones for
17 certain, then you need to identify which ones you know for
18 sure and maybe let the others go.
19 MR. CWIK: Well, Your Honor, we've been in this
20 position many times before and, you know, we faced this
21 issue. And there is a lot of case law out there that
22 says, you know, we are entitled to discovery on products
23 which may infringe.
24 And we cited to Mr. Devinsky a couple of cases on
25 that, *IT Innovation*, 219 FRD 427, and it says, quote, "The

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION <br><br> This Document Relates To: <br><br> N.D. Ill. No.08-1218 <br><br> Papst Licensing GMBH & Co. KG <br>                              Plaintiff, <br> v. <br><br> Ricoh Company, Ltd., and <br> Ricoh Americas Corporation <br>                              Defendants. | Misc. Action No. 07-493 (RMC) <br><br> MDL Docket No. 1880 |

**[PROPOSED] ORDER**

Upon consideration of the motion of Ricoh Americas Corporation and Ricoh Company, Ltd. ("Ricoh") for redaction of confidential business information, it is hereby **ORDERED,** that:

Ricoh's motion for redaction of confidential business information is **GRANTED,** and

the redactions identified in Exhibit A of Ricoh's Motion containing confidential business information shall be redacted from publicly available copies of the transcript of June 30, 2008 Hearing.


DATED:_____         _____
                                              Rosemary M. Collyer
                                              United States District Judge

**CERTIFICATE OF SERVICE**

I, Paul Devinsky, the undersigned, certify that on this 25th day of July 2008, I served a true and correct copy of the foregoing document described as <u>RICOH DEFENDANTS' UNOPPOSED MOTION TO REDACT ADDITIONAL INFORMATION FROM JUNE 30, 2008 TELECONFERENCE TRANSCRIPT</u> on the following counsel of record by electronic mail in PDF format:

| | |
|---|---|
| Robert F. Muse<br>Stein, Mitchell & Mezines LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036-4195<br>E-Mail:     rmuse@steinmitchell.com | Attorney for Papst Licensing GmbH & Co. KG |
| James P. White<br>Joseph E. Cwik<br>Jerold B. Schnayer<br>Husch Blackwell Sanders<br>Welsh & Katz<br>120 South Riverside Plaza<br>22nd Floor<br>Chicago, Illinois 60606<br>E-Mail:     James.White@huschblackwell.com<br>            Jerome.Schnayer@huschblackwell.com<br>            Joseph.Cwik@huschblackwell.com | Attorneys for Papst Licensing GmbH & Co. KG |
| Steven J. Routh<br>Sten Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC  20005<br>E-Mail:     sjensen@orrick.com<br>            srouth@orrick.com<br><br>Robert Wolinsky<br>John Inge<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>E-Mail:     rbwolinsky@hhlaw.com<br>            jringe@hhlaw.com | Attorneys for Fujifilm Corporation and Fujifilm U.S.A., Inc. |
| Richard de Bodo<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars | Attorney for Olympus Corporation, and Olympus Imaging America, Inc. |

| | |
|---|---|
| Suite 1400<br>Los Angeles, California<br>E-Mail:    rdebodo@hhlaw.com | |
| J. Kevin Fee<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>E-Mail:    ikfee@morganlewis.com | Attorney for Casio America, Inc. and Casio Computer Co., Ltd. |
| Richard de Bodo (Ca. Bar No. 128199)<br>Rachel M. Capoccia (Ca. Bar No. 187160)<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA  90067<br>E-mail:    rdebodo@hhlaw.com<br>E-mail:    mcapoccia@hhlaw.com | Attorneys For Plaintiffs And Counterclaim Defendants Matsushita Electric Industrial Co., Ltd. And Panasonic Corporation Of North America |
| Patrick J. Kelleher<br>Drinker Biddle & Reath LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, Illinois 60606<br>E-mail:    Patrick.kelleher@dbr.com | Attorney for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics, America, Inc. |
| Charlene Morrow<br>Heather Mewes<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>E-mail:    cmorrow@fenwick.com<br>            hmewes@fenwick.com | Attorneys for Hewlett Packard Company |
| Marc S. Blackman<br>Jones Day<br>77 W. Wacker Drive<br>Chicago, Illinois 60601<br>Direct: 312-269-4369<br>Fax: 312-782-8585<br>E-mail:msblackman@jonesday.com | Attorney for Nikon Corporation, Nikon Americas, Inc. and Nikon Inc. |

Dated: July 25,  2008                              By: /s/ Paul Devinsky