IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |
| This Document Relates To:<br>ALL CASES | |

## NOTICE OF CONDITIONAL TRANSFER ORDER

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst"), hereby notifies this Court that on July 22, 2008, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a *conditional* transfer order (copy attached hereto as Exhibit A) to the parties named in Papst Licensing GmbH & Co. KG Papst Licensing GmbH & Co. KG v. Sanyo Electric Col, Ltd., et al. ("Sanyo"); Civil Action No. 1:08 3608; Papst Licensing GmbH & Co. KG v. Canon, Inc., et al., ("Canon"), Civil Action No. 1:08-3609; and Papst Licensing GmbH & Co. KG v. Eastman Kodak Co., ("Kodak"), Civil Action No. 1:08-3627 pending in the U.S. District Court for the Northern District of Illinois, as a result of a Notice of Potential Tag-Along Action, which was filed on June 30, 2008 by Papst.

In connection with the July 22, 2008 conditional transfer order, the MDL Panel set August 6, 2008 as the deadline for the filing of any opposition to the transfer of this action to the consolidated MDL action. If no opposition is filed pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, then this action will be transferred under 28 U.S.C. § 1407 to the District of Columbia for consolidation with the pending MDL proceedings before this Court.

Dated: July 28, 2008

/s/ Robert F. Muse
Robert F. Muse (Bar No. 166868)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100

Washington, DC 20036
(202) 737-7777 (Phone)
(202) 296-8312 (Fax)

James P. White
Jerold B. Schnayer
John L. Ambrogi
HUSCH BLACKWELL SANDERS
   WELSH & KATZ
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone:  (312) 655-1500
*Attorneys for Papst Licensing GmbH*
  *& Co. KG*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing NOTICE OF CONDITIONAL TRANSFER ORDER was served on this the 28th day of July, 2008 upon the attorneys for the Camera Manufacturers through the United States District Court for the District of Columbia ECF System unless otherwise noted as follows:

*For The Casio Parties* (via e-mail)*:*
Laura Krawczyk
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone:  (212) 309-6000
Fax:  (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties* (via e-mail)*:*
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties* (via e-mail)*:*
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-5600
Fax:  (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-6465
Fax:  (202) 637-5910
sajensen@hhlaw.com

*For the Olympus Parties* (via e-mail)*:*
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

*For The Matsushita and Victory Company of Japan Parties* (via e-mail):
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

*For the Ricoh Parties* (via e-mail):
Michael Switzer
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com

*For Hewlett-Packard Company* (via email):
Charlene M. Morrow
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

*For the Nikon Parties* (via e-mail):
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 782-3939
Fax:  (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com


/s/ Robert F. Muse_____
Attorney for Papst Licensing GmbH & Co. KG