IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE PAPST LICENSING GMBH & CO. KG LITIGATION

This Document Relates To:

N.D. Ill. No.08-1218

Papst Licensing GMBH & Co. KG
      Plaintiff,
v.

Ricoh Company, Ltd., and
Ricoh Americas Corporation
      Defendants.

Misc. Action No. 07-493 (RMC)

MDL Docket No. 1880

## [PROPOSED] ORDER

Upon consideration of the motion of Ricoh Americas Corporation and Ricoh Company, Ltd. ("Ricoh") for redaction of confidential business information, it is hereby **ORDERED**, that:

Ricoh's motion for redaction of confidential business information is **GRANTED,** and

the redactions identified in Exhibit A of Ricoh's Motion containing confidential business information shall be redacted from publicly available copies of the transcript of June 30, 2008 Hearing.

DATED: 27 July 2008

_____
Rosemary M. Collyer
United States District Judge