UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br>Casio v. Papst, No. 06-cv-1751 | Misc. Action No. 07-493 (RMC);<br>MDL Docket No. 1880 |

**SEVENTH ORDER REGARDING CASIO/PAPST DISCOVERY – CASIO'S MOTION TO DISMISS**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Casio's motion to dismiss or for default [Dkt. ## 111 & 113] is **DENIED**; and it is

**FURTHER ORDERED** that no later than September 8, 2008, Casio shall file an affidavit detailing its costs in bringing this motion, including reasonable attorney fees; and it is

**FURTHER ORDERED** that Welsh & Katz Ltd. shall pay such costs, including attorney fees, to Casio no later than September 29, 2008; and it is

**FURTHER ORDERED** that the conception date for the Patents-In-Suit is deemed to be no earlier than October 1, 1996.

**SO ORDERED.**

Date: August 8 , 2008

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge