# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GmbH & CO. KG LITIGATION** _____ **This Document Relates to:** Papst v. Eastman Kodak Co. (Case No. 1:08cv1407) | Misc. Action No. 07-493 (RMC) MDL Docket No. 1880 |

### Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for Defendant Eastman Kodak Company ("Kodak"), certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Kodak which have any outstanding securities in the hands of the public.

Legg Mason, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 18, 2008

Respectfully submitted,

Eric S. Namrow
DC Bar No. 467235
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700
esnamrow@jonesday.com

**Of Counsel:**
James L. Wamsley, III
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: 216-586-3939
Fax: 216-579-0212
jlwamsleyiii@jonesday.com

Mark Campagna
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-581-3939
Fax: 404-581-8330
mcampagna@jonesday.com

**ATTORNEYS FOR DEFENDANT
EASTMAN KODAK COMPANY**

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 18, 2008, I served by electronic filing a copy of Kodak's Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia on the following counsel:

***For Papst Licensing GmbH & Co. KG*** (via e-mail):
Robert F. Muse
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036-4195
Phone:  (202) 737-7777
Fax:  (202) 296-8312
E-mail:  rmuse@steinmitchell.com

Jerold B. Schnayer
HUSCH BLACKWELL SANDERS LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL  60606
Phone:  (312) 655-1500
Fax:  (312) 655-1501
Email:  jbschnayer@huschblackwell.com

***For The Victor Company of Japan Parties*** (via e-mail):
Rachel M. Capoccia
HOGAN & HARTSON LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Phone:  (310) 785-4744
Fax:  (310) 785-4601
E-mail:  rmcapoccia@hhlaw.com

***For The Matsushita Electric Industrial Co., Ltd. Parties*** (via e-mail):
Richard de Bodo
HOGAN & HARTSON LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
E-mail:  rdebodo@hhlaw.com

*For The Casio Parties* (via e-mail):
J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
E-mail:  jkfee@morganlewis.com

*For The Samsung Parties* (via e-mail):
Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
E-mail:  patrick.kelleher@dbr.com

*For the Fujifilm Parties* (via e-mail):
Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005
Phone:  (202) 339-8400
Fax:  (202) 339-8500
E-mail:  srouth@orrick.com

*For the Olympus Parties* (via e-mail):
Richard de Bodo
HOGAN & HARTSON, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
E-mail:  rdebodo@hhlaw.com

*For Ricoh Americas Corp.* (via e-mail):
Paul Devinsky
McDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, DC  20005-3096
Phone:  (202) 756-8000 (Main)
Fax:  (202) 756-8087
Mobile:  (301) 512-0060
E-mail:  pdevinsky@mwe.com

*For the Nikon Parties* (via e-mail):
Marc S. Blackman
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Direct: (312) 269-4369
Fax: (312)782-8585
E-mail: msblackman@jonesday.com

*For Hewlett-Packard Company* (via e-mail):
Heather N. Mewes
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone: (415) 875-2300
Fax: (415) 281-1350
E-mail: hmewes@fenwick.com

*For the Canon Parties* (via e-mail):
Calvin P. Griffith
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Direct: (216) 586-7050
Fax: (216) 579-0212
E-mail: cpgriffith@jonesday.com

*For the Sanyo Parties* (via e-mail):
Mark Ungerman
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-3693
Direct: (202) 887-1535
Fax: (202) 785-7597
E-mail: MUngerman@mofo.com

_____
Eric S. Namrow
DC Bar No. 467235

WAI-8229983v1