IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: PAPST LICENSING GmbH Patent Litigation<br><br>THIS DOCUMENT RELATES TO:<br>Casio v. Papst, 06-1751 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

## PAPST'S AGREED MOTION FOR EXTENSION OF TIME TO PRODUCE PRIVILEGED DOCUMENTS

On August 8, 2008, this Court issued a Minute Order stating that "No later than August 22, 2008, Papst shall produce to Casio those [privileged] documents that were the subject of its petition for writ of mandamus in the Federal Circuit." On August 19, 2008, Counsel for Papst requested, and Casio's counsel agreed to, a one week extension of time to comply with this Court Order. Accordingly, Papst respectfully requests that this Court issue an order approving the parties agreement for a one week extension of time, up until August 29, 2008, to comply with this Court's August 8, 2008 Minute Order regarding privileged documents. A proposed Order is attached hereto as Exhibit A.

Date: August 21, 2008

                <u>/s/ Joseph E. Cwik</u>
James P. White
Jerold B. Schnayer
Walter J. Kawula, Jr.
Joseph E. Cwik
HUSCH BLACKWELL SANDERS
WELSH & KATZ
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)

*Attorneys for Papst Licensing GmbH & Co. KG*

2

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: PAPST LICENSING GmbH Patent Litigation<br><br>THIS DOCUMENT RELATES TO:<br>Casio v. Papst, 06-1751 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

### [PROPOSED] ORDER

Upon consideration of Papst's Agreed Motion for Extension of Time To Produce Privileged Documents, IT IS HEREBY ORDERD THAT: No later than August 29, 2008, Papst shall produce to Casio those documents that were the subject of its petition for writ of mandamus in the Federal Circuit.

Dated: _____

_____
Hon. Rosemary M. Collyer

3