IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: PAPST LICENSING GmbH Patent Litigation<br><br>THIS DOCUMENT RELATES TO:<br>Casio v. Papst, 06-1751 | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

**PAPST'S SECOND AGREED MOTION FOR EXTENSION OF TIME TO PRODUCE PRIVILEGED DOCUMENTS**

On August 8, 2008, this Court issued a Minute Order stating that "No later than August 22, 2008, Papst shall produce to Casio those [privileged] documents that were the subject of its petition for writ of mandamus in the Federal Circuit." On August 21, 2008, Papst filed an agreed motion to extend that deadline by one week which was granted by this Court. On August 28, 2008, Counsel for Papst requested, and Casio's counsel agreed to, a second one week extension of time to comply with this Court Order. Accordingly, Papst respectfully requests that this Court issue an order approving the parties agreement for a second one week extension of time, up until September 5, 2008, to comply with this Court's August 8, 2008 Minute Order regarding privileged documents. A proposed Order is attached hereto as Exhibit A.

Date: August 28, 2008

/s/ Joseph E. Cwik
James P. White
Jerold B. Schnayer
Walter J. Kawula, Jr.
Joseph E. Cwik
HUSCH BLACKWELL SANDERS
WELSH & KATZ
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)

*Attorneys for Papst Licensing GmbH & Co. KG*

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: PAPST LICENSING GmbH Patent Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

## [PROPOSED] ORDER

Upon consideration of Papst's Agreed Motion for Extension of Time To Produce Privileged Documents, IT IS HEREBY ORDERD THAT: No later than September 5, 2008, Papst shall produce to Casio those documents that were the subject of its petition for writ of mandamus in the Federal Circuit.


Dated: _____                              _____
                                                              Hon. Rosemary M. Collyer