IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE PAPST LICENSING GMBH & CO. KG LITIGATION

This Document Relates To:

Papst Licensing GmbH & Co. KG v. Sanyo Electric Co., Ltd. et al. (N.D. Ill. Case No. 1:08-cv-3608)

Misc. Action No. 07-493 (RMC)
MDL Docket No. 1880

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Mark E. Ungerman</u> as counsel in this case for: Sanyo North America Corporation.

29 August 2008
Date

Signature

<u>DC Bar No. 422830</u>
BAR IDENTIFICATION

<u>Mark E. Ungerman</u>
Print Name

<u>Morrison & Foerster LLP</u>
Firm Name

<u>2000 Pennsylvania Avenue, N.W., Ste. 5500</u>
Address

<u>Washington, DC  20006</u>
City    State    Zip Code

<u>(202) 887-1535</u>
Phone Number

<u>mungerman@mofo.com</u>
E-Mail Address

dc-534544

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2008, I served a true and correct copy of the foregoing **Notice of Appearance of Mark E. Ungerman** on all counsel of record by filing it through the United States District Court for the District of Columbia Electronic Case Filing System.

/s/ Mark E. Ungerman