IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>Papst Licensing GmbH & Co. KG v. Sanyo Electric Co., Ltd. et al. (N.D. Ill. Case No. 1:08-cv-3608) | Misc. Action No. 07-493 (RMC)<br>MDL Docket No. 1880 |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Barry E. Bretschneider</u> as counsel in this case for: Sanyo North America Corporation.

<u>8/29/08</u>
Date

*/s/ Barry E. Bretschneider*
Signature

<u>DC Bar No. 208587</u>
BAR IDENTIFICATION

<u>Barry E. Bretschneider</u>
Print Name

<u>Morrison & Foerster LLP</u>
Firm Name

<u>2000 Pennsylvania Avenue, N.W., Ste. 5500</u>
Address

<u>Washington, DC  20006</u>
City   State   Zip Code

<u>(703) 760-7743</u>
Phone Number

<u>bbretschneider@mofo.com</u>
E-Mail Address

dc-534553