UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC) |
| This Document Relates To: | MDL Docket No. 1880 |
| *Konica Minolta Photo Imaging v. Papst,* 08-cv-01433 | |
| *Papst v. Eastman Kodak Co.*, 08-cv-01407 | |
| *Papst v. Canon*, 08-cv-01406 | |
| *Papst v. Sanyo Electric Co.*, 08-cv-01405 | |
| *Papst v. Konica Minolta Holdings Inc.*, 08-cv-01406 | |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER FOR NEWLY ADDED PARTIES AND STATEMENT OF POINTS AND AUTHORITIES**

Papst Licensing GmbH & Co. KG ("Papst") respectfully requests that this Court modify the Court's current scheduling order so that the newly added parties can be efficiently included in this Court's MDL action. Recently, the following new tag-along actions were either transferred to or filed in this Court:

*Konica Minolta Photo Imaging v. Papst,* 08-cv-01433

*Papst v. Eastman Kodak Co.*, 08-cv-01407

*Papst v. Canon*, 08-cv-01406

*Papst v. Sanyo Electric Co.*, 08-cv-01405

*Papst v. Konica Minolta Holdings Inc.*, 08-cv-01406

In the Second Practice & Procedure Order, dated April 8, 2008, this Court set a series of pretrial deadlines applicable to the parties included in the MDL at that time. (Dkt. #36.) The Order contemplated a modification of those pretrial deadlines to address newly added parties by providing that, "To the extent that a party in a related or tag-along action seeks modification of this Order, the party shall file a motion no later than twenty days after the related or tag-along action is filed, transferred, or removed to the Master Docket. (Second Practice and Procedure Order, p. 1)(Dkt. #36.)

Because more than 4 ½ months have elapsed since the Second Practice and Procedure Order, it is no longer practical for the various pretrial deadlines be complied with respect to the new actions. For example, the deadlines to provide infringement contentions and invalidity contentions for the newly added parties have since passed. Accordingly, Papst respectfully requests that this Court extend all relevant deadlines for these new actions by a period of approximately 4 ½ months.

In their meet and confer, counsel for the newly added parties indicated that all discovery should be stayed with respect to the new parties until this Court issues its *Markman* hearing. Papst contends that this proposal is inefficient because it will cause the parties to lose valuable time when the parties could otherwise be pursuing meaningful liability discovery. It is unlikely that any *Markman* ruling will change the scope of liability discovery, and the new parties have not yet explained how any specific *Markman* ruling could change the scope discovery. Accordingly, Papst respectfully requests that this Court modify the current scheduling deadlines for the newly added parties in accordance with the chart below:

| Event | Previous Date | Modified Date for New Actions |
|---|---|---|
| Rule 26(f) conference for new parties | N/A | September 12, 2008 |
| *Markman* brief for new parties on new interpretations | N/A | September 12, 2008 |
| Papst *Markman* response brief on new interpretations | N/A | September 19, 2008 |
| Notice of Document Depository; Initial Disclosures | April 21, 2008 | September 19, 2008 |
| Claims and Infringement Contentions | May 28, 2008 | October 1, 2008 |
| Invalidity Contentions | June 18, 2008 | October 22, 2008 |
| Initial Privilege Logs; Motions to join 3d parties or to amend | June 25, 2008 | October 29, 2008 |
| *Markman* hearing | September 22-24, 2008 | Same |
| Fact Discovery Re Liability Completed | December 19, 2008 | April 20, 2009 |
| Principal Experts | January 30, 2008 | May 20, 2009 |
| Rebuttal Experts | February 27, 2009 | February 27, 2009 |

Counsel for the newly added Camera Manufacturers have also indicated that they were not willing to participate or be bound the Court's current *Markman* process. Instead, the Camera Manufacturers appear to be reserving their right to challenge the Court's *Markman* opinions at a later date if they do not receive the *Markman* results they are looking for. Because the newly added parties will have sufficient time to prepare for and will be free to participate at the *Markman* hearing on Sept. 22-24, 2008, Papst respectfully requests that the newly added parties be deemed bound to this Court's *Markman* opinion. Should the newly added parties wish to assert new claim interpretations that are different from the interpretations previously submitted by the Camera Manufacturers, Papst suggests that they be allowed to file a brief on those different interpretations on September 12, 2008, and that Papst be allowed to file a responsive brief on September 19, 2008, as provided in the schedule above.

WHEREFORE, Papst respectfully requests that this Court enter the Order attached hereto as Exhibit A.

Dated:  September 2, 2008

/s/ Joseph E. Cwik
James P. White
Jerold B. Schnayer
Walter J. Kawula, Jr.
Joseph E. Cwik
HUSCH BLACKWELL SANDERS
WELSH & KATZ
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606
(312) 655-1500
*Attorneys for Papst Licensing GmbH & Co. KG*

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | Misc. Action No. 07-493 (RMC) |
| This Document Relates To: ALL CASES | MDL Docket No. 1880 |

**[PROPOSED] ORDER ON MOTION FOR MODIFICATION OF SCHEDULING ORDER FOR NEWLY ADDED PARTIES**

This Order shall, unless superseded by subsequent orders, govern discovery between the Camera Manufacturers and Papst Licensing GmbH & Co. KG. in the following actions:

*Konica Minolta Photo Imaging v. Papst,* 08-cv-01433

*Papst v. Eastman Kodak Co.*, 08-cv-01407

*Papst v. Canon*, 08-cv-01406

*Papst v. Sanyo Electric Co.*, 08-cv-01405

*Papst v. Konica Minolta Holdings Inc.*, 08-cv-01406

5

As a modification to the Court Second Practice and Procedure Order, the Court hereby **ORDERS** that that following modified deadlines apply to the parties involved in the new actions identified above:

| Event | Previous Date | Modified Date for New Parties |
| --- | --- | --- |
| Rule 26(f) Conference for new parties | N/A | September 12, 2008 |
| *Markman* brief for new parties on new interpretations | N/A | September 12, 2008 |
| Papst *Markman* response brief on new interpretations | N/A | September 19, 2008 |
| Notice of Document Depository; Initial Disclosures | April 21, 2008 | September 19, 2008 |
| Claims and Infringement Contentions | May 28, 2008 | October 1, 2008 |
| Invalidity Contentions | June 18, 2008 | October 22, 2008 |
| Initial Privilege Logs; Motions to join 3d parties or to amend | June 25, 2008 | October 29, 2008 |
| *Markman* hearing | September 22-24, 2008 | Same |
| Fact Discovery Re Liability Completed | December 19, 2008 | April 20, 2009 |
| Principal Experts | January 30, 2008 | May 20, 2009 |
| Rebuttal Experts | February 27, 2009 | February 27, 2009 |

                                                                                 _____
                                                                                   ROSEMARY M. COLLYER
                                                                        United States District Court Judge