IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>N.D. Ill. No.08-1218<br><br>Papst Licensing GMBH & Co. KG<br>　　　　　Plaintiff,<br>v.<br><br>Ricoh Company, Ltd., and<br>Ricoh Americas Corporation<br>　　　　　Defendants. | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

### RICOH'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES

Ricoh Company, Ltd. and Ricoh Americas Corporation ("Ricoh") submit this Unopposed Motion for Extension of Time for Ricoh to comply with the Court's Eighth Order Regarding Discovery. Ricoh hereby moves the Court, *unopposed by Papst*, for an extension of time up to and including (i) September 19, 2008 for Ricoh to serve supplemental answers to Interrogatory No. 1 (See Eighth Order, Paragraph 5); and (ii) September 22, 2008 for those third parties that do not grant permission for the release of documents by Ricoh to file an objection with this Court (See Eighth Order, Paragraph 8).

Ricoh respectfully requests that this Motion be granted.

WDC99 1611794-1.044029.0022

- 2 -

| Dated September 3, 2008 | McDermott Will & Emery LLP |
| --- | --- |
| | _____/s/ Paul Devinsky_____ |
| | Paul Devinsky, Esquire<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>Email: pdevinsky@mwe.com<br>Attorney for Ricoh Company, Ltd., Ricoh Americas Corporation and Ricoh Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This Document Relates To:<br><br>N.D. Ill. No.08-1218<br><br>Papst Licensing GMBH & Co. KG<br>　　　　　　Plaintiff,<br>v.<br><br>Ricoh Company, Ltd., and<br>Ricoh Americas Corporation<br>　　　　　　Defendants. | Misc. Action No. 07-493 (RMC)<br><br>MDL Docket No. 1880 |

### [PROPOSED] ORDER GRANTING RICOH'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES

Having considered Ricoh's (Ricoh Company, Ltd. and Ricoh Americas Corporation) Unopposed Motion for Extension of Time for Ricoh to comply with the Court's Eighth Order Regarding Discovery, the Court hereby grants said Motion.

It is therefore ORDERED that Ricoh is granted an extension of time up to and including (i) September 19, 2008 for Ricoh to serve supplemental answers to Interrogatory No. 1 (See Eighth Order, Paragraph 5); and (ii) September 22, 2008 for those third parties that do not grant permission for the release of documents by Ricoh to file an objection with this Court (See Eighth Order, Paragraph 8).

**SO ORDERED.**

Dated: _____

_____
ROSEMARY M. COLLYER
United States District Judge

WDC99 1611822-1.044029.0022

## CERTIFICATE OF SERVICE

I, Paul Devinsky, the undersigned, certify that on this 3rd day of September 2008, I served a true and correct copy of the foregoing document described as **RICOH'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES** on the following counsel of record by electronic mail in PDF format:

| | |
|---|---|
| Robert F. Muse<br>Stein, Mitchell & Mezines LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036-4195<br>E-Mail:     rmuse@steinmitchell.com | Attorney for Papst Licensing GmbH & Co. KG |
| James P. White<br>Joseph E. Cwik<br>Jerold B. Schnayer<br>Husch Blackwell Sanders<br>Welsh & Katz<br>120 South Riverside Plaza<br>22nd Floor<br>Chicago, Illinois 60606<br>E-Mail:     James.White@huschblackwell.com<br>          Jerome.Schnayer@huschblackwell.com<br>          Joseph.Cwik@huschblackwell.com | Attorneys for Papst Licensing GmbH & Co. KG |
| Steven J. Routh<br>Sten Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC  20005<br>E-Mail:     sjensen@orrick.com<br>          srouth@orrick.com<br><br>Robert Wolinsky<br>John Inge<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>E-Mail:     rbwolinsky@hhlaw.com<br>          jringe@hhlaw.com | Attorneys for Fujifilm Corporation and Fujifilm U.S.A., Inc. |
| Richard de Bodo<br>Hogan & Hartson LLP | Attorney for Olympus Corporation, and Olympus Imaging America, Inc. |

- 3 -

| | |
|---|---|
| 1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California<br>E-Mail:     rdebodo@hhlaw.com | |
| J. Kevin Fee<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>E-Mail:     jkfee@morganlewis.com | Attorney for Casio America, Inc. and Casio Computer Co., Ltd. |
| Richard de Bodo (Ca. Bar No. 128199)<br>Rachel M. Capoccia (Ca. Bar No. 187160)<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>E-mail:     rdebodo@hhlaw.com<br>E-mail:     mcapoccia@hhlaw.com | Attorneys For Plaintiffs And Counterclaim Defendants Matsushita Electric Industrial Co., Ltd. And Panasonic Corporation Of North America |
| Patrick J. Kelleher<br>Drinker Biddle & Reath LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, Illinois 60606<br>E-mail:     Patrick.kelleher@dbr.com | Attorney for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics, America, Inc. |
| Charlene Morrow<br>Heather Mewes<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>E-mail:     cmorrow@fenwick.com<br>            hmewes@fenwick.com | Attorneys for Hewlett Packard Company |
| Marc S. Blackman<br>Jones Day<br>77 W. Wacker Drive<br>Chicago, Illinois 60601<br>Direct: 312-269-4369<br>Fax: 312-782-8585<br>E-mail: msblackman@jonesday.com | Attorney for Nikon Corporation, Nikon Americas, Inc. and Nikon Inc. |

Dated: September 3, 2008        By: /s/ Paul Devinsky

- 4 -