UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION<br><br>This document relates to<br><br>ALL CASES | )<br>)<br>)<br>)<br>)   Misc. Action No. 07-493 (RMC)<br>)<br>)   MDL No. 1880<br>)<br>)<br>)<br>) |

### ORDER

For the reasons set forth in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that the Camera Manufacturers' motion for summary judgment of noninfringement regarding the "customary in a host device" claim limitation [Dkt. 449] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that summary judgment of noninfringement of Patent Number 6,470,399 is **GRANTED** in favor of the Camera Manufacturers with respect to the PTP Accused Devices because they do not meet the "customary in a host device" claim limitation; and it is

**FURTHER ORDERED** that summary judgment of noninfringement is **DENIED** with respect to the MSC Accused Devices; and it is

1

**FURTHER ORDERED** that Papst's motion for leave to file a surreply [Dkt. 514] is **DENIED**; and it is

**FURTHER ORDERED** that Papst's motion for Rule 56(d) discovery [Dkt. 479] is **DENIED** as moot with regard to that portion of the motion dealing with the "customary in a host device" claim limitation.

Date: July 1, 2013

/s/
ROSEMARY M. COLLYER
United States District Judge