# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| In re Papst Licensing Digital Camera Patent Litig, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:07-mc-00493 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Papst Licensing GmbH & Co. KG.

Date: 05/27/2015

/s/ John M. Desmarais
*Attorney's signature*

John M. Desmarais (DC Bar No. 422603)
*Printed name and bar number*

DESMARAIS LLP
230 Park Avenue
New York, NY 10169
*Address*

jdesmarais@desmaraisllp.com
*E-mail address*

(212) 351-3400
*Telephone number*

(212) 351-3401
*FAX number*

**CERTIFICATE OF SERVICE**

  I certify that on May 27, 2015, I filed the foregoing with the Court using its CM/ECF System.

Dated:  May 27, 2015          Respectfully submitted,

                 */s/ John M. Desmarais*
                 John M. Desmarais (DC Bar No. 422603)
                 DESMARAIS LLP
                 230 Park Avenue
                 New York, NY  10169
                 Tel:   (212) 351-3400
                 Fax:   (212) 351-3401
                 Email: jdesmarais@desmaraisllp.com

                 *Counsel for Papst Licensing GmbH & Co. KG*