# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG PATENT LITIGATION** | Misc. Action No. 07-493 (RMC) |
| | MDL No. 1880 |
| **The Document Relates To:**<br><br>    ALL CASES | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that, pursuant to Local Civil Rule 83.6(b), Alan M. Fisch hereby withdraws his appearance as counsel for Papst Licensing GmbH & Co. KG in the above-captioned matter.

Dated: May 28, 2015         Respectfully submitted,

/s/ *Alan M. Fisch*
Alan M. Fisch (DC-453068)
*alan.fisch@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC  20015
Telephone: (202) 362-3500
Facsimile: (202) 362-3501

*Attorney for Papst Licensing GmbH & Co. KG.*

/s/ *Daniel Papst*
Daniel Papst
On behalf of Papst Licensing GmbH & Co. KG

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court for the District of Columbia and served on all counsel of record via the CM/ECF system on May 28, 2015.

/s/ Alan M. Fisch