### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG PATENT LITIGATION <br><br> The Document Relates To: <br><br> ALL CASES | Misc. Action No. 07-493 (RDM) <br> MDL No. 1880 |

### STATUS REPORT PURSUANT TO THE COURT'S
### MARCH 1, 2021 MINUTE ORDER

Plaintiff Papst Licensing GmbH & Co. KG files this Status Report in response to the Court's March 1, 2021 Minute Order. There are no longer any claims or parties remaining in this case. Therefore, the case should be terminated subject to the Court's reservation of jurisdiction for purposes of the enforcement of the various settlement agreements.

Date:  March 5, 2021	Respectfully submitted,

/s/ *Jonas R. McDavit*
Jonas R. McDavit
jmcdavit@desmaraisllp.com
Bar ID # NY0209
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorney for Papst Licensing GmbH & Co. KG*